**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WARNER RECORDS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALTICE USA, INC., et al., <br><br> Defendants. | Case No. 2:23-cv-00576-JRG-RSP |

**ORDER GRANTING DEFENDANTS'
MOTION TO TRANSFER VENUE
TO THE EASTERN DISTRICT OF NEW YORK
PURSUANT TO 28 U.S.C. § 1404(a)**

Before the Court is the Motion to Transfer Venue to the Eastern District of New York Pursuant to 28 U.S.C. § 1404(a) brought by Defendants Altice USA, Inc. and CSC Holdings, LLC. After consideration of said motion and the briefing concerning the same, the Court is of the opinion that the motion should be GRANTED.

IT IS HEREBY ORDERED that this matter shall be transferred to the United States District Court for the Eastern District of New York.