# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALTICE USA, INC., et al., <br><br> Defendants. | Case No. 2:23-cv-00576-JRG-RSP <br><br> JURY TRIAL DEMANDED <br><br> ORAL ARGUMENT REQUESTED |

**Index of Exhibits to Wheeler Declaration
in Support of Defendants' Motion to Transfer Venue**

| | |
|---|---|
| Exhibit A | United States District Court for the Eastern District of New York Website |
| Exhibit B | United States District Court for the Eastern District of Texas Website – Court Locator |
| Exhibit C | Altice USA Form 10-K, dated February 23, 2023 |
| Exhibit D | Texas Secretary of State Business Organizations Inquiry – Friendship Cable of Arkansas, Inc., Friendship Cable of Texas, Inc., and TCA Communications, LLC |