# Exhibit A

Welcome to the United States District Court for the Eastern District of New York. The Eastern District has  29 Article III Judges  and 16 Magistrate Judges. The district comprises the counties of Kings, Nassau, Queens, Richmond, and Suffolk and concurrently with the Southern District, the waters within the counties of Bronx and New York. The Eastern District has a population of eight million people.



**ALL VISITORS TO THE COURT:**

**Please follow** this link **for guidelines for entry to the Courthouses of the Eastern District of New York put into place by Administrative Order 2022-22.**

## Notices

**NOTICE TO ALL PARTIES**: Chief Judge Brodie has issued Administrative Order 2023-23 governing a pilot program for the direct assignment of cases magistrate judges. The pilot program goes into effect on

September 25, 2023. Please see Administrative Order 2023-23 for the details of the pilot program. Brenna B. Mahoney, Clerk of Court, August 30, 2023.

NYLJ New Case Assignment Program Unveiled in Eastern District of New York

EDNY Announcement - Joseph A. Marutollo

Pre-Lapse in Appropriations Notice to Contractors

**Please see the Oct. 16, 2023** Joint Notice to the Bar Inviting Public Comment to Proposed Changes to EDNY-SDNY Joint Local Rules

**Notice to the Bar Dated September 15, 2023** The deadline for new applications to the Eastern District of New York's CJA Panel has been extended to October 6, 2023. Applications forms are available here: https://www.nyed.uscourts.gov/criminal-justice-act-info. See notice here:

**Notice: Under the Rules Enabling Act, 28 U.S.C. §§ 2071-75, the following amended and new rules and forms became effective on December 1, 2022.**
Federal Rules of Appellate Procedure: Rules 25 and 42
Federal Rules of Bankruptcy Procedure: Rules 1007, 1020, 2009, 2012, 2015, 3002, 3010, 3011, 3014, 3016, 3017.1, 3018, 3019, 5005, 5004, and 8023, new Rule 3017.2, and Official Forms 101, 309E1, and 309E2
Federal Rules of Civil Procedure: Rule 7.1 and new Supplemental Rules for Social Security Review Actions Under 42 U.S.C. § 405(g)
Federal Rules of Criminal Procedure: Rule 16
See https://www.uscourts.gov/rules-policies/current-rules-practice-procedure for the text of the amended rules and accompanying committee notes effective December 1, 2022.

**Notice to the Bar concerning** requests for a reduction in sentence. See Administrative Order 2023-31

**Notice to the Bar regarding Fed. R. Civ. P. 7.1**

**Notice to the public regarding fraudulent documents and advanced fee scams using the name of this Court and forged documents purported to be from its judges. Please see this page.**

### Other Resources

- Court Weather or Emergency Operations Updates: (866) 752-7362
- Filing Emergency Applications After Business Hours
- Attorney Lounges
- Guide to Judiciary Policy Conflicts Screening Requirements

- Judicial Seminars Disclosure
- Judicial Conduct and Disability

- AO's Educational Resources
- AO's Media information
- AO's Court Statistics
- FJC Educational programs and materials

- Federal Rules of Civil Procedure
- Federal Rules of Criminal Procedure
- Federal Rules of Evidence
- Judiciary Staff Travel Regulations
- United States Courts Rules and Policies
- Post Judgment Interest Rates

## Court Locations

### Brooklyn

225 Cadman Plaza East
Brooklyn, NY 11201

### Central Islip

100 Federal Plaza
Central Islip, NY 11722

Local Rules and Admin.Orders

Opinions

Forms

NextGen Information

Online Payments for Criminal Debt

## Other Court Links

- EDNY Ops Twitter Feed (Operational Notices - Closing, Rules, etc)
- EDNY Case Twitter Feed (Complaints/Orders/Judgments/Rules)
- EDNY CM/ECF RSS Feed
- Facebook(link is external)

- CM/ECF Court Information

- Bankruptcy Court
- Probation
- Pretrial Services
- 2nd Circuit Court of Appeals
- More Second Circuit Courts….
- NY1 Profile and Tour of the Eastern District of New York (video)
- Central Violations Bureau
- U.S. Attorneys Office
- Federal Defenders
- U.S. Marshals Service
- Federal Court Finder

## News & Announcements

*Fri, 2023-12-01*
### New Fee Schedule 2023
New Fee Schedule E More »

*Fri, 2023-09-15*
### POWER Act Event
The Eastern District of More »

*Fri, 2023-04-07*
### What Lawyers Want in Mediation
More »

*Tue, 2023-04-04*
### Press Release and Public Notice dated April 4, 2023
Press Release More »

*Thu, 2023-03-16*
### Notice of Magistrate Judge Vacancy NDNY - Syracuse, NY
N More »

View all »

| Home | CM/ECF RSS Feed | Contact Us | EDNY Ops X (Twitter) Feed | Employment | Facebook | FAQs | Glossary of Legal Terms |

NextGen Information | RSS Feeds | Site Map | Translate | Coronavirus (COVID-19) Information |

Eastern District Retrospective - 1990-2014 | NYED 1865-1990 Centennium

Comments about this Web site, please contact: webmaster@nyed.uscourts.gov  This e-mail address should NOT be used for inquiries regarding cases, opinions, photocopies or other types of information requests; however, comments on or suggestions for this Web site are welcome. Maintained by: U.S. District Court - Eastern New York Copyright © 1997-2024  U.S. District Court - Eastern New York All rights reserved.