# Exhibit B

Skip to main content
- Contact Us
- Subscribe



- Court Information
- United States Court Sites
- Judges
- Rules & Orders
- Filing
- Resources
- FAQs
- Attorneys
- Jurors
- Pro Se
- Forms