# Exhibit D

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |
|---|

| Filing Number: | 100383800 | Entity Type: | Domestic For-Profit Corporation |
| Original Date of Filing: | July 11, 1986 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 17106340551 | FEIN: | |
| Duration: | Perpetual | | |
| Name: | FRIENDSHIP CABLE OF ARKANSAS, INC. | | |
| Address: | 1 COURT SQUARE WEST 33RD FLOOR TAX DE LONG ISLAND CITY, NY 11101 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Name** | | | | **Address** | | **Inactive Date** |
| Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company | | | | 211 E. 7th Street, Suite 620 Austin, TX 78701-3136 USA | | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | |
|---|---|
| Filing Number: | 100383800 |
| Original Date of Filing: | July 11, 1986 |
| Formation Date: | N/A |
| Tax ID: | 17106340551 |
| Duration: | Perpetual |

| | |
|---|---|
| Entity Type: | Domestic For-Profit Corporation |
| Entity Status: | In existence |
| FEIN: | |

| | |
|---|---|
| Name: | FRIENDSHIP CABLE OF ARKANSAS, INC. |
| Address: | 1 COURT SQUARE WEST 33RD FLOOR TAX DE LONG ISLAND CITY, NY 11101 USA |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 5706103 | Articles Of Incorporation | July 11, 1986 | July 11, 1986 | No | 6 |
| | 5706104 | Change Of Registered Agent/Office | August 7, 1986 | August 7, 1986 | No | 1 |
| | 5706106 | Change Of Registered Agent/Office | August 17, 1995 | August 17, 1995 | No | 1 |
| | 5706107 | Change Of Registered Agent/Office | October 7, 1996 | October 7, 1996 | No | 1 |
| | 5706108 | Articles Of Merger | December 29, 1998 | December 29, 1998 | No | 11 |
| | 5706109 | Assumed Name Certificate | August 25, 1999 | August 25, 1999 | No | 1 |
| | 5706110 | Change Of Registered Agent/Office | August 25, 1999 | August 25, 1999 | No | 1 |
| | 4739500008 | Change of Registered Agent/Office | December 11, 2001 | December 11, 2001 | No | 1 |
| | 27302030001 | Public Information Report (PIR) | December 31, 2002 | February 18, 2003 | No | 1 |
| | 23460780002 | Articles of Amendment | January 16, 2003 | January 16, 2003 | No | 2 |
| | 26831430002 | Certificate of Assumed Business Name | February 12, 2003 | February 12, 2003 | No | 3 |
| | 26831250002 | Certificate of Assumed Business Name | February 12, 2003 | February 12, 2003 | No | 3 |
| | 26831340002 | Certificate of Assumed Business Name | February 12, 2003 | February 12, 2003 | No | 3 |
| | 42086850002 | Change of Registered Agent/Office | September 18, 2003 | September 18, 2003 | No | 2 |
| | 42086850006 | Certificate of Assumed Business Name | September 18, 2003 | September 18, 2003 | No | 2 |
| | 42086850005 | Certificate of Assumed Business Name | September 18, 2003 | September 18, 2003 | No | 2 |
| | 42086850004 | Certificate of Assumed Business Name | September 18, 2003 | September 18, 2003 | No | 2 |
| | 42086850003 | Certificate of Assumed Business Name | September 18, 2003 | September 18, 2003 | No | 2 |
| | 46616090003 | Certificate of Assumed Business Name | October 31, 2003 | October 31, 2003 | No | 2 |
| | 79615000001 | Public Information Report (PIR) | December 31, 2004 | January 13, 2005 | No | 2 |
| | 86562710001 | Public Information Report (PIR) | December 31, 2004 | March 27, 2005 | No | 2 |
| | 128696150006 | Certificate of Assumed Business Name | May 5, 2006 | May 5, 2006 | No | 2 |
| | 168017310001 | Public Information Report (PIR) | December 31, 2006 | April 24, 2007 | No | 3 |
| | 233935640007 | Public Information Report (PIR) | December 31, 2007 | December 31, 2007 | No | 2 |
| | 304538400965 | Change of Name or Address by Registered Agent | April 19, 2010 | April 19, 2010 | No | 1 |
| | 440031570001 | Public Information Report (PIR) | December 31, 2012 | August 24, 2012 | No | 24 |
| | 496191490004 | Certificate of Assumed Business Name | August 20, 2013 | August 20, 2013 | No | 2 |
| | 518678949239 | Change of Name or Address by Registered Agent | December 2, 2013 | December 2, 2013 | No | 1 |
| | 506852180001 | Public Information Report (PIR) | December 31, 2013 | October 1, 2013 | No | 25 |
| | 607136630001 | Public Information Report (PIR) | December 31, 2014 | May 18, 2015 | No | 3 |
| | 662280670001 | Public Information Report (PIR) | December 31, 2015 | March 23, 2016 | No | 4 |
| | 653139740001 | Public Information Report (PIR) | December 31, 2015 | January 31, 2016 | No | 4 |
| | 654540140009 | Certificate of Assumed Business Name | February 3, 2016 | February 3, 2016 | No | 2 |
| | 729602440001 | Public Information Report (PIR) | December 31, 2016 | April 20, 2017 | No | 2 |
| | 710020450002 | Change of Registered Agent/Office | January 23, 2017 | January 23, 2017 | No | 2 |
| | 785271450001 | Public Information Report (PIR) | December 31, 2017 | December 30, 2017 | No | 2 |

| | 876066750001 | Public Information Report (PIR) | December 31, 2018 | March 21, 2019 | No | 2 |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| Filing Number: | 100383800 | Entity Type: | Domestic For-Profit Corporation |
| Original Date of Filing: | July 11, 1986 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 17106340551 | FEIN: | |
| Duration: | Perpetual | | |
| Name: | FRIENDSHIP CABLE OF ARKANSAS, INC. | | |
| Address: | 1 COURT SQUARE WEST 33RD FLOOR TAX DE LONG ISLAND CITY, NY 11101 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| March 21, 2019 | LISA ROSENBLUM | DIRECTOR | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | DEXTER GOEI | CHAIRMAN | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | DEXTER GOEI | CHIEF EXECUTIVE OFFICER | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | ABDELHAKIM BOUBAZINE | DIRECTOR | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | ABDELHAKIM BOUBAZINE | CO | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | ABDELHAKIM BOUBAZINE | PRESIDENT | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | ABDELHAKIM BOUBAZINE | CHIEF OPERATING OFFICER | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | CHARLES STEWART | DIRECTOR | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | CHARLES STEWART | CO | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | CHARLES STEWART | PRESIDENT | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | CHARLES STEWART | CHIEF FINANCIAL OFFICER | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | DAVID CONNOLLY | EXECUTIVE VICE PRESIDENT | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | DAVID CONNOLLY | GENERAL COUNSEL | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | DAVID CONNOLLY | SECRETARY | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | VICTORIA MINK | SENIOR VICE PRESIDENT | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | VICTORIA MINK | CHIEF ACCOUNTING OFF | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | MICHAEL A PFLANTZ | SENIOR VICE PRESIDENT | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | MICHAEL A PFLANTZ | TREASURER | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | MICHAEL A PFLANTZ | RISK MANAGEMENT | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | DAVID PREBUT | SENIOR VICE PRESIDENT | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| March 21, 2019 | DAVID PREBUT | TAX | ONE COURT SQUARE W, 33RD FLOOR TAX DEPT LONG ISLAND CITY, NY 11101 USA |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |
|---|

| Filing Number: | 100383800 | Entity Type: | Domestic For-Profit Corporation |
|---|---|---|---|
| Original Date of Filing: | July 11, 1986 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 17106340551 | FEIN: | |
| Duration: | Perpetual | | |
| Name: | FRIENDSHIP CABLE OF ARKANSAS, INC. | | |
| Address: | 1 COURT SQUARE WEST 33RD FLOOR TAX DE LONG ISLAND CITY, NY 11101 USA | | |

REGISTERED AGENT   FILING HISTORY   NAMES   MANAGEMENT   ASSUMED NAMES   ASSOCIATED ENTITIES   INITIAL ADDRESS

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| CLASSIC CABLE | August 25, 1999 | August 25, 2009 | August 25, 2009 | Expired | All Counties |
| Correctional Cable | February 12, 2003 | February 12, 2013 | February 12, 2013 | Expired | All Counties |
| Cable Network Advertising | February 12, 2003 | February 12, 2013 | February 12, 2013 | Expired | All Counties |
| Classic Communications | February 12, 2003 | February 12, 2013 | February 12, 2013 | Expired | All Counties |
| Cable Network Advertising | September 18, 2003 | September 18, 2013 | September 18, 2013 | Expired | All Counties |
| Correctional Cable | September 18, 2003 | September 18, 2013 | September 18, 2013 | Expired | All Counties |
| Classic Cable | September 18, 2003 | September 18, 2013 | September 18, 2013 | Expired | All Counties |
| Classic Communications | September 18, 2003 | September 18, 2013 | September 18, 2013 | Expired | All Counties |
| Cebridge Connections | October 31, 2003 | October 31, 2013 | October 31, 2013 | Expired | All Counties |
| Suddenlink Communications | May 5, 2006 | May 5, 2016 | May 5, 2016 | Expired | All Counties |
| Correctional Cable | August 20, 2013 | August 20, 2023 | | Active | All Counties |
| Suddenlink Communications | February 3, 2016 | February 3, 2026 | | Active | All Counties |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

|  | BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |  |  |
|---|---|---|---|
| **Filing Number:** | 100383800 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | July 11, 1986 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17106340551 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | FRIENDSHIP CABLE OF ARKANSAS, INC. | | |
| **Address:** | 1 COURT SQUARE WEST 33RD FLOOR TAX DE LONG ISLAND CITY, NY 11101 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Name** | **Entity Type** | **Document Description** | **Filing Date** | **Entity Filing Number** | **Jurisdiction** | **Capacity** |
| FRIENDSHIP CABLE OF MISSOURI, INC. | Domestic For-Profit Corporation | | | 110307000 | | Non-Survivor |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |
|---|

| **Filing Number:** | 108281500 | **Entity Type:** | Domestic For-Profit Corporation |
|---|---|---|---|
| **Original Date of Filing:** | July 12, 1988 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17522375835 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | FRIENDSHIP CABLE OF TEXAS, INC. | | |
| **Address:** | 1 COURT SQ W FL 48 C/O TAX DEPT LONG ISLAND, NY 11101 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company | 211 E. 7th Street, Suite 620 Austin, TX 78701-3136 USA | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 108281500 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | July 12, 1988 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17522375835 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | FRIENDSHIP CABLE OF TEXAS, INC. | | |
| **Address:** | 1 COURT SQ W FL 48 C/O TAX DEPT<br>LONG ISLAND, NY 11101 USA | | |

REGISTERED AGENT | **FILING HISTORY** | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 5924459 | Articles Of Incorporation | July 12, 1988 | July 12, 1988 | No | 5 |
| | 5924460 | Articles Of Amendment | July 21, 1988 | July 21, 1988 | No | 2 |
| | 5924461 | Change Of Registered Agent/Office | July 13, 1990 | July 13, 1990 | No | 1 |
| | 5924462 | Change Of Registered Agent/Office | October 25, 1993 | October 25, 1993 | No | 1 |
| | 5924463 | Change Of Registered Agent/Office | October 7, 1996 | October 7, 1996 | No | 1 |
| | 5924464 | Articles Of Merger | December 29, 1998 | December 29, 1998 | No | 10 |
| | 5924465 | Assumed Name Certificate | July 27, 1999 | July 27, 1999 | No | 2 |
| | 5924466 | Assumed Name Certificate | August 25, 1999 | August 25, 1999 | No | 1 |
| | 5924467 | Change Of Registered Agent/Office | August 25, 1999 | August 25, 1999 | No | 1 |
| | 5924468 | Assumed Name Certificate | June 30, 2000 | June 30, 2000 | No | 1 |
| | 4739500007 | Change of Registered Agent/Office | December 11, 2001 | December 11, 2001 | No | 1 |
| | 27138160001 | Public Information Report (PIR) | December 31, 2002 | February 15, 2003 | No | 1 |
| | 24474160001 | Articles of Merger | January 16, 2003 | January 16, 2003 | No | 3 |
| | 24474490001 | Articles of Merger | January 16, 2003 | January 16, 2003 | No | 4 |
| | 26831530002 | Certificate of Assumed Business Name | February 12, 2003 | February 12, 2003 | No | 3 |
| | 26831620002 | Certificate of Assumed Business Name | February 12, 2003 | February 12, 2003 | No | 3 |
| | 42088750002 | Change of Registered Agent/Office | September 18, 2003 | September 18, 2003 | No | 2 |
| | 42088750006 | Certificate of Assumed Business Name | September 18, 2003 | September 18, 2003 | No | 2 |
| | 42088750005 | Certificate of Assumed Business Name | September 18, 2003 | September 18, 2003 | No | 2 |
| | 42088750004 | Certificate of Assumed Business Name | September 18, 2003 | September 18, 2003 | No | 2 |
| | 42088750003 | Certificate of Assumed Business Name | September 18, 2003 | September 18, 2003 | No | 2 |
| | 46616090002 | Certificate of Assumed Business Name | October 31, 2003 | October 31, 2003 | No | 2 |
| | 128696150005 | Certificate of Assumed Business Name | May 5, 2006 | May 5, 2006 | No | 2 |
| | 162812570001 | Public Information Report (PIR) | December 31, 2006 | March 7, 2007 | No | 2 |
| | 207505560001 | Public Information Report (PIR) | December 31, 2007 | March 9, 2008 | No | 2 |
| | 264987690001 | Public Information Report (PIR) | December 31, 2008 | July 4, 2009 | No | 2 |
| | 324885430001 | Public Information Report (PIR) | December 31, 2009 | September 1, 2010 | No | 1 |
| | 304538401133 | Change of Name or Address by Registered Agent | April 19, 2010 | April 19, 2010 | No | 1 |
| | 462414330001 | Public Information Report (PIR) | December 31, 2012 | January 22, 2013 | No | 2 |
| | 496191490003 | Certificate of Assumed Business Name | August 20, 2013 | August 20, 2013 | No | 2 |
| | 518678949416 | Change of Name or Address by Registered Agent | December 2, 2013 | December 2, 2013 | No | 1 |
| | 522749610001 | Public Information Report (PIR) | December 31, 2013 | January 5, 2014 | No | 2 |
| | 586555660001 | Public Information Report (PIR) | December 31, 2014 | January 14, 2015 | No | 1 |
| | 662281240001 | Public Information Report (PIR) | December 31, 2015 | March 23, 2016 | No | 3 |
| | 653140040001 | Public Information Report (PIR) | December 31, 2015 | January 31, 2016 | No | 3 |

| | 654540140008 | Certificate of Assumed Business Name | February 3, 2016 | February 3, 2016 | No | 2 |
|---|---|---|---|---|---|---|
| | 729604260001 | Public Information Report (PIR) | December 31, 2016 | April 20, 2017 | No | 2 |
| | 710021960002 | Change of Registered Agent/Office | January 23, 2017 | January 23, 2017 | No | 2 |
| | 785271690001 | Public Information Report (PIR) | December 31, 2017 | December 30, 2017 | No | 2 |
| | 876066830001 | Public Information Report (PIR) | December 31, 2018 | March 21, 2019 | No | 2 |
| | 1147093040001 | Public Information Report (PIR) | December 31, 2021 | May 9, 2022 | No | 2 |
| | 1171089940007 | Certificate of Assumed Business Name | August 19, 2022 | August 19, 2022 | No | N/A |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 108281500 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | July 12, 1988 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17522375835 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | FRIENDSHIP CABLE OF TEXAS, INC. | | |
| **Address:** | 1 COURT SQ W FL 48 C/O TAX DEPT LONG ISLAND, NY 11101 USA | | |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| Last Update | Name | Title | Address |
|---|---|---|---|
| May 9, 2022 | DEXTER GOEI | CHIEF EXECUTIVE OFFICER | 1 COURT SQUARE WEST ATTN: TAX DEPARTMENT LONG ISLAND CITY, NY 11101 USA |
| May 9, 2022 | ABDELHAKIM BOUBAZINE | PRESIDENT | 1 COURT SQUARE WEST ATTN: TAX DEPARTMENT LONG ISLAND CITY, NY 11101 USA |
| May 9, 2022 | ABDELHAKIM BOUBAZINE | CHIEF OPERATING OFFICER | 1 COURT SQUARE WEST ATTN: TAX DEPARTMENT LONG ISLAND CITY, NY 11101 USA |
| May 9, 2022 | MICHAEL GARU | CHIEF FINANCIAL OFFICER | 1 COURT SQUARE WEST ATTN: TAX DEPARTMENT LONG ISLAND CITY, NY 11101 USA |
| May 9, 2022 | KMICHAEL OLSEN | EXECUTIVE VICE PRESIDENT | 1 COURT SQUARE WEST ATTN: TAX DEPARTMENT LONG ISLAND CITY, NY 11101 USA |
| May 9, 2022 | KMICHAEL OLSEN | SECRETARY | 1 COURT SQUARE WEST ATTN: TAX DEPARTMENT LONG ISLAND CITY, NY 11101 USA |
| May 9, 2022 | KMICHAEL OLSEN | GENERAL COUNSEL | 1 COURT SQUARE WEST ATTN: TAX DEPARTMENT LONG ISLAND CITY, NY 11101 USA |
| May 9, 2022 | COLLEEN SCHMIDT | EXECUTIVE VICE PRESIDENT | 1 COURT SQUARE WEST ATTN: TAX DEPARTMENT LONG ISLAND CITY, NY 11101 USA |
| May 9, 2022 | COLLEEN SCHMIDT | HUMAN RESOURCES | 1 COURT SQUARE WEST ATTN: TAX DEPARTMENT LONG ISLAND CITY, NY 11101 USA |

[Order]  [Return to Search]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 108281500 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | July 12, 1988 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17522375835 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | FRIENDSHIP CABLE OF TEXAS, INC. | | |
| **Address:** | 1 COURT SQ W FL 48 C/O TAX DEPT LONG ISLAND, NY 11101 USA | | |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| FRIENDSHIP CABLE | July 27, 1999 | July 27, 2009 | July 27, 2009 | Expired | All Counties |
| CLASSIC CABLE | August 25, 1999 | August 25, 2009 | August 25, 2009 | Expired | All Counties |
| CLASSIC COMMUNICATIONS | June 30, 2000 | June 30, 2010 | June 30, 2010 | Expired | All Counties |
| Cable Network Advertising | February 12, 2003 | February 12, 2013 | February 12, 2013 | Expired | All Counties |
| Correctional Cable | February 12, 2003 | February 12, 2013 | February 12, 2013 | Expired | All Counties |
| Cable Network Advertising | September 18, 2003 | September 18, 2013 | September 18, 2013 | Expired | All Counties |
| Correctional Cable | September 18, 2003 | September 18, 2013 | September 18, 2013 | Expired | All Counties |
| Classic Communications | September 18, 2003 | September 18, 2013 | September 18, 2013 | Expired | All Counties |
| Classic Cable | September 18, 2003 | September 18, 2013 | September 18, 2013 | Expired | All Counties |
| Cebridge Connections | October 31, 2003 | October 31, 2013 | October 31, 2013 | Expired | All Counties |
| Suddenlink Communications | May 5, 2006 | May 5, 2016 | May 5, 2016 | Expired | All Counties |
| Correctional Cable | August 20, 2013 | August 20, 2023 | | Active | All Counties |
| Suddenlink Communications | February 3, 2016 | February 3, 2026 | | Active | All Counties |
| Optimum | August 19, 2022 | August 19, 2032 | | Active | All Counties |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |
|---|

| | | | |
|---|---|---|---|
| **Filing Number:** | 108281500 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | July 12, 1988 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17522375835 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | FRIENDSHIP CABLE OF TEXAS, INC. | | |
| **Address:** | 1 COURT SQ W FL 48 C/O TAX DEPT<br>LONG ISLAND, NY 11101 USA | | |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | **ASSOCIATED ENTITIES** | INITIAL ADDRESS

| Name | Entity Type | Document Description | Filing Date | Entity Filing Number | Jurisdiction | Capacity |
|---|---|---|---|---|---|---|
| TELEVISION ENTERPRISES, INC. | Domestic For-Profit Corporation | | January 16, 2003 | 21631500 | | Non-Survivor |
| CORRECTIONAL CABLE TV, INC. | Domestic For-Profit Corporation | | January 16, 2003 | 124653400 | | Non-Survivor |
| CALLCOM 24, INC. | Domestic For-Profit Corporation | | January 16, 2003 | 149387400 | | Non-Survivor |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOSE A. ESPARZA

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |
|---|

| **Filing Number:** | 800290940 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
|---|---|---|---|
| **Original Date of Filing:** | January 9, 2004 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17525416651 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| **Name:** | TCA Communications, L.L.C. |
|---|---|
| **Address:** | 1 COURT SQUARE W FL 33 C/O TAX DEPARTMENT LONG ISLAND CITY, NY 11101 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company | 211 E. 7th Street, Suite 620 Austin, TX 78701-3136 USA | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |
|---|

| | | | |
|---|---|---|---|
| **Filing Number:** | 800290940 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 9, 2004 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17525416651 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | TCA Communications, L.L.C. | | |
| **Address:** | 1 COURT SQUARE W FL 33 C/O TAX DEPARTMENT LONG ISLAND CITY, NY 11101 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 51297220001 | Articles of Conversion | January 9, 2004 | January 9, 2004 | No | 4 |
| | 128404320004 | Certificate of Assumed Business Name | May 3, 2006 | May 3, 2006 | No | 2 |
| | 146538830002 | Articles of Amendment | October 3, 2006 | October 3, 2006 | No | 3 |
| | 233935640010 | Public Information Report (PIR) | December 31, 2007 | December 31, 2007 | No | 2 |
| | 263586450001 | Public Information Report (PIR) | December 31, 2008 | June 25, 2009 | No | 2 |
| | 304522290986 | Change of Name or Address by Registered Agent | April 19, 2010 | April 19, 2010 | No | 1 |
| | 369488710001 | Public Information Report (PIR) | December 31, 2010 | May 24, 2011 | No | 2 |
| | 462414590001 | Public Information Report (PIR) | December 31, 2012 | January 22, 2013 | No | 2 |
| | 518876226737 | Change of Name or Address by Registered Agent | December 2, 2013 | December 2, 2013 | No | 1 |
| | 524780510001 | Public Information Report (PIR) | December 31, 2013 | January 15, 2014 | No | 2 |
| | 586555730001 | Public Information Report (PIR) | December 31, 2014 | January 14, 2015 | No | 1 |
| | 662281400001 | Public Information Report (PIR) | December 31, 2015 | March 23, 2016 | No | 4 |
| | 653140130001 | Public Information Report (PIR) | December 31, 2015 | January 31, 2016 | No | 4 |
| | 654540140003 | Certificate of Assumed Business Name | February 3, 2016 | February 3, 2016 | No | 2 |
| | 729604480001 | Public Information Report (PIR) | December 31, 2016 | April 20, 2017 | No | 2 |
| | 710025390002 | Change of Registered Agent/Office | January 23, 2017 | January 23, 2017 | No | 2 |
| | 785271720001 | Public Information Report (PIR) | December 31, 2017 | December 30, 2017 | No | 2 |
| | 1147264680001 | Public Information Report (PIR) | December 31, 2021 | May 10, 2022 | No | 2 |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800290940 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 9, 2004 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17525416651 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | TCA Communications, L.L.C. | | |
| **Address:** | 1 COURT SQUARE W FL 33 C/O TAX DEPARTMENT LONG ISLAND CITY, NY 11101 USA | | |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| Last Update | Name | Title | Address |
|---|---|---|---|
| May 10, 2022 | DEXTER GOEI | CHIEF EXEC OFFICER | 1 COURT SQUARE WEST ATT: TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| May 10, 2022 | ABDELHAKIM BOUBAZINW | PRESIDENT | 1 COURT SQUARE WEST ATT: TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| May 10, 2022 | ABDELHAKIM BOUBAZINW | CHIEF OPERATING OFFICER | 1 COURT SQUARE WEST ATT: TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| May 10, 2022 | MICHAEL OLSEN | EXEC VP | 1 COURT SQUARE WEST ATT: TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| May 10, 2022 | MICHAEL GARU | CHIEF FINANCIAL OFFICER | 1 COURT SQUARE WEST ATT: TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| May 10, 2022 | MICHAEL OLSEN | GENERAL COUNSEL | 1 COURT SQUARE WEST ATT: TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| May 10, 2022 | MICHAEL OLSEN | SECRETARY | 1 COURT SQUARE WEST ATT: TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| May 10, 2022 | COLLEN SCHMIDT | EXEC VP | 1 COURT SQUARE WEST ATT: TAX DEPT LONG ISLAND CITY, NY 11101 USA |
| May 10, 2022 | COLLEN SCHMIDT | HUMAN RESOURCES | 1 COURT SQUARE WEST ATT: TAX DEPT LONG ISLAND CITY, NY 11101 USA |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800290940 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 9, 2004 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17525416651 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | TCA Communications, L.L.C. | | |
| **Address:** | 1 COURT SQUARE W FL 33 C/O TAX DEPARTMENT LONG ISLAND CITY, NY 11101 USA | | |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| Suddenlink Communications | May 3, 2006 | May 3, 2016 | May 3, 2016 | Expired | All Counties |
| Suddenlink Communications | February 3, 2016 | February 3, 2026 | | Active | All Counties |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.