# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALTICE USA, INC., et al., <br><br> Defendants. | Case No. 2:23-cv-00576-JRG-RSP |

## <u>DECLARATION OF SEAN R. ANDERSON</u>

1.      I, Sean R. Anderson, am an attorney at law, duly licensed to practice before the courts of New York. I am a partner at Winston & Strawn LLP and counsel of record for Defendants in the above-captioned action. I have personal knowledge of the facts set forth herein, except where noted, and, if called to testify, could and would competently testify thereto.

## I.      PLAINTIFFS' PARENT COMPANIES

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Warner Music Group Corporation ("WMG")'s Form 10-K, dated November 21, 2023, which states that WMG's principal executive offices are located at 1633 Broadway, New York, NY 10019.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Sony Group Corporation's ("SGC") Form 20-F, dated June 20, 2023, which states that SGC is a Japanese Corporation, SGC wholly owns a subsidiary named Sony Corporation of America, and Sony Corporation of America is located at 25 Madison Avenue, New York, NY 10010.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of printout of Sony's "Who We      Are"      Webpage      (available      at      the      following      URL: https://www.sony.com/content/sony/en/en_us/SCA/who-we-are/overview.html#music),      which

states that "Sony Corporation of America, located in New York, NY, is the U.S. headquarters of Sony Group Corporation," and that its "principal U.S. businesses include" Sony Music Entertainment and Sony Music Publishing LLC.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of a printout of Sony Music's FAQ Webpage (available at the following URL: https://www.sonymusic.com/faq/), which states that "Sony Music has offices in over 60 countries around the world. Its global HQ is based in New York City."

## II.      THE NAMED PLAINTIFFS

### A.      The "Warner Music Plaintiffs"

6.      Attached hereto as **Exhibit 5** is a true and correct copy of a printout from Atlantic Recording Corporation's website, which states that its principal place of business is 1633 Broadway New York, New York 10019, USA.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of a complaint filed by Atlantic Records Group LLC and others on September 15, 2022, captioned *Atlantic Recording Corp. et al. v Vital Pharm.*, Case No. 1:22-cv-22951 (S.D. Fla. 2022), which states that Atlantic Records Group LLC's principal place of business is 1633 Broadway, New York, New York 10019.

8.      As noted, **Exhibit 1** is a true and correct copy of WMG's 10-K, dated November 21, 2023, states that Bad Boy Records LLC is incorporated in the state of Delaware. Attached hereto as **Exhibit 6** is a true and correct copy of a complaint filed by Bad Boy Records LLC and others on September 15, 2022, captioned *Atlantic Recording Corp. et al. v Vital Pharm.*, Case No. 1:22-cv-22951 (S.D. Fla. 2022), which states that Bad Boy Records LLC's principal place of business is 1633 Broadway, New York, New York 10019.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of Big Beat Records Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that Big Beat Records Inc.'s principal place of business is 1633 Broadway, New York, New York 10019. The 2022 Annual Tax Report also states that 1633 Broadway, New York, New York 10019 is the location of the following individuals: Craig Kallman, CEO; Eric Levin, Director; Paul Robinson, Director; Trent Tappe, Director; and Michelle Stallone, Manager. Attached hereto as **Exhibit 8** is a true and correct copy of a printout of an October 12, 2022 press release from WMG (available at the following URL: https://www.wmg.com/news/julie-greenwald-elevated-to-chairman-ceo-of-newly-created-atlantic-music-group ), which states that Julie Greenwald is the "Chairman & CEO of the newly created Atlantic Music Group." The press release further states that Julie Greenwald "oversees Atlantic Records," including "Big Beat." Attached hereto as **Exhibit 9** is a true and correct copy of a printout from what appears to be Julie Greenwald's LinkedIn account (available at the following URL: https://www.linkedin.com/in/julie-greenwald-0a71401a2). The printout states that Julie Greenwald is a Chairperson for Atlantic Records. This printout also states that Julie Greenwald is based in the "New York City Metropolitan Area."

10.     Attached hereto as **Exhibit 10** is a true and correct copy of Elektra Entertainment Group Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that Elektra Entertainment Group Inc.'s principal place of business is 1633 Broadway, New York, New York 10019. The 2022 Annual Tax Report also states that 1633 Broadway, New York, New York 10019 is the location of the following individuals: John Beddia, CEO; Eric Levin, Director; Paul Robinson, Director; Trent Tappe, Director; and Michelle Stallone, Manager. As noted, **Exhibit 8** is a true and correct copy of a printout of an October 12, 2022, press release from WMG , which states that Julie Greenwald is the "Chairman & CEO of the newly created Atlantic Music Group."

– 3 –

The press release further states that Julie Greenwald "oversees Atlantic Records," including "Elektra."

11.     Attached hereto as **Exhibit 11** is a true and correct copy of a complaint filed by Fueled by Ramen LLC and others on March 22, 2019, captioned *Warner Records Inc. et al. v Charter Communications Inc.*, Case No. 1:19-cv-00874 (D. Colo. 2019), which states that Fueled by Ramen LLC's principal place of business is 1633 Broadway, New York, New York 10019. As noted, **Exhibit 8** is a true and correct copy of a printout of an October 12, 2022 press release from WMG, which states that Julie Greenwald is the "Chairman & CEO of the newly created Atlantic Music Group." The press release further states that Julie Greenwald "oversees Atlantic Records" and "300 Elektra Entertainment," which encompasses "Fueled By Ramen."

12.     Attached hereto as **Exhibit 12** is a true and correct copy of a printout of the "Contact Us" webpage from Lava Records LLC's website (available at the following URL: http://www.lavarecords.com/contact/), which states that its address is 1755 Broadway, New York, NY 10019. This webpage does not list any other office addresses for Lava Records LLC.

13.     Attached hereto as **Exhibit 13** is a true and correct copy of an amended complaint filed by Maverick Recording Company and others on February 14, 2020, captioned *Warner Records Inc. et al. v Charter Communications Inc.*, Case No. 1:19-cv-00874 (D. Colo. 2019) (Dkt. 123), which states that Maverick Recording Company's principal place of business is 777 South Santa Fe Avenue, Los Angeles, California 90021.

14.     Attached hereto as **Exhibit 14** is a true and correct copy of Nonesuch Records Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that Nonesuch Records Inc.'s principal place of business is 1633 Broadway, New York, New York 10019. The 2022 Annual Tax Report also states that 1633 Broadway, New York, New York 10019 is the location

of the following individuals: David Bither, President; Eric Levin, Director; Paul Robinson, Director; Trent Tappe, Director; and Michelle Stallone, Manager.

15.     As noted, **Exhibit 6** is a true and correct copy of a complaint filed by Rhino Entertainment Company and others on September 15, 2022, captioned *Atlantic Recording Corp. et al. v Vital Pharm.*, Case No. 1:22-cv-22951 (S.D. Fla. 2022), which states that Rhino Entertainment Company's principal place of business is 777 S. Santa Fe Avenue, Los Angeles, California.

16.     As noted, **Exhibit 6** is a true and correct copy of a complaint filed by Rhino Entertainment LLC and others on September 15, 2022, captioned *Atlantic Recording Corp. et al. v Vital Pharm.*, Case No. 1:22-cv-22951 (S.D. Fla. 2022), which states that Rhino Entertainment LLC's principal place of business is 777 S. Santa Fe Avenue, Los Angeles, California.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of a printout of Roadrunner Records, Inc.'s 2022 Biennial Statement filed with the State of New York on November 17, 2022, which states that Roadrunner Records, Inc.'s principal place of business is 1633 Broadway, New York, New York 10019. The Biennial Statement also states that 1633 Broadway, New York, New York 10019 is the location of Roadrunner Records, Inc.'s CEO, Craig Kallman. As noted, **Exhibit 8** is a true and correct copy of a printout of an October 12, 2022 press release from WMG, which states that Julie Greenwald is the "Chairman & CEO of the newly created Atlantic Music Group." The press release further states that Julie Greenwald "oversees Atlantic Records" and "300 Elektra Entertainment," which encompasses "Roadrunner."

18.     Attached hereto as **Exhibit 16** is a true and correct copy of a printout of Rykodisc, Inc.'s Business Record Details with the State of Minnesota (available at the following URL: https://mblsportal.sos.state.mn.us/Business/SearchDetails?filingGuid=7d90b399-abd4-e011-

a886-001ec94ffe7f), which states that Rykodisc, Inc.'s "Registered Office Address" is 1010 Dale St N, St Paul, MN 55117–5603. This Business Record Details also state that Rykodisc, Inc.'s "Principal Executive Office Address" is 777 South Santa Fe Ave, Los Angeles, CA 90021. This is the same location listed next to Mark Pinkus, the CEO.

19.     Attached hereto as **Exhibit 17** is a true and correct copy of Warner Music Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that Warner Music Inc.'s principal place of business is 1633 Broadway, New York, New York 10019. The 2022 Annual Tax Report also states that 1633 Broadway, New York, New York 10019 is the location of the following individuals: Eric Levin, CFO & Director; Paul Robinson, Director; Trent Tappe, Director; and Michelle Stallone, Manager.

20.     Attached hereto as **Exhibit 18** is a true and correct copy of Warner Music International Services Limited's 2022 Annual Report and Financial Statements (available at the following                    URL:                    https://find-and-update.company-information.service.gov.uk/company/02258593/filing-history), which states that Warner Music International Services Limited's "Registered Office" is located at Cannon Place, 78 Cannon Street, London. The 2022 Annual Report and Financial Statements further states that Warner Music International Services Limited's directors are "R. Lougee," "J. Radice," "S. Rishi," "P. Robinson," and "C. Saxe."

21.     Attached hereto as **Exhibit 19** is a true and correct copy of a printout of Warner Music Nashville LLC's Filing Information with the Division of Business Services, Department of State, State of Tennessee, which states that Warner Music Nashville LLC's "Principal Address" is 20 Music Square East, Nashville, TN 37203-4344. Attached hereto as **Exhibit 20** is a true and correct copy of a printout of a Warner Music Group press release dated June 2, 2022 (available at

– 6 –

the following URL: https://www.wmg.com/news/warner-music-nashville-announces-leadership-transition-36436), which states that Ben Kline and Cris Lacy are "Co-Presidents" of Warner Music Nashville. Attached hereto as **Exhibit 21** is a true and correct copy of a printout from what appears to be Ben Kline's LinkedIn account (available at the following URL: https://www.linkedin.com/in/benkline), which states that Ben Kline is a "Co-Chair/Co-President" at Warner Music Nashville and is based in Nashville, Tennessee. Attached hereto as **Exhibit 22** is a true and correct copy of a printout from what appears to be Cris Lacy's LinkedIn account (available at the following URL: https://www.linkedin.com/in/cris-lacy-508998120), which states that Cris Lacy is "VP A&R" at Warner Music Nashville and is based in Nashville, Tennessee.

22.    Attached hereto as **Exhibit 23** is a true and correct copy of Warner Records Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that Warner Records Inc.'s principal place of business is 777 South Santa Fe Avenue, Los Angeles, CA 90021. The 2022 Annual Tax Report also states that 1633 Broadway, New York, New York 10019 is the location of the following individuals: Aaron Bay-Schuck, CEO; Eric Levin, Director; Paul Robinson, Director; Trent Tappe, Director; and Michelle Stallone, Manager.

23.    Attached hereto as **Exhibit 24** is a true and correct copy of Warner Records QRI Venture, Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that Warner Records QRI Venture, Inc.'s principal place of business is 777 South Santa Fe Avenue, Los Angeles, CA 90021. The 2022 Annual Tax Report also states that 1633 Broadway, New York, New York 10019 is the location of the following individuals: Kevin Gore, President; Eric Levin, Director; Paul Robinson, Director; Trent Tappe, Director; and Michelle Stallone, Manager.

B.    The "Sony Music Entertainment Plaintiffs"

24.    Attached hereto as **Exhibit 25** is a true and correct copy of a complaint filed by Arista Music and others on July 31, 2018, captioned *Sony Music Entertainment et al. v Cox Communications Inc. et al.*, Case No. 1:18-cv-00950-PTG-JFA (E.D. Va. 2018), which states that Arista Music's principal place of business is 25 Madison Avenue, New York, NY, 10010. Attached hereto as **Exhibit 26** is a true and correct copy of a printout of information from the United States Copyright Office's website for a copyright registration for which Arista Music is listed as the "Copyright       Claimant"       (available       at       the       following       URL: https://publicrecords.copyright.gov/detailed-record/30513700). The printout lists an address for Arista Music as "c/o Sony Music Entertainment, 25 Madison Avenue, New York, NY, 10010, United States."

25.    As noted, **Exhibit 25** is a true and correct copy of a complaint filed by Arista Records, LLC and others on July 31, 2018, captioned *Sony Music Entertainment et al. v Cox Communications Inc. et al.*, Case No. 1:18-cv-00950-PTG-JFA (E.D. Va. 2018), which states that Arista Records, LLC's principal place of business is 25 Madison Avenue, New York, NY, 10010. Attached hereto as **Exhibit 27** is a true and correct copy of a printout of information from the United States Copyright Office's website for a copyright registration for which Arista Records, LLC is listed as the "Copyright Claimant" (available at the following URL: https://publicrecords.copyright.gov/detailed-record/34784049). The printout states that Arista Records, LLC's address is 25 Madison Avenue, New York, NY, 10010. Attached hereto as **Exhibit 28** is a true and correct copy of a printout of the "Executives" webpage on Sony Music's website (available at the following URL: https://www.sonymusic.com/executives/), which states that Arista Records's President and CEO is David Massey. Attached hereto as **Exhibit 29** is a true

and correct copy of a printout of a July 9, 2018 press release from Sony Music's website (available at the following URL: https://www.sonymusic.com/sonymusic/sony-music-relaunches-arista-records-with-hitmaker-david-massey/), which states that David Massey "is based in New York."

26.     As noted, **Exhibit 25** is a true and correct copy of a complaint filed by LaFace Records, LLC and others on July 31, 2018, captioned *Sony Music Entertainment et al. v Cox Communications Inc. et al.*, Case No. 1:18-cv-00950-PTG-JFA (E.D. Va. 2018), which states that LaFace Records, LLC's principal place of business is 25 Madison Avenue, New York, NY, 10010. Attached hereto as **Exhibit 30** is a true and correct copy of a printout of information from the United States Copyright Office's website for a copyright registration for which LaFace Records, LLC is listed as the "Copyright Claimant" (available at the following URL: https://publicrecords.copyright.gov/detailed-record/30439985). The printout lists an address for LaFace Records, LLC as "c/o Sony Music Entertainment, 25 Madison Avenue, New York, NY, 10010, United States.".

27.     As noted, **Exhibit 25** is a true and correct copy of a complaint filed by Sony Music Entertainment and others on July 31, 2018, captioned *Sony Music Entertainment et al. v Cox Communications Inc. et al.*, Case No. 1:18-cv-00950-PTG-JFA (E.D. Va. 2018), which states that Sony Music Entertainment's headquarters and principal place of business is 25 Madison Avenue, New York, NY, 10010. Attached hereto as **Exhibit 31** is a true and correct copy of a printout of information from the United States Copyright Office's website for a copyright registration for which Sony Music Entertainment is listed as the "Copyright Claimant" (available at the following URL: https://publicrecords.copyright.gov/detailed-record/35847936). The printout states that Sony Music Entertainment's address is 25 Madison Avenue, New York, NY, 10010. As noted, **Exhibit 28** is a true and correct copy of a printout of the "Executives" webpage on Sony Music's

website, which states that the following people are "Executives" at Sony Music Entertainment: Rob Stringer, CEO; Kevin Kelleher, COO; Amanda Collins, EVP & Global Head of Corporate Communications; Carmine Coppola, EVP & CFO; Andrew Davis, EVP & Global Chief People Experience Officer; Dennis Kooker, President, Global Digital Business & US Sales; Tom Mackay, President, Premium Content; Julie Swidler, EVP, Business Affairs & General Counsel; and Melissa Thomas, EVP of International Marketing, U.S. Repertoire. Attached hereto as **Exhibit 32** is a true and correct copy of Rule 26(a)(1) disclosures by the plaintiffs in the case captioned *Sony Music Entertainment et al. v Cox Communications Inc. et al.*, Case No. 1:18-cv-00950-PTG-JFA (E.D. Va. 2018), dated December 12, 2018, which states that the following people are "likely to have discoverable information": Dennis Kooker, President, Global Digital Business & US Sales; Jeff Walker, Executive Vice President and Head, Business & Legal Affairs, Global Digital Business; Wade Leak, Executive Vice President, Finance and Operations; and Neil Carfora, Executive Vice President, Finance and Operations. Attached hereto as **Exhibit 33** is a true and correct copy of a printout from what appears to be Kevin Kelleher's LinkedIn account (available at the following URL: https://www.linkedin.com/in/kevintkelleher), which states that Kevin Kelleher is the "evp&cfo" at Sony Music Entertainment and is located in Queens County, New York. Attached hereto as **Exhibit 34** is a true and correct copy of a printout from what appears to be Amanda Collin's LinkedIn account (available at the following URL: https://www.linkedin.com/in/amandacollins), which states that Amanda Collins is located in New York, New York. Attached hereto as **Exhibit 35** is a true and correct copy of a printout from what appears to be Carmine Coppola's LinkedIn account (available at the following URL: https://www.linkedin.com/in/carmine-coppola-2bb5025), which states that Carmine Coppola is the "Executive Vice President & Chief Financial Officer" at Sony Music Entertainment in the

"Greater New York City Area" and is located in "New City, New York." Attached hereto as **Exhibit 36** is a true and correct copy of a printout from what appears to be Andrew Davis's LinkedIn account (available at the following URL: https://www.linkedin.com/in/davisatl), which states that Andrew Davis works at Sony Music Entertainment and is located in Miami, Florida. Attached hereto as **Exhibit 37** is a true and correct copy of a printout from what appears to be Dennis Kooker's LinkedIn account (available at the following URL: https://www.linkedin.com/in/denniskooker), which states that Dennis Kooker works at Sony Music Entertainment and is located in Princeton Junction, New Jersey. Attached hereto as **Exhibit 38** is a true and correct copy of a printout of a Sony Music webpage for Tom Mackay (available at the following URL: https://www.sonymusic.com/executives/tom-mackay/), which states that Tom Mackay is "[b]ased in Los Angeles." Attached hereto as **Exhibit 39** is a true and correct copy of a printout from what appears to be Julie Swidler's LinkedIn account (available at the following URL: https://www.linkedin.com/in/julie-swidler-8279134b), which states that Julie Swidler works at Sony Music Entertainment and is located in New York, New York. Attached hereto as **Exhibit 40** is a true and correct copy of a printout from what appears to be Melissa Thomas's LinkedIn account (available at the following URL: https://www.linkedin.com/in/melissa-thomas-6812b74b), which states that Melissa Thomas works at Sony Music Entertainment and is located in New York, New York. Attached hereto as **Exhibit 41** is a true and correct copy of a printout from what appears to be Sony Music Entertainment's LinkedIn account (available at the following URL: https://www.linkedin.com/company/sony-music-entertainment), which states that Sony Music Entertainment has twenty-five locations, none of which are in Texas. Attached hereto as **Exhibit 42** a true and correct copy of a printout from what appears to be Jeff Walker's LinkedIn account (available at the following URL: https://www.linkedin.com/in/jeff-walker-95a2815),

which states that Jeff Walker works at Sony Music Entertainment and is located in New York, New York. Attached hereto as **Exhibit 43** is a true and correct copy of a printout from what appears to be Wade Leak's LinkedIn account (from the URL: https://www.linkedin.com/in/wade-leak-21347a6), which states that Wade Leak works at Sony Music Entertainment and is located in New York, New York. Attached hereto as **Exhibit 44** is a true and correct copy of a printout from what appears to be Neil Carfora's LinkedIn account (available at the following URL: https://www.linkedin.com/in/neil-carfora-5bab0023), which states that Neil Carfora works at Sony Music Entertainment and is located in New York, New York.

28.     Attached hereto as **Exhibit 45** is a true and correct copy of Sony Music Entertainment US Latin LLC's 2023 Annual Report filed with the State of Florida, which states that Sony Music Entertainment US Latin LLC's "Current Principal Place of Business" is 3390 Mary Street, Suite 220, Coconut Grove, FL 33133. The Annual Report also states that Sony Music Entertainment US Latin LLC's mailing address is "C/O Sony Music Entertainment, 25 Madison Avenue, New York, NY 10010, US." As noted, **Exhibit 25** is a true and correct copy of a complaint filed by Sony Music Entertainment US Latin LLC and others on July 31, 2018, captioned *Sony Music Entertainment et al. v Cox Communications Inc. et al.*, Case No. 1:18-cv-00950-PTG-JFA (E.D. Va. 2018), which states that Sony Music Entertainment US Latin LLC's principal place of business is 3390 Mary Street, Coconut Grove, FL 33133. Attached hereto as **Exhibit 46** is a true and correct copy of a printout of information from the United States Copyright Office's website for a copyright registration for which Sony Music Entertainment US Latin LLC is listed as the "Copyright       Claimant"      (available       at       the       following       URL: https://publicrecords.copyright.gov/detailed-record/23615910). The printout states that Sony Music Entertainment US Latin LLC's address is 3390 Mary Street, Coconut Grove, FL 33133.

Attached hereto as **Exhibit 47** is a true and correct copy of a printout of an April 17, 2023 press release from Sony Music's website (available at the following URL: https://www.sonymusic.com/sonymusic/sony-music-us-latin-appoints-esteban-geller-as-general-manager), which states that Esteban Geller is the General Manager of Sony Music Entertainment US Latin LLC and is "based in Miami." The press release further states that Sony Music Entertainment US Latin LLC's President is Alex Gallardo.

29.      Attached hereto as **Exhibit 48** is a true and correct copy of a complaint filed by Ultra Records, LLC and others on October 31, 2023, captioned *Sony Music Entertainment et al. v Ofra Cosmetics et al.*, Case No. 0:23-cv-62073-WPD (S.D. Fla. 2023), which states that Ultra Records, LLC's principal place of business is 25 Madison Avenue, New York, New York 10010. Attached hereto as **Exhibit 49** is a true and correct copy of a printout of information from the United States Copyright Office's website for a copyright registration for which Ultra Records, LLC is listed as the "Copyright Claimant" (available at the following URL: https://publicrecords.copyright.gov/detailed-record/31620573). The printout states that Ultra Records, LLC's address is 235 W 23rd St, 6th Floor, New York, NY, 10011. Attached hereto as **Exhibit 50** is a true and correct copy of a printout of a January 20, 2022 press release from Sony Music's website (available at the following URL: https://www.sonymusic.com/sonymusic/david-waxman-president-of-ultra-records/), which states that David Waxman is the President of Ultra Records and is "[b]ased in New York."

30.      As noted, **Exhibit 25** is a true and correct copy of a complaint filed by Volcano Entertainment III LLC and others on July 31, 2018, captioned *Sony Music Entertainment et al. v Cox Communications Inc. et al.*, Case No. 1:18-cv-00950-PTG-JFA (E.D. Va. 2018), which states

that Volcano Entertainment III LLC's principal place of business is 25 Madison Avenue, New York, NY, 10010.

31.     Attached hereto as **Exhibit 25** a true and correct copy of a complaint filed by Zomba Recording LLC and others on July 31, 2018, captioned *Sony Music Entertainment et al. v Cox Communications Inc. et al.*, Case No. 1:18-cv-00950-PTG-JFA (E.D. Va. 2018), which states that Zomba Recording LLC's principal place of business is 25 Madison Avenue, New York, NY, 10010.

### C.     The "Warner Chappell Plaintiffs"

32.     Attached hereto as **Exhibit 51** is a true and correct copy of Cotillion Music, Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that Cotillion Music, Inc.'s principal place of business is 777 South Santa Fe Avenue, Los Angeles, California 90021. The 2022 Annual Tax Report also states that 777 South Santa Fe Avenue, Los Angeles, California 90021 is the location of Chief Executive Officer Guy Moot. The 2022 Annual Tax Report states that 1633 Broadway, New York, New York 10019 is the location of the following individuals: Eric Levin, Director; Paul Robinson, Director; and Trent Tappe, Director. Attached hereto as **Exhibit 52** is a true and correct copy of a printout of information from the United States Copyright Office's website for a copyright registration for which Cotillion Music, Inc. is listed as the "Copyright          Claimant"          (available          at          the          following          URL: https://publicrecords.copyright.gov/detailed-record/28657076). The printout states that Cotillion Music, Inc.'s address is 10585 Santa Monica Blvd., Los Angeles, California 90025.

33.     Attached hereto as **Exhibit 53** is a true and correct copy of Gene Autry's Western Music Publishing Co.'s Statement of Incorporation, dated April 8, 1983, and filed with the State of California, which shows Gene Autry's Western Music Publishing Co. is incorporated in the

State of California. Attached hereto as **Exhibit 54** is a true and correct copy of Gene Autry's Western Music Publishing Co.'s Statement of Information, filed with the State of California on February 13, 2023, which states that 777 South Santa Fe Avenue, Los Angeles, California 90021 is Gene Autry's Western Music Publishing Co.'s "Principal Office." The Statement of Information states that 777 South Santa Fe Avenue, Los Angeles, California 90021 is the location of Chief Executive Officer Guy Moot. The Statement of Information also states that 1633 Broadway, New York, New York 10019 is the location of the following individuals: Eric Levin, Chief Financial Officer and Director; Paul Robinson, Secretary and Director; and Trent Tappe, Director.

34.     Attached hereto as **Exhibit 55** is a true and correct copy of Golden West Melodies, Inc.'s Certificate of Amendment of Articles of Incorporation, dated March 28, 1966, and filed with the State of California, which shows Golden West Melodies, Inc. is incorporated in the State of California. Attached hereto as **Exhibit 56** is a true and correct copy of copy of Golden West Melodies, Inc.'s Statement of Information, filed with the State of California on July 19, 2023, which states that 777 South Santa Fe Avenue, Los Angeles, California 90021 is Golden West Melodies, Inc.'s "Principal Office." The Statement of Information states that 777 South Santa Fe Avenue, Los Angeles, California 90021 is the location of Chief Executive Officer Guy Moot and Chief Financial Officer David Woirhaye. The Statement of Information also states that 1633 Broadway, New York, New York 10019 is the location of the following individuals: Thomas Marcotullio, Vice President; Eric Levin, Director; Paul Robinson, Secretary and Director; and Trent Tappe, Director.

35.     Attached hereto as **Exhibit 57** is a true and correct copy of Intersong U.S.A., Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that Intersong U.S.A., Inc.'s principal place of business is 777 South Santa Fe Avenue, Los Angeles, California 90021.

The 2022 Annual Tax Report also states that 777 South Santa Fe Avenue, Los Angeles, California 90021 is the location of Chief Executive Officer Guy Moot. The 2022 Annual Tax Report states that 1633 Broadway, New York, New York 10019 is the location of the following individuals: Eric Levin, Director; Paul Robinson, Director; and Trent Tappe, Director.

36.     Attached hereto as **Exhibit 58** is a true and correct copy of Unichappell Music Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that Unichappell Music Inc.'s principal place of business is 777 South Santa Fe Avenue, Los Angeles, California 90021. The 2022 Annual Tax Report also states that 777 South Santa Fe Avenue, Los Angeles, California 90021 is the location of Chief Executive Officer Guy Moot. The 2022 Annual Tax Report states that 1633 Broadway, New York, New York 10019 is the location of the following individuals: Eric Levin, Director; Paul Robinson, Director; Michelle Stallone, Manager; and Trent Tappe, Director. Attached hereto as **Exhibit 59** is a true and correct copy of a printout of information from the United States Copyright Office's website for a copyright registration for which Unichappell Music Inc. is listed as the "Copyright Claimant" (available at the following URL: https://publicrecords.copyright.gov/detailed-record/34782547). The printout states that Unichappell Music Inc.'s address is 20 Music Square East, Nashville, Tennessee 37203.

37.     Attached hereto as **Exhibit 60** is a true and correct copy of copy of W Chappell Music Corp.'s Statement of Information, filed with the State of California on December 19, 2023, which states that 777 South Santa Fe Avenue, Los Angeles, California 90021 is W Chappell Music Corp.'s "Principal Office." The Statement of Information states that 777 South Santa Fe Avenue, Los Angeles, California 90021 is the location of Chief Executive Officer Guy Moot and Chief Financial Officer David Woirhaye. The Statement of Information also states that 1633 Broadway,

New York, New York 10019 is the location of the following individuals: Bryan Castellani, Director; Paul Robinson, Secretary and Director; and Trent Tappe, Director.

38.     Attached hereto as **Exhibit 61** is a true and correct copy of a printout of information from the United States Copyright Office's website for a copyright registration for which W.C.M. Music Corp. is listed as the "Copyright Claimant" (available at the following URL: https://publicrecords.copyright.gov/detailed-record/35864615). The printout states that W.C.M. Music Corp.'s address is 20 Music Square East, Nashville, Tennessee 37203.

39.     Attached hereto as **Exhibit 62** is a true and correct copy of Warner Chappell Music, Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that Warner Chappell Music, Inc.'s principal place of business is 777 South Santa Fe Avenue, Los Angeles, California 90021. The 2022 Annual Tax Report also states that 777 South Santa Fe Avenue, Los Angeles, California 90021 is the location of Chief Executive Officer Guy Moot. The 2022 Annual Tax Report states that 1633 Broadway, New York, New York 10019 is the location of the following individuals: Eric Levin, Director; Paul Robinson, Director; Michelle Stallone, Manager; and Trent Tappe, Director. As noted, **Exhibit 32** is a true and correct copy of Rule 26(a)(1) disclosures by the plaintiffs in in the case captioned *Sony Music Entertainment et al. v Cox Communications Inc. et al.*, Case No. 1:18-cv-00950-PTG-JFA (E.D. Va. 2018), dated December 12, 2018, which states that the following person is "likely to have discoverable information": Jeremy Blietz, Vice President, Administration. Attached hereto as **Exhibit 63** is a true and correct copy of a printout from what appears to be Jeremy Blietz's LinkedIn account (available at the following URL: https://www.linkedin.com/in/jeremyblietz), which states that Jeremy Blietz works at Warner Chappell Music and is located in Los Angeles. Attached hereto as **Exhibit 64** is a true and correct copy of a press release from Warner Music Group's website (available at the following URL:

https://www.wmg.com/news/warner-music-nashville-warner-chappell-music-open-newly-renovated-offices-historic-music-row). The website shows that Warner Chappell Music has a location at 20 Music Square East, Nashville, Tennessee 37203.

40.    As noted, **Exhibit 11** is a true and correct copy of a complaint filed by Warner-Tamerlane Publishing Corp. and others on March 22, 2019, captioned *Warner Bros. Records Inc. et al v. Charter Communications, Inc.*, Case No. 19-CV-874 (D. Colo. 2019), which states that Warner-Tamerlane Publishing Corp.'s principal place of business is 777 South Santa Fe Avenue, Los Angeles, California 90021. Attached hereto as **Exhibit 65** is a true and correct copy of a printout of information from the United States Copyright Office's website for a copyright registration for which Warner-Tamerlane Publishing Corp. is listed as the "Copyright Claimant" (from the URL: https://publicrecords.copyright.gov/detailed-record/35868405). The printout states that Warner-Tamerlane Publishing Corp.'s address is 20 Music Square East, Nashville, Tennessee 37203.

### D.      The "Sony Music Publishing Plaintiffs"

41.    Attached hereto as **Exhibit 66** is a true and correct copy of Colgems-EMI Music Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that Colgems-EMI Music Inc.'s principal place of business is 25 Madison Avenue, New York, NY 10010. The 2022 Annual Tax Report also states that 25 Madison Avenue, New York, NY 10010 is the location of the following individuals: Thomas Scarpaci, Senior VP, and Thomas Kelly, Director. The 2022 Annual Tax Report further states that Jonathan Platt, Director, is located at 10202 W. Washington Blvd., Culver City, CA 90232.

42.    Attached hereto as **Exhibit 67** is a true and correct copy of EMI April Music Inc.'s 2023 Annual Report filed with the State of Connecticut, which states that EMI April Music Inc.'s

– 18 –

"Principal Office" is 25 Madison Avenue, New York, NY 10010. The report also states that 25 Madison Avenue, New York, NY 10010 is the location of the following individuals: Thomas Kelly, CFO; Peter Brodsky, Secretary; Jonathan Platt, Chairman & CEO; Thomas Scarpaci, Senior VP; and Sudhira Vadlamani, VP.

43.     Attached hereto as **Exhibit 68** is a true and correct copy of EMI Blackwood Music Inc.'s 2023 Annual Report filed with the State of Connecticut, which states that EMI Blackwood Music Inc.'s "Principal Office" is 25 Madison Avenue, New York, NY 10010. The report also states that 25 Madison Avenue, New York, NY 10010 is the location of the following individuals: Jonathan Platt, Chairman & CEO; Thomas Kelly, CFO; Peter Brodsky, Secretary; Thomas Scarpaci, Senior VP; and Sudhira Vadlamani, VP.

44.     Attached hereto as **Exhibit 69** is a true and correct copy of EMI Consortium Music Publishing, Inc.'s 2022 Biennial Statement filed with the State of New York, which states that EMI Consortium Music Publishing, Inc.'s "Principal Executive Office" is 25 Madison Avenue, New York, NY 10010. The report also states that 25 Madison Avenue, New York, NY 10010 is the location of Jonathan Platt, CEO of EMI Consortium Music Publishing, Inc.

45.     Attached hereto as **Exhibit 70** is a true and correct copy of EMI Consortium Songs, Inc.'s 2022 Biennial Statement filed with the State of New York, which states that EMI Consortium Songs, Inc.'s "Principal Executive Office" is 25 Madison Avenue, New York, NY 10010. The report also states that 25 Madison Avenue, New York, NY 10010 is the location of Jonathan Platt, CEO of EMI Consortium Songs, Inc.

46.     Attached hereto as **Exhibit 71** is a true and correct copy of EMI Entertainment World Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that EMI Entertainment World Inc.'s principal place of business is 25 Madison Avenue, New York, NY

10010. The report also states that 25 Madison Avenue, New York, NY 10010 is the location of the following individuals: Thomas Scarpaci, Senior VP, and Thomas Kelly, Director. The report further states that Jonathan Platt, Director, is located at 10202 W. Washington Blvd., Culver City, CA 90232.

47.     Attached hereto as **Exhibit 72** is a true and correct copy of EMI Gold Horizon Music Corp.'s 2023 Biennial Statement filed with the State of New York, which states that EMI Gold Horizon Music Corp.'s "Principal Executive Office" is 25 Madison Avenue, New York, NY 10010. The report also states that 25 Madison Avenue, New York, NY 10010 is the location of Jonathan Platt, CEO of EMI Gold Horizon Music Corp.

48.     Attached hereto as **Exhibit 73** is a true and correct copy of EMI Miller Catalog Inc.'s 2023 Biennial Statement filed with the State of New York, which states that EMI Miller Catalog Inc.'s "Principal Executive Office" is 25 Madison Avenue, New York, NY 10010. The report also states that 25 Madison Avenue, New York, NY 10010 is the location of Jonathan Platt, CEO of EMI Miller Catalog Inc.

49.     Attached hereto as **Exhibit 74** is a true and correct copy of EMI Mills Music Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that EMI Mills Music Inc.'s principal place of business is 25 Madison Avenue, New York, NY 10010. The report also states that 25 Madison Avenue, New York, NY 10010 is the location of the following individuals: Thomas Scarpaci, Senior VP, and Thomas Kelly, Director. The report further states that Jonathan Platt, Director, is located at 10202 W. Washington Blvd., Culver City, CA 90232.

50.     Attached hereto as **Exhibit 75** is a true and correct copy of EMI Robbins Catalog Inc.'s 2019 Biennial Statement filed with the State of New York, which states that EMI Robbins Catalog Inc.'s "Principal Executive Office" is 25 Madison Avenue, New York, NY 10010. The

report also states that 25 Madison Avenue, New York, NY 10010 is the location of Jonathan Platt, CEO of EMI Robbins Catalog Inc.

51.     Attached hereto as **Exhibit 76** is a true and correct copy of a complaint filed by EMI U Catalog Inc. and others on December 18, 2023, captioned *Sony Music Publishing (US) LLC et al. v Priddis*, Case No. 2:23-ap-00250-PS (D. Ariz. 2023), which states that EMI U Catalog Inc.'s principal place of business is 245 Fifth Avenue, Suite 1101, New York NY 10016. Attached hereto as **Exhibit 77** is a true and correct copy of EMI U Catalog Inc.'s 2019 Biennial Statement filed with the State of New York, which states that 25 Madison Avenue, New York, NY 10010 is the location of Jonathan Platt, CEO of EMI U Catalog Inc.

52.     Attached hereto as **Exhibit 78** is a true and correct copy of EMI UNART Catalog Inc.'s 2023 Biennial Statement filed with the State of New York, which states that EMI UNART Catalog Inc.'s "Principal Executive Office" is 25 Madison Avenue, New York, NY 10010. The report also states that 25 Madison Avenue, New York, NY 10010 is the location of Jonathan Platt, CEO of EMI UNART Catalog Inc.

53.     Attached hereto as **Exhibit 79** is a true and correct copy of a printout of information from the United States Copyright Office's website for a copyright registration for which Famous Music LLC is listed as the "Copyright Claimant" (from the URL: https://publicrecords.copyright.gov/detailed-record/21847779?associatedRecords=Famous Music LLC). The printout states that Famous Music LLC's address is 10635 Santa Monica Blvd., Suite 300, Los Angeles, CA 90025.

54.     As noted, **Exhibit 76** is a true and correct copy of a complaint filed by Jobete Music Co., Inc. and others on December 18, 2023, captioned *Sony Music Publishing (US) LLC et al. v Priddis*, Case No. 2:23-ap-00250-PS (D. Ariz. 2023), which states that Jobete Music Co., Inc.'s

principal place of business is 245 Fifth Avenue, Suite 1101, New York NY 10016. Attached hereto as **Exhibit 80** is a true and correct copy of Jobete Music Co., Inc.'s 2023 Annual Report filed with the Michigan Department of Licensing and Regulatory Affairs, which states that 25 Madison Avenue, New York, NY 10010 is the location of Jonathan Platt, President and Director of Jobete Music Co., Inc.

55.     Attached hereto as **Exhibit 81** is a true and correct copy of Screen Gems-EMI Music Inc.'s 2022 Annual Tax Report filed with the State of Delaware, which states that Screen Gems-EMI Music Inc.'s principal place of business is 25 Madison Avenue, New York, NY 10010. The report also states that 25 Madison Avenue, New York, NY 10010 is the location of the following individuals: Thomas Scarpaci, Senior VP, and Thomas Kelly, Director. The report further states that Jonathan Platt, Director, is located at 10202 W. Washington Blvd., Culver City, CA 90232. Attached as **Exhibit 82** is a true and correct copy of Screen Gems-EMI Music Inc.'s 2024 company information filed with the Government of the United Kingdom (available at the following                               URL:                               https://find-and-update.company-information.service.gov.uk/company/00188714), which states that Screen Gems-EMI Music Inc. has an office located at 4 Handyside Street, London, England, N1C 4DJ. Attached as **Exhibit 83** is a true and correct copy of a printout of Screen Gems-EMI Music Inc.'s officers' information filed with the Government of the United Kingdom (available at the following URL: https://find-and-update.company-information.service.gov.uk/company/00188714/officers), which states that 4 Handyside Street, London, England, N1C 4DJ is the location of the following individuals: Guy Robert Henderson, Director, and Timothy William Major, Director.

56.     As noted, **Exhibit 76** is a true and correct copy of a complaint filed by Sony Music Publishing (US) LLC and others on December 18, 2023, captioned *Sony Music Publishing (US)*

*LLC et al. v Priddis*, Case No. 2:23-ap-00250-PS (D. Ariz. 2023), which states that Sony Music Publishing (US) LLC's "[p]rimary office for licensing and administration of its music copyrights" is located at 424 Church St., Nashville, TN 37219. Attached hereto as **Exhibit 84** is a true and correct copy of a printout from what appears to be Sony Music Publishing's LinkedIn account (available at the following URL: https://www.linkedin.com/company/sonymusicpub), which states that Sony Music Publishing's primary location is 25 Madison Avenue, 24th Floor, New York NY 10010. This webpage further states that Sony Music Publishing has locations at the following additional addresses: 8 Music Square West, Nashville, TN 37203; 30 Golden Square, London, UK W1F 9LD; and 10635 Santa Monica Blvd., Suite 300, Los Angeles, CA 90025. Attached hereto as **Exhibit 85** is a true and correct copy of a printout from what appears to be Lori Adler's LinkedIn account (available at the following URL: https://www.linkedin.com/in/loriadler), which states that Lori Adler is the "Vice President, Business Affair" at Sony Music Publishing and is located in New York, New York.

57.     As noted, **Exhibit 11** is a true and correct copy of a complaint filed by Stone Agate Music and others on March 22, 2019, captioned *Warner Records Inc. et al. v Charter Communications Inc.*, Case No. 1:19-cv-00874 (D. Colo. 2019), which states that Stone Agate Music is "a division of Jobete" and that Jobete's principal place of business is 25 Madison Avenue, New York, New York 10010. Attached hereto as **Exhibit 76** is a true and correct copy of a complaint filed by Jobete Music Co., Inc. and others on December 18, 2023, captioned *Sony Music Publishing (US) LLC et al. v Priddis*, Case No. 2:23-ap-00250-PS (D. Ariz. 2023), which states that Jobete Music Co., Inc.'s principal place of business is 245 Fifth Avenue, Suite 1101, New York NY 10016.

58.     As noted, **Exhibit 76** is a true and correct copy of a complaint filed by Stone Diamond Music Corp. and others on December 18, 2023, captioned *Sony Music Publishing (US) LLC et al. v Priddis*, Case No. 2:23-ap-00250-PS (D. Ariz. 2023), which states that Stone Diamond Music Corp.'s principal place of business is 245 Fifth Avenue, Suite 1101, New York NY 10016. Attached hereto as **Exhibit 86** is a true and correct copy of Stone Diamond Music Corp.'s 2023 Annual Report filed with the Michigan Department of Licensing and Regulatory Affairs, which states that 25 Madison Avenue, New York, NY 10010 is the location of Jonathan Platt, President and Director of Stone Diamond Music Corp.

## III.    THIRD PARTIES

59.     Attached hereto as **Exhibit 87** is a true and correct copy of a declaration signed by William K. Birnie, Chief Revenue Officer of OpSec Online LLC ("OpSec"), in the case captioned *BMG Rights Management (US) et al. v. Altice USA, Inc.*, No. 2:23-mc-00181 (C.D. Cal. 2023) (Dkt. 10-2), which states that OpSec's principal place of business is in Meridian, Idaho.  Attached hereto as **Exhibit 88** is a true and correct copy of a printout from OpSec's website (available at the URL: https://www.opsecsecurity.com/contact-us/), which states that the address of its Meridian, ID location is 3540 E. Longwing Lane, Ste. 300, Meridian, ID 83646.

60.     Attached hereto as **Exhibit 89** is a true and correct copy of a press release from OpSec, dated January 3, 2020 (available at the following URL: https://www.opsecsecurity.com/opsec-security-completes-acquisition-of-markmonitor-brand-protection/), which notes that "OpSec Security, an Investcorp portfolio company, and Clarivate Analytics announced a definitive agreement to acquire the MarkMonitor brand protection, antipiracy and antifraud businesses." It further states that "[t]he combined OpSec and MarkMonitor online brand protection entity will be rebranded as OpSec Online™."

61.     Attached hereto as **Exhibit 90** is a true and correct copy of a printout from the website of the Delaware Department of State Division of Corporations, which states that Audible Magic Corporation ("Audible Magic") is incorporated in Delaware. Attached hereto as **Exhibit 91** is a true and correct copy of a page from Audible Magic's website (available at the following URL: https://www.audiblemagic.com/contact/), which states that Audible Magic's headquarters is at 985 University Avenue, Suite 35, Los Gatos, CA 95032.

62.     Attached hereto as **Exhibit 92** is a true and correct copy of a printout from the New York State Department of State, Division of Corporations entity information search website that states that the Recording Industry Association of America ("RIAA") is a New York not-for-profit corporation. Attached hereto as **Exhibit 93** is a true and correct copy of the following article: Olson, Cathy Applefeld, *Inside the RIAA's New D.C. Headquarters, Where Members of Congress Can Come to Play* (May 25, 2022), Billboard, *available at* https://www.billboard.com/pro/riaa-new-headquarters-washington-dc/. Attached hereto as **Exhibit 94** is a true and correct copy of copy of RIAA's Statement of Information, filed with the State of California on April 28, 2023, which states that it was formed in New York and its "Principal Office" is located at 1000 F Street NW, 2nd Floor, Washington, DC 20004.

63.     Attached hereto as **Exhibit 95** is a true and correct copy of a printout from RIAA's "Resources and Learning – Copyright Infringement Notices" website (available at the following URL: https://www.riaa.com/resources-learning/copyright-notices/), which states that the RIAA sends notices to ISPs on behalf of its member companies. *See, e.g.*, *id.* ("The notice you received from your Internet Service Provider about a copyright infringement complaint from us does not mean you are being sued. It is a warning that we have detected unlawful downloading or distribution from your computer and it is meant to put you on notice that this activity should stop.

If you fail to heed this warning and continue to illegally download and share copyrighted material then you do expose yourself to being sued for damages arising from copyright infringement."). Attached hereto as **Exhibit 96** is a true and correct copy of a printout from RIAA's "About RIAA – RIAA Members" website (available at the following URL: https://www.riaa.com/about-riaa/riaa-members/), which list many Plaintiffs as member companies.

64.     Attached hereto as **Exhibit 97** is a true and correct copy of the Center for Copyright Information, Inc. ("CCI")'s Form 990, dated November 19, 2018, which lists CCI's address as 1301 K. Street NW, STE. 900E, Washington, DC 20005. Attached hereto as **Exhibit 98** is a true and correct copy of the Statement of Jill Lesser, Executive Director, The Center for Copyright Information, titled *The Role of Voluntary Agreements in the U.S. Intellectual Property Systems*, U.S. House of Representatives, Committee on the Judiciary, Subcommittee on Courts, Intellectual Property, and the Internet, dated September 18, 2013. Ms. Lesser confirms that she is the "Executive Director of the Center for Copyright Information." Ms. Lesser also states that "The Center for Copyright Information (CCI) was established in 2011 as part of a ground-breaking voluntary initiative among the nation's five leading internet service providers (ISPs) and virtually the entire movie and music industries.  The agreement among the parties set out to stem the tide of digital piracy by accomplishing two goals: 1) establishing the Copyright Alert System (CAS); and 2) creating an organization that could educate users about the importance of protecting digital content, while offering them a better way to find movies and music online safely and legally." Attached hereto as **Exhibit 99** is a true and correct copy of a printout from what appears to be Ms. Lesser's LinkedIn account (at the following URL: https://www.linkedin.com/in/jill-lesser-76335616/). It states from 2011 – 2015, Ms. Lesser was the "Executive Director" for "CENTER

FOR COPYRIGHT INFORMATION INC" in the "Washington D.C. Metro Area." It also states Ms. Lesser is located in Chevy Chase, Maryland.

65.     As noted, **Exhibit 32** is a true and correct copy of the plaintiffs' Rule 26(a)(1) disclosures in the case captioned *Sony Music Entertainment et al. v Cox Communications Inc. et al.*, Case No. 1:18-cv-00950-PTG-JFA (E.D. Va. 2018) (Dkt. 75-12), dated December 12, 2018, which identify the following people and entities who are "likely to have discoverable information": Dennis Kooker, President, Global Digital Business & US Sales, Sony Music Entertainment; Jeff Walker, Executive Vice President and Head, Business & Legal Affairs, Global Digital Business, Sony Music Entertainment; Wade Leak, Senior Vice President, Deputy General Counsel and Chief Compliance, Ethics and Privacy Officer, Sony Music Entertainment; Jon Glass, Senior Vice President, Digital Legal Affairs, Warner Music Group; Matt Flott, Chief Financial Officer, Global Finance Analysis & Operations, Warner Music Group; Michael Abitbol, Senior Vice President, Business & Legal Affairs, Digital, Sony/ATV Music Publishing; Audrey Ashby, Vice President, Business Affairs at Sony/ATV Music Publishing; MarkMonitor; and Recording Industry Association of America. The plaintiffs in that case also identify the following categories of documents they may use to support their claims or defenses: "Copyright registrations of Plaintiffs' works and/or other documents showing ownership or control of those works;" "Documents concerning the infringement of Plaintiffs' copyrighted works;" "Documents concerning Cox's knowledge of infringement of Plaintiffs' copyrighted works;" and "Documents to be produced by Cox concerning Cox's copyright abuse policies and procedures and Defendants' financials." **Exhibit 100** is intentionally omitted.

66.     Attached hereto as **Exhibit 101** is a true and correct copy of the plaintiffs' Rule 26(a)(1) disclosures in the case captioned *UMG Recordings, Inc. et al. v. Bright House Networks,*

*LLC*, Case No. 8:19-cv-710 (M.D. Fla. 2019) (Dkt. 65-9), dated June 19, 2019, which identified the following people and entities who are "likely to have discoverable information":  Jonathan Glass, Senior Vice President, Digital Legal Affairs, Warner Music Group; Matt Flott, Chief Financial Officer, Recorded Music, Warner Music Group;  Jeff Walker, Executive Vice  President and Head, Business & Legal Affairs, Global Digital Business, Sony Music Entertainment; Wade Leak, Senior Vice President, Deputy General Counsel and Chief Compliance, Ethics and Privacy Officer, Sony Music Entertainment; Neil Carfora, Executive Vice President, Finance and Operations, Sony Music Entertainment; Michael Abitbol, Senior Vice President, Business & Legal Affairs, Digital, Sony/ATV Music Publishing; Audrey Ashby, Vice President, Business Affairs at Sony/ATV Music Publishing; MarkMonitor; and Recording Industry Association of America. The plaintiffs in that case also identify the following category of documents they may use to support their claims or defenses: "Copyright registrations of Plaintiffs' sound recordings and musical compositions and/or other documents showing ownership and/or control of those copyrighted works."

67.     Attached hereto as **Exhibit 102** is a true and correct copy of the plaintiffs' Rule 26(a)(1) disclosures in the case captioned *Warner Records Inc. et al. v. Charter Communications, Inc.*, Case No. 1:19-cv-00874 (D. Colo. 2019) (Dkt. 437-5), dated June 6, 2019, which identified the following people and entities who are "likely to have discoverable information": Jonathan Glass, Senior Vice President, Digital Legal Affairs, Warner Music Group; Matt Flott, Chief Financial Officer, Recorded Music, Warner Music Group; Jeff Walker, Executive Vice President and Head, Business & Legal Affairs, Global Digital Business, Sony Music Entertainment; Wade Leak, Senior Vice President, Deputy General Counsel and Chief Compliance, Ethics and Privacy Officer, Sony Music Entertainment; Neil Carfora, Executive Vice President, Finance and

Operations, Sony Music Entertainment; Michael Abitbol, Senior Vice President, Business & Legal Affairs, Digital, Sony/ATV Music Publishing; Audrey Ashby, Vice President, Business Affairs at Sony/ATV Music Publishing; MarkMonitor; and Recording Industry Association of America. The plaintiffs in that case also identify the following category of documents they may use to support their claims or defenses: "Copyright registrations of Plaintiffs' sound recordings and musical compositions and/or other documents showing ownership and/or control of those copyrighted works."

68.    Attached hereto as **Exhibit 103** is a true and correct copy of the Updated Witness List filed by the plaintiffs in the case captioned *Sony Music Entertainment et al. v Cox Communications Inc. et al.*, Case No. 1:18-cv-00950-PTG-JFA (E.D. Va. 2018) (Dkt. 614), which identifies the following people as witnesses the plaintiffs in that case expect to present at trial: Michael Abitbol, Matt Flott, Dennis Kooker, and Wade Leak. The plaintiffs in that case also identify the following people as witnesses who they may call to testify at trial: Neil Carfora, Tom Foley, Jon Glass, and Jeff Walker.

69.    Attached hereto as **Exhibit 104** is a true and correct copy of the Witness List filed by the plaintiffs in the case captioned *UMG Recordings, Inc. et al., v. Grande Communications Networks LLC*, Case No. 1:17-cv-00365-DAE (W.D. Tex. 2017) (Dkt. 302-5), which identifies the following people as witnesses whom the plaintiffs in that case will call at trial: Matthew Flott, Wade Leak, and Jeff Walker. the plaintiffs in that case also identified the following people as witnesses whom plaintiffs may call at trial: Neil Carfora and Jonathan Glass.

70.    Attached hereto as **Exhibit 105** is a true and correct copy of the list of witnesses for the jury trial in the case captioned *UMG Recordings, Inc. et al., v. Grande Communications Networks LLC*, Case No. 1:17-cv-00365-DAE (W.D. Tex. 2017) (Dkt. 450), which identifies the

following people as witnesses for the plaintiffs in that case: Jeff Walker, Wade Leak, and Matt Flott.

71.     Attached hereto as **Exhibit 106** is a true and correct copy of the Amended Witness List filed by the plaintiffs in the case captioned *UMG Recordings, Inc. et al. v. Bright House Networks, LLC*, Case No. 8:19-cv-710 (M.D. Fla. 2019) (Dkt. 664-4), which identifies witnesses (and their locations) whom the plaintiffs in that case expected to call: Matthew Flott (509 Garfield Ave, Avon By The Sea, NJ 07717) and Wade Leak (39 East 19th Street, Apt. 6, New York, NY 10003). The plaintiffs in that case also identify the following person (and his location) whom they may call as a witness: Michael Abitbol (555 West 23rd St., Apt. N-4F, New York, NY 10011).

72.     Attached hereto as **Exhibit 107** is a true and correct copy of a printout from what appears to be Jon Glass's LinkedIn account (available at the following URL: https://www.linkedin.com/in/jonglass), which states that Jon Glass works at Warner Music Group and is located in the New York City Metropolitan Area. Attached hereto as **Exhibit 108** is a true and correct copy of a printout from what appears to be Audrey Ashby's LinkedIn account (available at the following URL: https://www.linkedin.com/in/audrey-ashby-39a70929), which states that Audrey Ashby works at Sony Music Publishing and is located in New York, New York.

## IV.     TRAVEL INFORMATION

### A.     Travel for Named Parties

73.     Attached hereto as **Exhibit 109** is a true and correct copy of a map generated using Google Maps showing the distances from 1633 Broadway, New York, New York 10019 to the Eastern District of New York and to the Eastern District of Texas. These maps reflect that the distance to the Eastern District of New York is approximately 4.50 miles and the distance to the Eastern District of Texas is approximately 1,259 miles.

74.     Attached hereto as **Exhibit 110** is a true and correct copy of a map generated using Google Maps showing the distances from 1755 Broadway, New York, New York 10019 to the Eastern District of New York and to the Eastern District of Texas. These maps reflect that the distance to the Eastern District of New York is approximately 4.70 miles and the distance to the Eastern District of Texas is approximately 1,260 miles.

75.     Attached hereto as **Exhibit 111** is a true and correct copy of a map generated using Google Maps showing the distances from 25 Madison Avenue, New York, New York 10010 to the Eastern District of New York and to the Eastern District of Texas. These maps reflect that the distance to the Eastern District of New York is approximately 3 miles and the distance to the Eastern District of Texas is approximately 1,258 miles.

76.     Attached hereto as **Exhibit 112** is a true and correct copy of a map generated using Google Maps showing the distances from 235 West 23rd Street, New York, New York 10011 to the Eastern District of New York and to the Eastern District of Texas. These maps reflect that the distance to the Eastern District of New York is approximately 3.30 miles and the distance to the Eastern District of Texas is approximately 1,258 miles.

77.     Attached hereto as **Exhibit 113** is a true and correct copy of a map generated using Google Maps showing the distances from 71 West 23rd Street, New York, New York 10010 to the Eastern District of New York and to the Eastern District of Texas. These maps reflect that the distance to the Eastern District of New York is approximately 3.17 miles and the distance to the Eastern District of Texas is approximately 1,259 miles.

78.     Attached hereto as **Exhibit 114** is a true and correct copy of a map generated using Google Maps showing the distances from 245 Fifth Avenue, Suite 1101, New York, New York 10016 to the Eastern District of New York and to the Eastern District of Texas. These maps reflect

that the distance to the Eastern District of New York is approximately 3.27 miles and the distance to the Eastern District of Texas is approximately 1,258 miles.

79.     Attached hereto as **Exhibit 115** is a true and correct copy of Google Flights data reflecting that there are no direct flights between New York, NY and GGG. Most flights to GGG from New York have either one or two stops, and total travel time ranges from 6 hours to 22 hours. The Google Flights data also reflects that there are no direct flights between New York, NY and SHV. Most flights from New York to SHV have one or two stops, and total travel time ranges from 6 hours and 30 minutes to 15 hours. Attached hereto as **Exhibit 116** is a true and correct copy of Google Flights data showing flights between New York, NY and DFW. Many of the flights are nonstop, with an average travel time of approximately 4 hours and 15 minutes.

80.     Attached hereto as **Exhibit 117** is a true and correct copy of a map generated using Google Maps showing the distances from 777 South Santa Fe Avenue, Los Angeles, California 90021 to the Eastern District of New York and to the Eastern District of Texas.[1] These maps reflect that the distance to the Eastern District of New York is approximately 2,447 miles and the distance to the Eastern District of Texas is approximately 1,379 miles.

81.     Attached hereto as **Exhibit 118** is a true and correct copy of a map generated using Google Maps showing the distances from 10585 Santa Monica Blvd., Los Angeles, California 90025 to the Eastern District of New York and to the Eastern District of Texas. These maps reflect that the distance to the Eastern District of New York is approximately 2,456 miles and the distance to the Eastern District of Texas is approximately 1,391 miles.

---

[1] Distances relative to the Eastern District of Texas are to the courthouse in Marshall, TX. Distances relative to the Eastern District of New York are measured from its main courthouse in Brooklyn, NY.

82.     Attached hereto as **Exhibit 119** is a true and correct copy of a map generated using Google Maps showing the distances from 10635 Santa Monica Blvd., Los Angeles, California 90025 to the Eastern District of New York and to the Eastern District of Texas. These maps reflect that the distance to the Eastern District of New York is approximately 2,460 miles and the distance to the Eastern District of Texas is approximately 1,392 miles.

83.     Attached hereto as **Exhibit 120** is a true and correct copy of Google Flights data reflecting that there are many direct flights between Los Angeles, CA and New York, NY, with an average travel time of approximately 5 hours and 30 minutes. Attached hereto as **Exhibit 121** is a true and correct copy of Google Flights data reflecting that there are no direct flights between Los Angeles, CA and GGG. Most flights to GGG from Los Angeles have either one or two stops, and total travel time ranges from 5 hours to 12 hours. Most flights from Los Angeles to SHV have one stop, and total travel time ranges from 5 hours and 15 minutes to 8 hours. Attached hereto as **Exhibit 122** is a true and correct copy of Google Flights data showing that there are many direct flights between Los Angeles, CA and DFW, with an average travel time of approximately 3 hours and 5 minutes.

84.     Attached hereto as **Exhibit 123** is a true and correct copy of maps generated using Google Maps showing the distance from the Eastern District of Texas to nearby airports. The distance from GGG to EDTX is approximately 28 miles, and travel time by car is approximately 31 minutes. The distance from SHV to the Eastern District of Texas is approximately 35 miles, and the travel time by car is approximately 37 minutes. The distance between DFW and the Eastern District of Texas is approximately 172 miles, and travel time by car is approximately 2 hours and 30 minutes.

85.     Attached hereto as **Exhibit 124** is a true and correct copy of maps generated using Google Maps showing the distance from the Eastern District of New York to nearby airports. The distance from JFK to EDNY is approximately 18 miles, travel time by car is approximately 38 minutes, and travel time by public transit is approximately 1 hour and 20 minutes. The distance from LGA to EDNY is approximately 10 miles, travel time by car is approximately 21 minutes, and travel time by public transit is approximately 1 hour and 10 minutes.

### B.     Travel for Third Parties

86.     Attached hereto as **Exhibit 125** is a true and correct copy of a map generated using Google Maps showing the distances from 3540 East Longwing Lane, Meridian, Idaho 83646 to the Eastern District of New York and to the Eastern District of Texas. These maps reflect that the distance to the Eastern District of New York is approximately 2,160 miles and the distance to the Eastern District of Texas is approximately 1,413 miles. 3540 East Longwing Lane, Meridian, Idaho 83646 is the principal place of business for OpSec. Attached hereto as **Exhibit 126** is a true and correct copy of Google Flights data reflecting that there are many flights between Boise, ID (which is adjacent to Meridian, ID) and New York, NY, all of which have one or two stops and a travel time ranging from 6 hours to 14 hours. Attached hereto as **Exhibit 127** is a true and correct copy of Google Flights data reflecting that there are no direct flights between Boise, ID and GGG. All flights to GGG from Boise have either one or two stops, and total travel time ranges from 6 hours and 40 minutes to 15 hours. The Google Flights data also reflects that there are no direct flights between Boise, ID and SHV. All flights from Boise to SHV have one or two stops, and total travel time ranges from 5 hours and 15 minutes to 10 hours and 45 minutes. Attached hereto as **Exhibit 128** is a true and correct copy of Google Flights data showing flights between Boise, Idaho

and DFW, all of which are either nonstop or have one stop. Travel time ranges from approximately 3 hours and 20 minutes to 11 hours.

87.     Attached hereto as **Exhibit 129** is a true and correct copy of a map generated using Google Maps showing the distances from 985 University Avenue, Los Gatos, California 95032 to the Eastern District of New York and to the Eastern District of Texas. These maps reflect that the distance to the Eastern District of New York is approximately 2,558 miles and the distance to the Eastern District of Texas is approximately 1,592 miles. 85 University Avenue, Los Gatos, California 95032 is the principal place of business for Audible Magic. Attached hereto as **Exhibit 130** is a true and correct copy of Google Flights data reflecting that there are many direct flights between San Francisco, CA (which is adjacent to Los Gatos, CA) and New York, NY, with an average travel time of approximately 5 hours and 30 minutes. Attached hereto as **Exhibit 131** is a true and correct copy of Google Flights data reflecting that there are no direct flights between San Francisco, CA and GGG. Most flights to GGG from San Francisco have either one or two stops, and total travel time ranges from 6 hours to 14 hours. The Google Flights data also reflects that there are no direct flights between San Francisco, CA and SHV. All flights from San Francisco to SHV have one or two stops, and total travel time ranges from 6 hours to 10 hours and 15 minutes. Attached hereto as **Exhibit 132** is a true and correct copy of Google Flights data showing flights from San Francisco, CA to DFW, for which there are many nonstop slights. The average travel time is approximately 3 hours and 30 minutes.

88.     Attached hereto as **Exhibit 133** is a true and correct copy of a map generated using Google Maps showing the distances from 1000 F St. NW, Washington, District of Columbia 20004 to the Eastern District of New York and to the Eastern District of Texas. These maps reflect that the distance to the Eastern District of New York is approximately 203 miles and the distance to

– 35 –

the Eastern District of Texas is approximately 1,066 miles. 1000 F St. NW, Washington, District of Columbia 20004 is the principal place of business for the RIAA.

89.     Attached hereto as **Exhibit 134** is a true and correct copy of a map generated using Google Maps showing the distances from 1025 F St. NW, Washington, District of Columbia 20004 to the Eastern District of New York and to the Eastern District of Texas. These maps reflect that the distance to the Eastern District of New York is approximately 203 miles and the distance to the Eastern District of Texas is approximately 1,066 miles. 1025 F St. NW, Washington, District of Columbia 20004 is the principal place of business for the CCI.

90.     Attached hereto as **Exhibit 135** is a true and correct copy of Google Flights data reflecting that there are many direct flights between Washington, DC and New York, NY, with an average travel time of approximately 1 hour and 30 minutes. Attached hereto as **Exhibit 136** is a true and correct copy of Google Flights data reflecting that there are no direct flights between Washington, DC and GGG. Most flights to GGG from Washington, DC have either one or two stops, and total travel time ranges from 6 hours to 15 hours. The Google Flights data also reflects that there are no direct flights between Washington, DC and SHV. All flights from Washington, DC to SHV have one or two stops, and total travel time ranges from 5 hours and 30 minutes to 7 hours and 30 minutes. Attached hereto as **Exhibit 137** is a true and correct copy of Google Flights data reflecting that there are many direct flights between Washington, DC and DFW, with an average travel time of approximately 3 hours and 45 minutes.

91.     Attached hereto as **Exhibit 138** is a true and correct copy of Google Flights data reflecting that there are many direct flights between St. Louis, MO (which is adjacent to Chesterfield, MO) and New York, NY, with an average travel time of approximately 2 hours and 30 minutes. Attached hereto as **Exhibit 139** is a true and correct copy of Google Flights data

reflecting that there are no direct flights between St. Louis, MO and GGG. Most flights to GGG from St. Louis have either one or two stops, and total travel time ranges from 4 hours and 20 minutes to 11 hours and 30 minutes. The Google Flights data also reflects that there are no direct flights between St. Louis, MO and SHV. All flights from St. Louis to SHV have one or two stops, and total travel time ranges from 4 hours and 20 minutes to 7 hours and 30 minutes. Attached hereto as **Exhibit 140** is a true and correct copy of Google Flights data showing flights between St. Louis, MO and DFW, all of which are either nonstop or have one stop. Travel time ranges from approximately 2 hours to 7 hours and 25 minutes.

## V.     NEW YORK AND THE MUSIC INDUSTRY

92.     Attached hereto as **Exhibit 141** is a true and correct copy of a printout from the U.S. Bureau of Labor Statistics from May 2022 (available at the following URL: https://www.bls.gov/oes/current/oes272042.htm.).

93.     Attached hereto as **Exhibit 142** is a true and correct copy of a report entitled, "Economic Impact, Trends, and Opportunities Music in New York City," from 2017, written by The Boston Consulting Group, Inc. and commissioned by Julie Menin, Commissioner, New York City Mayor's Office of Media and Entertainment (available at the following URL: https://www.nyc.gov/assets/mome/pdf/MOME_Music_Report_2017_DIGITAL.pdf.).

## VI.     THE *BMG* CASE

94.     I am also counsel of record in *BMG Rights Management (US) LLC et al., v. Altice USA, Inc. et al.*, Case No. 2:22-cv-00471 (E.D. Tex.) (the "*BMG* Case").

95.     Attached hereto as **Exhibits 143-153** are true and correct copies of Notices of Depositions served by the plaintiffs in the *BMG* Case on Altice for the following individuals: (1) Audrey Pinn; (2) Ahmed Fayed; (3) Christine Cummings; (4) Joe Foster; (5) Lisa Farrell; (6)

Michael Davis; (7) William Heberer; (8) Daniel Holton; (9) Keith Agabob; (10) Nodir Nazarov; and (11) Dan Drysdale.

96.     Attached hereto as **Exhibits 154-158** are true and correct copies of Notices of Intent to Serve Subpoenas served by the plaintiffs in the *BMG* Case on Altice for the following individuals: (1) Marian O'Hagan; (2) Robert Egan; (3) Pragash Pillai; (4) Donna Bush; and (5) Marc Shapiro.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on January 29, 2024

*/s/ Sean R. Anderson*
Sean R. Anderson
