# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS, INC., et al., | |
| Plaintiffs, | Case No. 2:23-cv-00576-JRG-RSP |
| v. | JURY TRIAL DEMANDED |
| ALTICE USA, INC., et al., | ORAL ARGUMENT REQUESTED |
| Defendants. | |

### Index of Exhibits to Anderson Declaration
### in Support of Defendants' Motion to Transfer Venue

| | |
|---|---|
| Exhibit 1 | Warner Music Group Form 10-K |
| Exhibit 2 | Sony Group Corp. Form 20F |
| Exhibit 3 | Sony Corporation of America Businesses – Operating Companies |
| Exhibit 4 | Sony Music Website FAQ |
| Exhibit 5 | Atlantic Recording Corp – Allocation of Key Responsibilities Between Joint Controllers |
| Exhibit 6 | Complaint, *Atlantic Recording Co., et al. v. Vital Pharma., Inc., et al.*, 1:22-cv-22951-RS (S.D. Fla.) |
| Exhibit 7 | Big Beat Records Inc. Delaware 2022 Annual Franchise Tax Report |
| Exhibit 8 | Press Release, *Julie Greenwald Elevated to Chairman & CEO of Newly Created Atlantic Music Group*, Warner Music Group |
| Exhibit 9 | Julie Greenwald LinkedIn Profile |
| Exhibit 10 | Elektra Entertainment Group Inc. Delaware 2022 Annual Franchise Tax Report |
| Exhibit 11 | Complaint, *Warner Bros. Records, Inc., et al. v. Charter Commc'ns, Inc.*, 1:19-cv-00874-MSK-MEH (D. Colo.) |
| Exhibit 12 | Lava Records LLC Website – Contact Us |

| | |
|---|---|
| Exhibit 13 | First Amended Complaint and Jury Demand, *Warner Bros. Records, Inc., et al. v. Charter Commc'ns, Inc.*, 1:19-cv-00874-MSK-MEH (D. Colo.) |
| Exhibit 14 | Nonesuch Records Inc. Delaware 2022 Annual Franchise Tax Report |
| Exhibit 15 | Roadrunner Records, Inc. Biennial Statement 2022 |
| Exhibit 16 | Rykodisc, Inc. Minnesota Business Filing Details |
| Exhibit 17 | Warner Music Inc. Delaware 2022 Annual Franchise Tax Report |
| Exhibit 18 | Warner Music International Services Limited Annual Report and Financial Statements, September 30, 2022 |
| Exhibit 19 | Warner Music Nashville LLC Tennessee Business Entity Details |
| Exhibit 20 | Press Release, *Warner Music Nashville Announces Leadership Transition*, Warner Music Group |
| Exhibit 21 | Ben Kline LinkedIn Profile |
| Exhibit 22 | Cris Lacy LinkedIn Profile |
| Exhibit 23 | Warner Records Inc. Delaware 2022 Annual Franchise Tax Report |
| Exhibit 24 | Warner Records QRI Venture, Inc. Delaware 2022 Annual Franchise Tax Report |
| Exhibit 25 | Complaint, *Sony Music Entm't, et al, v. Cox Commc'ns, Inc., et al.*, 1:18-cv-00950-PTG-JFA (E.D. Va.) |
| Exhibit 26 | Detailed Record View, U.S. Copyright Public Records System, Shaken Not Stirred by Phil Vassar (#82876615912), Arista Music |
| Exhibit 27 | Detailed Record View, U.S. Copyright Public Records System, Safe + Sound by DJ Quik (#07822190572), Arista Records, LLC |
| Exhibit 28 | Arista Records, LLC Executives |
| Exhibit 29 | Press Release, *Sony Music Relaunches Arista Records With Hitmaker David Massey*, Sony Music Entertainment |
| Exhibit 30 | Detailed Record View, U.S. Copyright Public Records System, No Ordinary Love, LaFace Records, LLC |
| Exhibit 31 | Detailed Record View, U.S. Copyright Public Records System, Demos Before Prom, Sony Music Entertainment |
| Exhibit 32 | Plaintiffs' Rule 26(a)(1) Disclosures, *Sony Music Entm't, et al, v. Cox Commc'ns, Inc., et al.*, 1:18-cv-00950-LO-JFA (E.D. Va.) |

| | |
|---|---|
| Exhibit 33 | Kevin Kelleher LinkedIn Profile |
| Exhibit 34 | Amanda Collins LinkedIn Profile |
| Exhibit 35 | Carmine Coppola LinkedIn Profile |
| Exhibit 36 | Andrew R. Davis LinkedIn Profile |
| Exhibit 37 | Dennis Kooker LinkedIn Profile |
| Exhibit 38 | Tom Mackay Bio |
| Exhibit 39 | Julie Swidler LinkedIn Profile |
| Exhibit 40 | Melissa Thomas LinkedIn Profile |
| Exhibit 41 | Sony Music Entertainment LinkedIn Profile |
| Exhibit 42 | Jeff Walker LinkedIn Profile |
| Exhibit 43 | Wade Leak LinkedIn Profile |
| Exhibit 44 | Neil Carfora LinkedIn Profile |
| Exhibit 45 | Sony Music Entertainment US Latin LLC 2023 Annual Report |
| Exhibit 46 | Detailed Record View, U.S. Copyright Public Records System, En Vivo Con La Plebada by Los Cuates de Sinaloa, Sony Music Entertainment US Latin LLC |
| Exhibit 47 | Press Release, *Sony Music U.S. Latin Appoints Esteban Geller as General Manager*, Sony Music Entertainment |
| Exhibit 48 | Complaint, *Sony Music Entm't, et al. v. Ofra Cosmetics, LLC, et al.*, 0:23-cv-62073-WPD (S.D. Fla.) |
| Exhibit 49 | Detailed Record View, U.S. Copyright Public Records System, I Forget Myself by Henry Jamison, Ultra Records, LLC |
| Exhibit 50 | Press Release, *David Waxman Named President of Ultra Records*, Sony Music Entertainment |