# Exhibit 3



Who We Are

| Overview | Electronics | Film & Television | Music | Games | Other Businesses |

### Sony Corporation of America

Sony Corporation of America, located in New York, NY, is the U.S. headquarters of Sony Group Corporation, based in Tokyo, Japan. Sony's principal U.S. businesses include Sony Electronics Inc., Sony Interactive Entertainment LLC, Sony Music Entertainment, Sony Music Publishing LLC and Sony Pictures Entertainment Inc. With some 900 million Sony devices in hands and homes worldwide today, a vast array of Sony movies, television shows and music, and the PlayStation Network, Sony creates and delivers more entertainment experiences to more people than anyone else on earth. To learn more: www.sony.com/en.

**PRESS RELEASES SOCIAL CAREERS CONTACT**

## Electronics

### Sony Electronics

Headquartered in San Diego, Sony Electronics is a leading provider of audio/video electronics and information technology products for the consumer and professional markets. Operations include research and development, engineering, sales, marketing, distribution, and customer service.

**WEBSITE PRESS RELEASES SOCIAL CAREERS CONTACT**

## Film & Television

### Sony Pictures Entertainment



Sony Pictures Entertainment's global operations encompass motion picture production, acquisition and distribution; television production, acquisition and distribution; television networks; digital content creation and distribution; operation of studio facilities; and development of new entertainment products, services and technologies.

**WEBSITE PRESS RELEASES SOCIAL CAREERS CONTACT**

## Music

### Sony Music Entertainment

Sony Music Entertainment is a global recorded music company with a roster featuring a broad array of both local artists and international superstars



from label groups that include Columbia, RCA, Epic, Sony Music Nashville and Sony Classical.

WEBSITE PRESS RELEASES SOCIAL CAREERS CONTACT

### Sony Music Publishing

Sony Music Publishing is the leading global music publisher, which is home to world-class songwriters, legendary catalogues, and industry-leading synchronization licensing and production music businesses. With an international network of 38 offices, Sony Music Publishing represents many of the most iconic songs ever written by celebrated songwriters such as The Beatles, Bob Dylan, Aretha Franklin, Marvin Gaye, Michael Jackson, Carole King, Queen and The Rolling Stones, as well as contemporary superstars including Beyoncé, Ed Sheeran, Pharrell Williams, Drake, Lady Gaga, Kanye West, P!nk, and Sam Smith.

WEBSITE PRESS RELEASES SOCIAL CAREERS CONTACT

## Games

### Sony Interactive Entertainment LLC

Sony Interactive Entertainment LLC is responsible for keeping PlayStation® growing and thriving in the United States, Canada and Latin America. The San Mateo, California, office serves as headquarters for all North American operations.

WEBSITE PRESS RELEASES SOCIAL CAREERS CONTACT

## Other Businesses

### Sony Rewards

The Sony Rewards loyalty program enables consumers to earn Sony Rewards points for doing things they love to do, like going to the movies, purchasing Sony products and playing video games. Points can then be redeemed for Sony electronic products, entertainment, once-in-a-lifetime experiences and more. Consumers can also use the Sony Card and PlayStation®Card, both from Capital One®, to earn Sony Rewards points on everyday purchases, and earn additional 5x points on Sony & PlayStation purchases.

WEBSITE PRESS RELEASES SOCIAL CAREERS CONTACT

### Sony DADC



Sony DADC is a leading disc and digital solution provider for the entertainment, education and information industries, offering world-class optical media replication services, digital and physical supply chain solutions and software services.

WEBSITE PRESS RELEASES CAREERS CONTACT

### Sony Biotechnology Inc.

Since its inception in 1995, Sony Biotechnology has provided quality products and innovative solutions to the global flow cytometry market.

WEBSITE  PRESS RELEASES  SOCIAL  CAREERS  CONTACT

® 2024 Sony Group Corporation

Terms and Conditions | Privacy Policy | Cookie Policy | Contact Us