# Exhibit 4





# FAQ

Learn more about Sony Music, find specific information for artists and creators, discover how to join our team, and more.

## General Company Information

What does Sony Music **do**?    +

**Where** is Sony Music located?    —

Sony Music has offices in over 60 countries around the world. Its global HQ is based in New York City.

Which **record labels** live under the Sony Music umbrella?    +

Where can I find **more information** about Sony Music?    +

## For Artists & Creators

Who do I contact if I am an artist or other rights holder with a question about **royalty claims**, **processing**, or **administration**—including issues such as updating my mailing address and contact information?    +

How do I **submit a demo** to Sony Music?    +

| I'm receiving an email from **someone claiming to be a Sony Music representative** and asking for a payment. Is this a legitimate offer? | + |
|---|---|

## Joining The Team

| How can I learn more about **employment opportunities** and internships at Sony Music? | + |
|---|---|

| How can I get a better inside look at the company culture? | + |
|---|---|

## Getting In Touch

| What is the **phone number** for Sony Music? | + |
|---|---|

| I am a member of the press looking for a **media contact**. Who do I ask if I have a question about a Sony Music artist, including requests for interviews, review materials, photos, videos, credentials and other assets? | + |
|---|---|

| Who do I contact if I'm interested in **licensing** a song or video from a Sony Music artist for use in my film, television, commercial, web series, radio show, podcast, multi-media project, etc.? | + |
|---|---|

| I have discovered a cyber security issue in a Sony Music website or system, how do I report it to you? | + |
|---|---|

Featured Video





Doja Cat – Paint The To …

ROYALTY INFO       COPYRIGHT INFO

Copyright © 2024 SONY MUSIC ENTERTAINMENT. All Rights Reserved.
Royalty Information |  Music United |  Pro Guide |  Copyright Information |  Privacy Policy / Your Privacy Rights |  How We Use Your Data |  Do Not Sell/Share My Personal Information |  Your California Privacy Rights |  Terms & Conditions |  Send Us Feedback |  Why Music Matters