# Exhibit 5

1/5/24, 10:40 PM  Warner Music Group Allocation of Key Responsibilities Between Joint Controllers- Atlantic Records Websites

Case 2:23-cv-00576-JRG-RSP   Document 26-14   Filed 01/29/24   Page 2 of 3 PageID #: 1120

Last updated: December 17th 2021

# ALLOCATION OF KEY RESPONSIBILITIES BETWEEN JOINT-CONTROLLERS

The table below sets out the allocation of key responsibilities between the following joint-controllers:

- **Atlantic Recording Corporation**, a Delaware Corporation with its principal place of business at 1633 Broadway New York, New York 10019, USA;

- **Warner Music International Services Limited**, a company incorporated and registered in England and Wales whose registered office is at 78 Cannon Street, London, England, EC4N 6AF, UK;

- **Warner-Elektra-Atlantic Corporation**, a Delaware Corporation with its principal place of business at 1633 Broadway New York, New York 10019, USA;

- **Warner Music Inc.,** a Delaware corporation with its principal place of business at 1633 Broadway New York, New York 10019, USA.

The table below outlines how we manage our joint responsibilities to you in the following key areas that support you in exercising control over your data:

| Action/ Requirement | Responsible Party | | | |
| --- | --- | --- | --- | --- |
|  | Atlantic Recording Corporation | Warner Music International Services Limited | Warner-Elektra-Atlantic Corporation | Warner Music Inc |

1/5/24, 10:40 PM                          Warner Music Group Allocation of Key Responsibilities Between Joint Controllers- Atlantic Records Websites

Case 2:23-cv-00576-JRG-RSP   Document 26-14   Filed 01/29/24   Page 3 of 3 PageID #: 1121

| | | | | |
|---|---|---|---|---|
| Provision of a privacy policy | ✓ | | | |
| Implementing data subject rights requests | | ✓ | | |
| Designated contact point for data subjects | | ✓ | | |
| Responsibility for demonstrating compliance with the GDPR and record keeping | ✓ | ✓ | ✓ | ✓ |

We share and manage a number of other responsibilities with respect to the way we jointly deal with your personal data. These other responsibilities include, for example: how we ensure your data is kept safe and secure; and how we ensure that your data remains protected when we transfer it outside of the EEA and UK. To exercise your rights and to seek further information about our joint controllership, then please contact us at [privacypolicy@wmg.com](mailto:privacypolicy@wmg.com)