# Exhibit 7

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| BIG BEAT RECORDS INC. | | 2022 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 2268419 | 1991/07/15 | |

PRINCIPAL PLACE OF BUSINESS
1633 BROADWAY
NEW YORK, NY 10019

PHONE NUMBER
(212)275-2383

REGISTERED AGENT
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON DE  19801

AGENT NUMBER
9000010

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 1991/07/15 | | COMMON | 200 | .0000000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| CRAIG   KALLMAN | 1633 BROADWAY<br>NEW YORK, NY 10019 | CEO |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP | |
|---|---|---|
| ERIC   LEVIN | 1633 BROADWAY<br>NEW YORK, NY 10019 | |
| PAUL   ROBINSON | 1633 BROADWAY<br>NEW YORK, NY 10019 | |
| TRENT   TAPPE | 1633 BROADWAY<br>NEW YORK, NY 10019 | |

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| MICHELLE   STALLONE<br>1633 BROADWAY<br>NEW YORK, NY 10019 US | 2023/02/22 | MANAGER |