# Exhibit 9

 



## Julie Greenwald

Chairperson at Atlantic Records

New York City Metropolitan Area

22 followers

 See your mutual connections

Sign in to connect

 Atlantic Records

## Experience



**Chairperson**
Atlantic Records

## View Julie's full profile

👥 See who you know in common




Sign in to view full profile



Subscribe now

## People also viewed

### Jody Gerson
Chairman and CEO, Universal Music Publishing Group
Los Angeles Metropolitan Area

Connect

### Kevin Liles
New York, NY

Connect

### Nataly Stephens
Artist Relations & Entertainment Strategist
New York, NY

Connect

### Pamela Charbit
Beverly Hills, CA

1/18/24, 1:52 PM    Case 2:23-cv-00576-JRG-RSP    Document 26-18    Filed 01/29/24    Page 4 of 5 PageID #: 1154
Julie Greenwald 8 Chairperson - Atlantic Records | LinkedIn




Vice President, A&R Administration at RCA Records

New York, NY

 Connect

### Jeff Levin

A&R at Atlantic Records

Woodcliff Lake, NJ

 Connect

### Maria Arangio

A&R Executive

New York, NY

 Connect

### Craig Calman

President, craigcalman.com

Los Angeles, CA

 Connect

### Todd Moscowitz

Co-founder at Lovesocial

New York, NY

Connect

### Daniel Schultz

Senior Director A&R - RCA Records at Sony Music Entertainment

Los Angeles, CA

Connect

Show more profiles

## Explore collaborative articles




**Explore More**

## Others named **Julie Greenwald** in **United States**

**Julie Greenwald**
Training Operations Specialist
Powell, OH

**Julie Greenwald**
Community Support Coordinator at Wintonia Community Housing
Seattle, WA

**Julie Greenwald**
Registered Dietitian and Wellness Coach
Lewis Center, OH

**Julie Greenwald**
Senior Executive Assistant and Program/Event Coordinator at JCRC of Greater Washington
Germantown, MD

**Julie Greenwald**
Seamstress at Interior Creations & Remains of the Day
Junction City, OR

21 others named Julie Greenwald in United States are on LinkedIn

**See others named Julie Greenwald**

© 2024

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language