# Exhibit 10

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC. | 2022 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 2969473 | 1998/11/20 | |

**PRINCIPAL PLACE OF BUSINESS**
1633 BROADWAY
NEW YORK, NY 10019

**PHONE NUMBER**
(212)275-2383

**REGISTERED AGENT**
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON DE  19801

**AGENT NUMBER**
9000010

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 1998/11/20 | | COMMON | 200 | .0000000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| JOHN BEDDIA | 1633 BROADWAY NEW YORK, NY 10019 | CFO |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| ERIC LEVIN | 1633 BROADWAY NEW YORK, NY 10019 |
| PAUL ROBINSON | 1633 BROADWAY NEW YORK, NY 10019 |
| TRENT TAPPE | 1633 BROADWAY NEW YORK, NY 10019 |

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

**AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)**
MICHELLE STALLONE
1633 BROADWAY
NEW YORK, NY 10019 US

**DATE** 2023/02/22
**TITLE** MANAGER