# Exhibit 12



1755 Broadway

New York, NY 10019

Email

Subject

Name

State

Zip
Enter message

**SEND**

© LAVA RECORDS. ALL RIGHTS RESERVED. DESIGNED BY MATTE

© LAVA RECORDS. ALL RIGHTS RESERVED. DESIGNED BY MATTE