# Exhibit 14

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| NONESUCH RECORDS INC. | | 2022 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 3767274 | 2004/02/20 | |

| PRINCIPAL PLACE OF BUSINESS | PHONE NUMBER |
|---|---|
| 1633 BROADWAY<br>NEW YORK, NY 10019 | (212)275-2383 |

| REGISTERED AGENT | AGENT NUMBER |
|---|---|
| THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER<br>1209 ORANGE ST<br>WILMINGTON DE 19801 | 9000010 |

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2004/02/20 | | COMMON | 1,000 | .0100000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| DAVID BITHER | 1633 BROADWAY<br>NEW YORK, NY 10019 | PRESIDENT |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| ERIC LEVIN | 1633 BROADWAY<br>NEW YORK, NY 10019 |
| PAUL ROBINSON | 1633 BROADWAY<br>NEW YORK, NY 10019 |
| TRENT TAPPE | 1633 BROADWAY<br>NEW YORK, NY 10019 |

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| MICHELLE STALLONE<br>1633 BROADWAY<br>NEW YORK, NY 10019 US | 2023/02/23 | MANAGER |