# Exhibit 15

# Biennial Statement

NYS Department of State

Division of Corporations, State Records &

Uniform Commercial Code

www.dos.ny.gov

**BUSINESS NAME:** ROADRUNNER RECORDS, INC.
**FILING PERIOD:** 11/1/2022 12:00:00 AM

## Part 1 - Chief Executive Officer's Name and Business Address

| Name |  |  |
|---|---|---|
| CRAIG KALLMAN |  |  |
| Address Line 1 |  |  |
| 1633 BROADWAY |  |  |
| Address Line 2 |  |  |
| City | State | Zip Code |
| NEW YORK | NY | 10019 |

## Part 2 - Street Address of Principal Executive Office (A Post Office Box cannot be used)

| Corporation Name |  |  |
|---|---|---|
| Address Line 1 |  |  |
| 1633 BROADWAY 7TH FLR |  |  |
| Address Line 2 |  |  |
| City | State | Zip Code |
| NEW YORK | NY | 10019 |

## Part 3 - Service of Process Address (Address must be within the United States or its territories)

| Name |  |  |
|---|---|---|
| C T CORPORATION SYSTEM |  |  |
| Address Line 1 |  |  |
| 1633 BROADWAY |  |  |
| Address Line 2 |  |  |
| City | State | Zip Code |
| NEW YORK | NY | 10019 |

## Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

| Electronic Signature |
|---|
| MICHELLE STALLONE |
| Capacity of Signer |
| AUTHORIZED PERSON |

Filed with the NYS Department of State on 11/17/2022
Filing Number: 221117003208 DOS ID: 955238