# Exhibit 16

## Business Record Details »

Minnesota Business Name
# Rykodisc, Inc.

**Business Type**
Business Corporation (Domestic)

**MN Statute**
302A

**File Number**
4X-713

**Home Jurisdiction**
Minnesota

**Filing Date**
04/26/1985

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2024

**Registered Office Address**
1010 Dale St N
St Paul, MN 55117–5603
USA

**Number of Shares**
100,000

**Registered Agent(s)**
CT Corporation System Inc

**Chief Executive Officer**
Mark Pinkus
777 South Santa Fe Ave
Los Angeles, CA 90021
USA

**Principal Executive Office Address**
777 South Santa Fe Ave
Los Angeles, CA 90021
USA

Filing History

# Filing History

Select the item(s) you would like to order:  [ Order Selected Copies ]

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 04/26/1985 | Original Filing - Business Corporation (Domestic) | |
| | 04/26/1985 | Business Corporation (Domestic) Business Name (Business Name: Rykodisc, Inc.) | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 02/24/1989 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 09/12/1995 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 07/29/1998 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 07/06/2005 | Global Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 08/30/2007 | Global Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 01/09/2008 | Administrative Dissolution - Business Corporation (Domestic) | |
| ☐ | 07/08/2008 | Annual Reinstatement - Business Corporation (Domestic) | |
| ☐ | 03/05/2009 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 5/23/2013 | Merger Survivor - Business Corporation (Domestic) | |
| ☑ | 5/23/2013 | Merger Survivor - Business Corporation (Domestic) | |
| ☐ | 9/16/2016 | Registered Office and/or Agent - Business Corporation (Domestic) | |

© 2023 Office of the Minnesota Secretary of State - **Terms & Conditions**

The Office of the Secretary of State is an equal opportunity employer

✉ **Subscribe for email updates!**
**Vulnerability Disclosure**