# Exhibit 19



**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
## State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name:   **Warner Music Nashville LLC**

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000614717 | **Formation Locale:** | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 10/06/2009 11:47 AM | Date Formed: | 10/06/2009 |
| | | Fiscal Year Close | 9 |
| Status: | Active | Member Count: | 1 |
| Duration Term: | Perpetual | | |
| Managed By: | Member Managed | | |

**Registered Agent Address**
C T CORPORATION SYSTEM
300 MONTVUE RD
KNOXVILLE, TN  37919-5546

**Principal Address**
20 MUSIC SQUARE EAST
NASHVILLE, TN  37203-4344

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 01/03/2023 | 2022 Annual Report | B1315-4384 |
| Principal Address 1 Changed  From: 20 MUSIC SQ E  To: 20 MUSIC SQUARE EAST | | |
| 12/17/2021 | 2021 Annual Report | B1135-9422 |
| 12/15/2020 | 2020 Annual Report | B0955-7721 |
| 12/18/2019 | 2019 Annual Report | B0792-5045 |
| 02/21/2019 | Assumed Name | B0651-5340 |
| New Assumed Name Changed  From: No Value  To: Elektra Nashville | | |
| 12/20/2018 | 2018 Annual Report | B0627-8697 |
| 01/26/2018 | Registered Agent Change (by Agent) | *B0478-4994 |
| Registered Agent Physical Address 1 Changed  From: 800 S GAY ST  To: 300 MONTVUE RD | | |
| Registered Agent Physical Address 2 Changed  From: STE 2021  To: No Value | | |
| Registered Agent Physical Postal Code Changed  From: 37929-9710  To: 37919-5546 | | |
| 12/20/2017 | 2017 Annual Report | B0468-6756 |
| 12/20/2016 | 2016 Annual Report | B0322-8635 |
| 12/18/2015 | 2015 Annual Report | B0174-9168 |
| 12/10/2014 | 2014 Annual Report | B0028-3428 |
| Managed By Changed  From: Manager Managed  To: Member Managed | | |

# Filing Information

| Name: | **Warner Music Nashville LLC** | |
|---|---|---|
| 09/16/2013 | 2013 Annual Report | A0201-2103 |

Managed By Changed  From: Member Managed  To: Manager Managed

| 09/26/2012 | 2012 Annual Report | A0144-2239 |
|---|---|---|

Principal Address 1 Changed  From: 20 MUSIC SQUARE EAST  To: 20 MUSIC SQ E

Principal Postal Code Changed  From: 37203  To: 37203-4344

| 09/30/2011 | 2011 Annual Report | A0094-2226 |
|---|---|---|
| 09/08/2010 | 2010 Annual Report | A0046-2441 |
| 05/19/2010 | Assumed Name | 6720-3068 |

New Assumed Name Changed  From: No Value  To: ELEKTRA NASHVILLE

| 10/06/2009 | Initial Filing | 6608-0042 |
|---|---|---|

| **Active Assumed Names (if any)** | **Date** | **Expires** |
|---|---|---|
| Elektra Nashville | 02/21/2019 | 02/21/2024 |