# Exhibit 21

 



## Ben Kline

Co-Chair/Co-President at Warner Music Nashville

Nashville, Tennessee, United States

2K followers · 500+ connections

 See your mutual connections

Sign in to connect

 Warner Music Nashville

 University at Albany, SUNY

## About

Senior-level executive in the music/entertainment industry.

Specialties: Management, negotiation, consumer marketing, global branding, touring

## Activity




**Congrats to my sister, Carole! And congrats to Nielsen!**

Liked by Ben Kline

**Attention passengers boarding all international ✈️ from Mexico City on Aeromexico…#trebel #music #latam #mexico 🕺🎶🎉**

Liked by Ben Kline

**I'm excited to share that I'm speaking at CES 2024 with an amazing panel consisting of Lindsey Slaby, Doug Martin, and Sophie Bambuck. My partner in…**

Liked by Ben Kline

**Sign in to see all activity**

## Experience




### Co-Chair/Co-President

Jun 2022 - Present · 1 year 8 months

Nashville, Tennessee, United States

### EVP/General Manager

Apr 2019 - May 2022 · 3 years 2 months

Nashville, TN

Oversee day to day label operations within radio promotion, streaming, marketing, digital, international and touring departments for Warner Music Group's country music division. Responsible for forecasting and achieving annual revenue and profit goals for the division.

### SVP, Global Revenue & Touring

Aug 2014 - Apr 2019 · 4 years 9 months

Nashville, TN

### CEO & Founder

Brazenhead Entertainment

Mar 2012 - Jul 2014 · 2 years 5 months

Marketing and sales focused consulting group that works with record labels and artists directly. Develops and implements strategies around digital marketing, D2C, touring, social media and advertising to maximize exposure in the marketplace.

### SVP, Global Sales & Marketing

INgrooves

Apr 2009 - Mar 2012 · 3 years

San Francisco, CA

Oversee all worldwide sales and marketing functions at INgrooves, an industry leading digital media distribution and marketing company. Responsible for creating and implementing global online marketing campaigns, sales goal strategies and third party branding/marketing opportunities for our artists and record labels.




Nov 1997 - Feb 2009 · 11 years 4 months

Nashville, TN

## Education

### University at Albany, SUNY

B.A. · Economics

## Recommendations received

### Jon Vanhala

"BK is that rare MVP that raises all around him. His intellect, savvy, experience, and vision always drives true value and real impact. His razor sharp creative wit is second to none and that raises the bar for all engaged in the positive debate. My highest recommendation and I'd be thrilled to work with BK again."

### David Zierler

"Ben is one of the most tenacious, results oriented people I have worked with and would hope to work with him again in some capacity in the future. Ben is the consummate professional and someone I would take on my team any day of the week."

2 people have recommended Ben




## More activity by Ben

**Cheers to another great year working for Warner Music Group / Warner Music Nashville! From launching record-breaking albums to celebrating wins…**

Liked by Ben Kline

**I'm sure you already follow Jay and read Your Morning Coffee, but if you don't now you know that you should. Excellent 2023 reviews/recaps/etc…**

Liked by Ben Kline

**Grammy Voting is open now! Please support this incredible Cast album!**

Liked by Ben Kline




I love this song, and album. I think you will too. I'm really proud of Abigail Garcia and the Monmouth University Blue Hawk Records students' magical…

Liked by Ben Kline

💥 Closing out 2023 at FlyteVu with Gratitude 💥  As the year draws to a close, we extend our heartfelt gratitude to our incredible team, dedicated…

Liked by Ben Kline

Congratulations to our new #ACMLEVelUp cohort!

Liked by Ben Kline

I'm honored to be continuing on the CMA Board of Directors and am excited to be welcoming some amazing new board members and officers!

 

So pumped to announce BeatStars has partnered with the most advanced mobile recording studio application Voloco, by Resonant Cavity, LLC. Our mission…

Liked by Ben Kline

Variety's Hitsmakers - A list that I'm a bit stunned and completely honored to be included on. We work hard, but no one works harder than Bailey…

Liked by Ben Kline

Visiting the Rock & Roll Hall of Fame for PRINE ON PRINE is an honor… Getting to do it with Fiona Whelan Prine + Lyle Lovett defies words. John was…

Liked by Ben Kline

## View Ben's full profile

See who you know in common




Sign in to view full profile



New Samsung Galaxy S24+

Samsung 

## People also viewed

**Max Lousada**
London
 Connect

**Edgar Bronfman**
New York, NY
Connect

**Jamie Graves**
Sr. Director, Streaming at Warner Music Nashville
Nashville Metropolitan Area
Connect

**Jamie Lynn Younger**
VP, Artist Development at Warner Music Nashville
Nashville, TN




Co-President of Asia at Warner Music

China

Connect

**Dan Bess**

Nashville, TN

Connect

**Stephanie Davenport**

Senior Director A&R at Warner Music Nashville

Nashville, TN

Connect

**Patrick Sabatini**

SVP, Legal and Business Affairs at Warner Music Nashville

Nashville, TN

Connect

**Tim Foisset**

Head of Label Partnerships, Nashville at Spotify

Nashville, TN

Connect

**Kate Myers**

Music Artist Brand Partnerships at Warner Music Nashville

Nashville, TN

Connect

Show more profiles

## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.




## Others named **Ben Kline** in **United States**

**Ben Kline**

Director of Business Development at CLM Midwest

Youngstown-Warren area

**Ben Kline**

Grand Rapids Metropolitan Area

**Ben Kline**

St Louis, MO

**Ben Kline**

Daytona Beach, FL

85 others named Ben Kline in United States are on LinkedIn

See others named **Ben Kline**

## Add new skills with these courses

55m  Releasing and Promoting Your Music

31m  Introduction to Songwriting

1h 27m  Advanced Drum Recording Session with Josh Freese

See all courses

© 2024

Accessibility

Privacy Policy

About

User Agreement

Your California Privacy Choices

 

**Community Guidelines**

**Language**