# Exhibit 22

 



## Cris Lacy

VP A&R at Warner Music Nashvile

Nashville, Tennessee, United States

37 followers · 1 connection

 See your mutual connections

Sign in to connect

 Warner Music Nashvile

## Experience


**VP A&R**
Warner Music Nashvile

## View Cris' full profile

 See who you know in common

 

Sign in to view full profile



Spoiler alert: it's all included. BOOK NOW — IHG Hotels & Resorts | IBEROSTAR Beachfront Resorts

## People also viewed

**Shannen Stewart**
Nashville, TN

 Connect

**Toni Y. Hickey**
Nashville, TN

 Connect

**Jason McColl**
Sr. Director, A&R at Sony Music Nashville
Nashville, TN

 Connect

**Carmen Romano**
Managing Director, NY at FBMM Inc
New York, NY

 

Agent at Creative Artists Agency

Nashville, TN

 Connect

**Tommy Moore**

Vice President, Artist & Industry Relations; Board Administration & Governance at Academy of Country Music

Nashville, TN

 Connect

**Aaron Bay-Schuck**

--

Los Angeles, CA

 Connect

**Phil May**

Senior VP & General Manager - Nashville at Warner Chappell Music

Nashville Metropolitan Area

Connect

**Justin Eshak**

Senior Vice President A&R at Columbia Records

New York City Metropolitan Area

Connect

**Imran Majid**

Senior Vice President of A&R at Columbia Records

Jersey City, NJ

Connect

Show more profiles

### Explore collaborative articles




**Explore More**

© 2024                                                                                     About

Accessibility                                                                       User Agreement

Privacy Policy                                                                    Your California Privacy Choices

Cookie Policy                                                                     Copyright Policy

Brand Policy                                                                       Guest Controls

Community Guidelines                                                       Language