# Exhibit 23

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| WARNER RECORDS INC. | 2022 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 521813 | 1958/03/19 | |

**PRINCIPAL PLACE OF BUSINESS**
777 SOUTH SANTA FE AVENUE
LOS ANGELES, CA 90021

**PHONE NUMBER**
(212)275-2383

**REGISTERED AGENT**
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON DE  19801

**AGENT NUMBER**
9000010

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 1958/03/19 | | COM | 1,000 | .0000000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| AARON  BAY-SCHUCK | | 1633 BROADWAY<br>NEW YORK, NY 10019 | CEO |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| ERIC  LEVIN | | 1633 BROADWAY<br>NEW YORK, NY 10019 |
| PAUL  ROBINSON | | 1633 BROADWAY<br>NEW YORK, NY 10019 |
| TRENT  TAPPE | | 1633 BROADWAY<br>NEW YORK, NY 10019 |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| MICHELLE  STALLONE<br>1633 BROADWAY<br>NEW YORK, NY 10019 US | 2023/02/24 | MANAGER |