# Exhibit 26

Copyright

Home / Detailed Record View

Keyword

Advanced Search

Share

## Detailed Record View
Registration record SR0000829597
Copyright Catalog

### Shaken Not Stirred / by Phil Vassar (#82876615912)

Actions

| | |
|---|---|
| Registration Number / Date | SR0000829597 / 2018-07-13 |
| Type of Work | Sound Recording |
| Title | Shaken Not Stirred / by Phil Vassar (#82876615912) |
| Application Title | Shaken Not Stirred / by Phil Vassar (#82876615912) |
| Contents | Good Ole Days; In a Real Love; What Happens In Vegas; I'll Take That As A Yes (The Hot Tub Song); Erase; Here To Forget; I Miss The Innocence; Amazing Grace; Nobody Knows Me Like You; Dancin' With Dreams; Gone By Dawn; Black and Whites. |
| Date of Creation | 2004 |
| Date of Publication | 2004-09-28 |
| Copyright Claimant | Arista Music, Transfer: As successor in interest to BMG Music. Address: c/o Sony Music Entertainment, 25 Madison Avenue, 22nd Floor, New York, NY, 10010, United States. |
| Authorship on Application | BMG Music, Domicile: United States. employer for hire; Authorship: sound recording, Compilation of Sound Recordings; Photographs; compilation of photographs. |
| Description | Compact disk (CD) |
| Copyright Note | Basis for Registration: Unit of publication containing collective work(s) and other component element(s). |
| Nation of First Publication | United States |
| Names | BMG Music |
| | Arista Music |

### Menu
Home
Recent Records
Recent Searches
Name Directory
Help

### Resources
Request Copies
Get a Search Estimate
FAQs

### Contact
Contact Us
Feedback

Copyright

**U.S. Copyright Office**

101 Independence Ave S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0788 (toll free)

**DISCLAIMER** The Copyright Public Records System (CPRS) pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright office | Library Of Congress | Congress.gov |
USA.gov | FOIA | Legal | Privacy Policy