# Exhibit 27

Copyright

Home / Detailed Record View

Keyword

Advanced Search

Share

## Detailed Record View
Registration record SR0000954344
Copyright Catalog

### Safe + Sound / by DJ Quik (#07822190572)

Actions

| | |
|---|---|
| Registration Number / Date | SR0000954344 / 2023-02-28 |
| Type of Work | Sound Recording |
| Title | Safe + Sound / by DJ Quik (#07822190572) |
| Application Title | Safe + Sound / by DJ Quik (#07822190572) |
| Contents | Street Level Entrance Get at Me Diggin' U Out Safe + Sound Somethin' 4 tha Mood Don't You Eat It! Can I Eat It? Itz Your Fantasy Tha Ho In You Dollaz + Sense Let You Havit Summer Breeze Quik's Groove III Sucka Free Keep Tha "P" In It Horrah 4 Tha Funk (Reprise) Tanqueray . |
| Date of Creation | 1995 |
| Date of Publication | 1995-02-21 |
| Copyright Claimant | Arista Records LLC, Transfer: successor in interest. Address: 25 Madison Avenue, New York, NY, 10010, United States. |
| Authorship on Application | Arista Records, Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: sound recording, Compilation of sound recordings. |
| Description | Compact disc. |
| Copyright Note | C.O. correspondence.<br>Basis for Registration: Collective work. |
| Nation of First Publication | United States |
| Names | Arista Records, Inc.<br>Arista Records LLC |

**Menu**
Home
Recent Records
Recent Searches
Name Directory
Help

**Resources**
Request Copies
Get a Search Estimate
FAQs

**Contact**
Contact Us
Feedback

Copyright

**U.S. Copyright Office**

101 Independence Ave S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0788 (toll free)

DISCLAIMER The Copyright Public Records System (CPRS) pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright office | Library Of Congress | Congress.gov |
USA.gov | FOIA | Legal | Privacy Policy