# Exhibit 28



About    News    Careers    FAQ    For Artists

# Executives



Rob Stringer
Chairman, Sony Music Group
CEO, Sony Music Entertainment



Kevin Kelleher
Chief Operating Officer
Sony Music Entertainment



Towalame Austin
EVP, Philanthropy and Social Impact,
Sony Music Group



Amanda Collins
EVP & Global Head of Corporate Communications,
Sony Music Entertainment



Carmine Coppola
EVP & Chief Financial Officer,
Sony Music Entertainment



Andrew Davis
EVP & Global Chief People Experience Officer,
Sony Music Entertainment

**Have a Question for Sony Music?**

Visit our FAQ page for information regarding
- Our demo policy
- Royalties
- Employment & internship opportunities
- Press contacts & more

View Our FAQs »

## Featured Video



Doja Cat – Paint The To …











