# Exhibit 29

SONY

About  News  Careers  FAQ  For Artists



### Sony Music Relaunches Arista Records With Hitmaker David Massey

Jul 09, 2018

NEW YORK, July 9, 2018 /PRNewswire/ — Sony Music Entertainment CEO Rob Stringer today announced the relaunch of Arista Records under the leadership of highly regarded music industry executive David Massey.



The legendary label will become an all new frontline creative center within Sony Music led by Massey, who will serve as President and CEO of Arista. Massey is based in New York and reports directly to Stringer.

Massey's leadership of Arista is part of a new broad-based creative partnership between the hitmaker and Sony Music. In addition, Sony Music and Massey have entered into a new joint venture for Massey-led artist management and music publishing businesses.

Said Stringer, "We are excited to be reintroducing the iconic Arista brand as a full major label under the leadership of David Massey. David is a visionary and progressive talent developer and his recent success at breaking new artists around the world only highlights his remarkable consistency of creative success year after year. As well as releasing new music to the world, David will use his vast experience in building new publishing and artist management ventures that will enhance Sony Music's overall music strategy."

Said Massey, "I want to thank Rob Stringer for the phenomenal opportunity to return to Sony Music in an expansive new partnership and lead the next chapter of Arista Records. Clive Davis made the Arista name synonymous with tremendous creativity and great songs, and I look forward to continuing that identity by working with the many talented people at Sony to build a new roster of hit artists. I am also excited to join forces with Sony to drive additional growth through artist management and music publishing."

Founded by Clive Davis in 1974, Arista Records is among the most storied labels in the history of the recorded music business and previously served as the home to numerous iconic artists, including Whitney Houston, the Kinks, Patti Smith, the Grateful Dead, Carlos Santana, Barry Manilow, and Aretha Franklin.

Said Davis, "I am really delighted to see the Arista name return to a place of prominence under an executive with the talents of David Massey. David is a true music man who has tremendous respect for artistry, and he is the ideal choice to carry on the label's great tradition."

Most recently, Massey was President and CEO of Island Records, where since 2013 he has overseen hits from Shawn Mendes, Demi Lovato, Nick Jonas, The Killers, Fall Out Boy, Mike Posner, Elton John, Bon Jovi, and Tove Lo, among others. Prior to running Island, Massey spent six years as President of Mercury Records, where he achieved significant success with Duffy, Portishead, Taio Cruz, Neon Trees, The Wanted, The Saturdays, The Gaslight Anthem, and Jake Bugg. During his time at Mercury, he also oversaw A&R for a number of major Island Records artists.

Before that, he served as Executive Vice President, A&R, Sony Music Label Group U.S., a post he was named to in 2004, and President of his own imprint Daylight Records, which was founded in 2000. He spent his early career at Sony Music with Epic Records, where he spent 10 years in a number of different roles, including EVP/ GM and Executive Vice President of A&R. During his time with Sony Music, he worked with artists including Shakira, Oasis, Good Charlotte, Franz Ferdinand, Travis, Silverchair, and Delta Goodrem.

Prior to joining Epic, Massey was based in London where he had a successful career in artist management, working with artists such as Wang Chung, in addition to heading his own independent record company, Big World Records. He holds a Masters in Law from Cambridge University.

**About Sony Music Entertainment**
Sony Music Entertainment is a global recorded music company with a current roster that includes a broad array of both local artists and international superstars. The company boasts a vast catalog that comprises some of the most important recordings in history. It is home to premier record labels representing music from every genre, including Arista Nashville, Beach Street Records, Black Butter Records, BPG Music, Bystorm Entertainment, Century Media, Columbia Nashville, Columbia Records, Day 1, Descendant Records, Disruptor Records, Epic Records, Essential Records, Essential Worship, Fo Yo Soul Recordings, House of Iona Records, Insanity Records, Kemosabe Records, Legacy Recordings, Masterworks, Masterworks Broadway, Ministry of Sound Recordings, Monument Records, OKeh, Polo Grounds Music, Portrait, RCA Inspiration, RCA Nashville, RCA Records, Relentless Records, Reunion Records, Sony Classical, Sony Music Latin, Star Time International, Syco Music and

**Have a Question for Sony Music?**

Visit our FAQ page for information regarding
- Our demo policy
- Royalties
- Employment & internship opportunities
- Press contacts & more

View Our FAQs »

**Featured Video**



Doja Cat – Paint The To ...

Verity Records. Sony Music Entertainment is a wholly owned subsidiary of Sony Corporation of America.



SOURCE Sony Music Entertainment

ROYALTY INFO    COPYRIGHT INFO

Copyright © 2024 SONY MUSIC ENTERTAINMENT. All Rights Reserved.
Royalty Information |  Music United |  Pro Guide |  Copyright Information |  Privacy Policy / Your Privacy Rights |  How We Use Your Data |  Do Not Sell/Share My Personal Information |  Your California Privacy Rights |  Terms & Conditions |  Send Us Feedback |  Why Music Matters