# Exhibit 30



Home / Detailed Record View

Advanced Search

Share

## Detailed Record View
Registration record SR0000826003
Copyright Catalog

### No Ordinary Love.

Actions

| | |
|---|---|
| Registration Number / Date | SR0000826003 / 2018-06-22 |
| Type of Work | Sound Recording |
| Title | No Ordinary Love. |
| Application Title | No Ordinary Love / by Kenny Lattimore & Chante Moore (#USLF20500142) |
| Appears In | Uncovered/Covered / by Kenny Lattimore & Chante Moore (#82876679262) |
| Date of Creation | 2006 |
| Date of Publication | 2006-10-10 |
| Copyright Claimant | LaFace Records LLC. Address: c/o Sony Music Entertainment, 25 Madison Avenue, 22nd Floor, New York, NY, 10010, United States. |
| Authorship on Application | LaFace Records LLC, Domicile: United States. employer for hire; Authorship: sound recording. |
| Description | 2 Compact discs. |
| Nation of First Publication | United States |
| Names | LaFace Records LLC |

**Menu**
Home
Recent Records
Recent Searches
Name Directory
Help

**Resources**
Request Copies
Get a Search Estimate
FAQs

**Contact**
Contact Us
Feedback

**U.S. Copyright Office**
101 Independence Ave S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0788 (toll free)

DISCLAIMER The Copyright Public Records System (CPRS) pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright office | Library Of Congress | Congress.gov | USA.gov | FOIA | Legal | Privacy Policy