# Exhibit 31



Home  /  Detailed Record View

| Keyword | | 🔍 |

Advanced Search

Share ➦

# Detailed Record View
## Registration record SR0000981779
Copyright Catalog

## Demos Before Prom.

Actions ⌄

| | |
|---|---|
| **Registration Number / Date** | SR0000981779 / 2023-12-01 |
| **Type of Work** | Sound Recording |
| **Title** | Demos Before Prom. |
| **Application Title** | Demos Before Prom / by Malcolm Todd (#G010005118835D) |
| **Contents** | Out of Bounds; Hesitating; Starstudded; Phones; Lately; In a Trance . |
| **Date of Creation** | 2022 |
| **Date of Publication** | 2022-05-15 |
| **Copyright Claimant** | Sony Music Entertainment, Transfer: By written agreement. Address: 25 Madison Avenue, New York, NY, 10010, United States. |

| | |
|---|---|
| **Authorship on Application** | Malcolm Todd, Inc., Domicile: United States. employer for hire; Authorship: sound recording, compilation of sound recordings. |
| **Description** | Electronic file (eService) |
| **Copyright Note** | C.O. correspondence. Basis for Registration: Collective work. |
| **Nation of First Publication** | United States |
| **Names** | [Malcolm Todd, Inc.](#) [Sony Music Entertainment](#) |

## Menu

Home
Recent Records
Recent Searches
Name Directory
Help

## Resources

Request Copies
Get a Search Estimate
FAQs

## Contact

Contact Us
Feedback

## U.S. Copyright Office

101 Independence Ave S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0788 (toll free)

**DISCLAIMER** The Copyright Public Records System (CPRS) pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For

Case 2:23-cv-00576-JRG-RSP Document 26-40 Filed 01/29/24 Page 4 of 4 PageID #: 1475

information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright office | Library Of Congress | Congress.gov | USA.gov | FOIA | Legal | Privacy Policy