# Exhibit 33



# kevin kelleher

evp&cfo at Sony Music Entertainment

Queens County, New York, United States

52 followers · 27 connections

See your mutual connections

**Join to view profile**

Sony Music Entertainment

## Activity

Wish me luck today as I present to the communities of Dover, Vermont the world of #Bitcoin and #blockhain .

Liked by kevin kelleher

## Experience

**evp&cfo**
Sony Music Entertainment

## View kevin's full profile

- See who you know in common
- Get introduced
- Contact kevin directly

**Join to view full profile**

**LinkedIn is better in the new Windows app**



Use the Windows app for a faster and more seamless experience.

**Get the Windows app**