# Exhibit 34





### Organizations

**NY Downtown Hospital**
Volunteer
Aug 2010 - Present
http://www.downtownhospital.org/

**Opus 118 Harlem School of Music**
Board of Directors
http://www.opus118.org/

View Amanda's full profile
- See who you know in common
- Get introduced
- Contact Amanda directly

Join to view full profile