# Exhibit 35



### Carmine Coppola

Executive Vice President & Chief Financial Officer at Sony Music Entertainment

New City, New York, United States

**244** followers · **189** connections

See your mutual connections

**Join to view profile**

**Sony Music Entertainment**

**University at Albany, SUNY**

---

## Experience

**Sony Music Entertainment**
33 years 1 month

- **Executive Vice President & Chief Financial Officer**
  Apr 2017 - Present · 6 years 10 months
  Greater New York City Area

- **EVP Global Finance**
  Apr 2011 - Mar 2017 · 6 years
  Greater New York City Area

- **EVP & CFO, International and EVP & Controller, Global Finance**
  Jan 2001 - Mar 2011 · 10 years 3 months
  Greater New York City Area

- **SVP US Finance & Operations**
  Jan 1991 - Dec 2001 · 11 years
  Greater New York City Area

---

## Education

**University at Albany, SUNY**
-
1982 - 1985

---

### View Carmine's full profile

- See who you know in common
- Get introduced
- Contact Carmine directly