# Exhibit 36



# Andrew R. Davis

Miami, Florida, United States

15K followers · 500+ connections

See your mutual connections

**Join to view profile**

Sony Music Entertainment

Emory University - Goizueta Business School

## About

Seasoned executive with broad experience in all aspects of Human… see more

## Articles by Andrew R.

**HR is now PX at SME – Here's Why**
By Andrew R. Davis
Jun 22, 2022

## Activity

A very simple and powerful statement. "Just learn how to get stuff done." This advice is key not just for people entering the workforce but at all…
Liked by Andrew R. Davis

Well done, National Safety Council and The Chemours Company - Building a safety profession that reflects our diverse workforce is essential to…
Liked by Andrew R. Davis