# Exhibit 37



### Dennis Kooker

Princeton Junction, New Jersey, United States

1K followers · 500+ connections

See your mutual connections

**Join to view profile**

Sony Music Entertainment

## Experience & Education

View Dennis's full experience

By clicking Continue, you agree to LinkedIn's User Agreement, Privacy Policy, and Cookie Policy.

Sign in    Continue with Google

### View Dennis' full profile

- See who you know in common
- Get introduced
- Contact Dennis directly

Join to view full profile





## People also viewed

**Carmine Coppola**
Executive Vice President & Chief Financial Officer at Sony Music Entertainment
New City, NY
Connect

**Chris Frankenberg**
New York, NY
Connect

**Julie Swidler**
New York, NY