# Exhibit 39



### Julie Swidler
New York, New York, United States
1K followers · 500+ connections

See your mutual connections

**Join to view profile**

- Sony Music Entertainment
- Benjamin N. Cardozo School of Law, Yeshiva University
- Blog

## About
A dynamic leader who combines almost 30 years of entertainment industry experience with a…
see more

## Activity

**What a night for women in Latin Music!!! To see so many women winning big at the Latin Grammy was inspiring. They won because they deserve it. They…**
Liked by Julie Swidler

**Last night Bryan Cave Leighton Paisner LLP held its inaugural #blackwomeninlawnetwork event and it was an incredible honour to be invited to speak on…**
Liked by Julie Swidler

**Filled with gratitude today to share that I have joined the partnership of Alter, Kendrick & Baron, LLP. I look forward to continue doing what I love…**
Liked by Julie Swidler

**Join now to see all activity**

## Experience & Education