# Exhibit 40



### Melissa Thomas
New York, New York, United States
809 followers · 500+ connections

See your mutual connections

**Join to view profile**

Sony Music Entertainment

The University of Western Ontario - Richard Ivey School of Business

## About
Over a 15 years of marketing & promotions experience in the music industry both in the UK… see more

## Activity

Being a working parent is infinitely harder than working without having kids. I look back at my leadership before being a parent and want to…

Liked by Melissa Thomas

## Experience & Education

**Sony Music Entertainment**



**View Melissa's full experience**

See their title, tenure and more.

**Sign in**

or

By clicking Continue, you agree to LinkedIn's User Agreement, Privacy Policy, and Cookie Policy.

**Continue with Google**

## View Melissa's full profile

- See who you know in common
- Get introduced
- Contact Melissa directly