# Exhibit 41



## About us

At Sony Music Entertainment, we fuel the creative journey. We've played a pioneering role in music history, from the first-ever music label to the invention of the flat disc record. We've nurtured some of music's most iconic artists and produced some of the most influential recordings of all time.

Today, we work in more than 70 countries, supporting a diverse roster of international superstars, developing and independent artists, and visionary creators. From our position at the intersection of music, entertainment, and technology, we bring imagination and expertise to the newest products and platforms, embrace new business models, employ breakthrough tools, and provide powerful insights that help our artists push creative boundaries and reach new audiences. In everything we do, we're committed to artistic integrity, transparency, and entrepreneurship.

Sony Music Entertainment is a member of the Sony family of global companies.

| | |
|---|---|
| **Website** | http://www.sonymusic.com ↗ |
| **Industry** | Musicians |
| **Company size** | 5,001-10,000 employees |
| **Headquarters** | New York, NY |
| **Type** | Public Company |

**Specialties**

Music, Entertainment, Recording, Music Publishing, Marketing, and A&R

---

# Locations

Primary

25 Madison Ave
New York, NY 10010, US
Get directions ↗

2 Canal Reach
King's Cross, England N1C 4DB, GB
Get directions ↗

10202 Washington Blvd
Culver City, California 90232, US
Get directions ↗

1201 Demonbreun St
Nashville, Tennessee 37203, US
Get directions ↗

3390 Mary St
Coconut Grove, FL, US

Get directions ↗

301 NJ-17
Rutherford, New Jersey 07070, US
Get directions ↗

741 Cool Springs Blvd
Franklin, Tennessee 37067, US
Get directions ↗

Paseo de la Castellana, 202
Madrid, Community of Madrid 28046, ES
Get directions ↗

150 Ferrand Dr
Toronto, Ontario M3C 3E5, CA
Get directions ↗

Rua Lauro Muller 116
Rio de Janeiro, 22290-160, BR
Get directions ↗

Letzigraben 89
Zurich, 8003, CH
Get directions ↗

Quai au Foin 55
Brussels, Brussels Region 1000, BE
Get directions ↗

45 Jan Smuts Avenue
Johannesburg, Gauteng 2193, ZA
Get directions ↗

92, Main Avenue
Mumbai, 400054, IN
Get directions ↗

52-54 Rue Chateaudun
Paris, FR

Get directions ↗

Heuvellaan 50
Hilversum, North Holland 1217, NL
Get directions ↗

Via Amedei, 9
Milan, Lombardy 20123, IT
Get directions ↗

11-19 Hargrave St.
East Sydney , AU
Get directions ↗

Avenida Apoquindo 3910
Santiago, Santiago Metropolitan, CL
Get directions ↗

Calle Humberto Primo 555
Buenos Aires, City of Buenos Aires, AR
Get directions ↗

1-3-9 Shibuya Shibuya-ku
Tokyo, JP
Get directions ↗

Level 1 Remuera Road & Nuffield St.
Auckland, NZ
Get directions ↗

20F B-Wing, 1303-22 Seocho-dong
Seocho-Ku, Seoul, KR
Get directions ↗

Room 5501 - Plaza 66
Shanghai, CN
Get directions ↗

24/F Oxford House
Quarry Bay, HK

Show fewer locations ⌃

---

## Employees at Sony Music Entertainment

 **Janelle White**

 **Cheryl King**

 **Wendy Schlesinger**
Vice President - Business Operations/Project Manager at Sony Music Entertainment

 **Rene Hubard**

See all employees

---

## Updates

**Sony Music Entertainment**
1,043,188 followers
3d

It's a wrap for **Sony** @ CES 2024!

As part of Sony's presence at CES 2024 in Las Vegas last week, Sony Music showcased a number of recent projects developed in-house by our Sony Immersive Music Studios team, including new experiences for Fortnite and Roblox. Sony Music is developing a range of new opportunities for artists to expand their engagement with fans on gaming platforms and in other entertainment environments using game engine creation and virtual production technologies.

Check it out! **#CES2024**

160 · 8 Comments

| Like | Comment | Share |
| --- | --- | --- |

**Sony Music Entertainment**
1,043,188 followers
1w · Edited

You never know when a 🎇 special guest 🎇 might stop by #SonyCES

Iniko visited the Sony booth to play "Journey Through Jericho," a new Fortnite Island based on the "Jericho" music video. Created using Sony virtual production capabilities and Unreal Editor for Fortnite (UEFN) from Epic Games/Unreal Engine, the setting is a recreation of the music video paired with in-game effects driven by the lyrics.

"It was dope to be the first musical artist to use Sony's virtual production stage," says Iniko. "When I wrote the treatment for the video, it was important that the city felt real to my description: dystopian and barren; seeing it come to life was so cool. I really wanted to expand more into the realm of gaming and it's a great way to get people to be a part of the 'Jericho' world."

Columbia Records Sony #CES2024

66 · 3 Comments

Like                          Comment                          Share

**Sony Music Entertainment**
1,043,188 followers
2w

Is getting a new job on your list of new year's resolutions?

At Sony Music, we're hiring across many of our offices around the world, with opportunities in Marketing, Finance, Legal, Data Analytics, and more.

Check out some of our open roles  ▶▶  https://lnkd.in/eb2Eicgp

445 · 38 Comments

| Like | Comment | Share |

**Sony Music Entertainment**
1,043,188 followers
1mo

We recently asked our interns: Why Sony Music?

From working on projects for our iconic artists to networking with music industry leaders, hear what makes the internship experience at Sony Music so special.

#LifeatSonyMusic #Internships

339 · 28 Comments

---

| Like | Comment | Share |

---

**Sony Music Entertainment**
1,043,188 followers
1mo

Season of Giving is back. ❤️

This November and December, Sony Music Group artists and songwriters came together with more than 20 charities around the world to make an impact in local communities.

A special thank you to all our participants and partners for making this year's campaign so special! #SMGImpact

189 · 17 Comments

Like                         Comment                        Share

**Sony Music Entertainment**
1,043,188 followers
1mo · Edited

🎵 Join us backstage with SB19 and Sony Music Philippines! 🎵

Our Artist Marketing and Development Fellow, Cherriana Wang, gives a sneak peek into what went down during the NY stop of the band's world tour.

From the on-stage performance with JVKE to the pop-up show in Times Square, our teams are dedicated to pushing the boundaries of creativity to bring audiences unforgettable musical experiences.

#LifeatSonyMusic #MusicIndustry

274 · 27 Comments

Like                          Comment                          Share

**Sony Music Entertainment**
1,043,188 followers
2mo

We are now accepting applications for the Sony Music UK A&R Academy!

The 12-month, paid programme includes learning from the best in the business, being face-to-face with artists and getting real world experience in A&R. We are looking for 3 forward-thinking music enthusiasts to come and join our company. With a specially designed programme of workshops and development opportunities, this internship is a chance to get a foot in the door of the industry.

Curious what life as an A&R at Sony Music looks like? Take a peek into a recent A&R Academy launch event, hosted by the Sony Music UK team in partnership with shesaid.so. This event connected current and aspiring A&R talent, and panelists shared insights about their experiences and journey into the music industry.

The deadline to apply to the A&R Academy is Monday 20th November. Learn more and apply at: https://lnkd.in/e6R2-hbx

847 · 63 Comments

| Like | Comment | Share |
|------|---------|-------|

**Sony Music Entertainment**
1,043,188 followers
2mo

CONGRATULATIONS TO OUR 2024 GRAMMY NOMINEES!

3,831 · 92 Comments

| Like | Comment | Share |
|------|---------|-------|



**Sony Music Entertainment**
1,043,188 followers
2mo

This #BlackHistoryMonth, we celebrated #HipHop50 by listening to stories from transformative voices within UK music history.

In partnership with The Orchard, HUE UK and Commercial Group teams hosted 'The Music That Made Us' panel, featuring speakers including ENNY, D Double E, and Avelino, hosted by Nada.

They shared Hip-Hop songs that have shaped us as music lovers, taking us back in time to when we first heard those tracks. Additionally, there was a UK fan Hip-Hop bedroom installation experience that took fans of the genre on a journey through the evolution of Hip-Hop over the years.

#LifeatSonyMusic

236 · 13 Comments

Like                        Comment                        Share

**Sony Music Entertainment**
1,043,188 followers
2mo

Are you following @LifeatSonyMusic? Check us out across our socials for content about our people, careers, and all things life at Sony Music.

Instagram: https://lnkd.in/eNrpRwb9

X: https://lnkd.in/ePRTuFWS

YouTube: https://lnkd.in/enVVvue9

Threads: https://lnkd.in/euAyCcD2

#LifeatSonyMusic

135 · 14 Comments

Like                        Comment                        Share

## Affiliated pages



**Sony**
Entertainment Providers

## Similar pages



**Universal Music Group**
Musicians
Santa Monica, California



**Warner Music Group**
Musicians
New York, New York



**Spotify**
Musicians
Stockholm, Stockholm County

**Live Nation Entertainment**
Entertainment Providers
Beverly Hills, California

Show more similar pages ⌄

# Browse jobs

**Sony Music Entertainment jobs**
394 open jobs

**Analyst jobs**
760,055 open jobs

**Manager jobs**
2,003,890 open jobs

**Assistant jobs**
728,748 open jobs

**Intern jobs**
48,214 open jobs

**Marketing Manager jobs**
145,613 open jobs

**Executive jobs**
700,389 open jobs

**Project Manager jobs**
312,603 open jobs

**Social Media Manager jobs**
41,932 open jobs

**Marketing Coordinator jobs**
48,416 open jobs

Show more jobs like this ⌄

## More searches

© 2024

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language