# Exhibit 42

 

## Jeff Walker

EVP & Head, Business & Legal Affairs, Global Digital Business at Sony Music Entertainment

New York, New York, United States · **Contact Info**

2K followers · 500+ connections

**See your mutual connections**

Join to view profile     ✈ **Message**

**Sony Music Entertainment**

**Dartmouth College**

## Activity

➕ Follow







We just elevated a trio of content team leaders! Join us in congratulating Diana Dapito, Kate Navin, and Rhonda Adams Medina on their new roles at...

Liked by Jeff Walker



Thank you Diverse Representation for including me on your 2024 list of The Ten To Wach.

Liked by Jeff Walker

1/22/24, 8:30 AM    Case 2:23-cv-00576-JRG-RSP    Jeff Walker - EVP & Head, Business & Legal Affairs, Global Digital Business - Sony Music Entertainment | LinkedIn

Case 2:23-cv-00576-JRG-RSP    Document 26-51    Filed 01/30/24    Page 4 of 13 PageID #: 1529





  

I am thrilled to share this post announcing the well-deserved recognition of these talented executives. I am lucky to say that I work closely with...

Liked by Jeff Walker

Join now to see all activity

## Experience

 **Sony Music Entertainment**

20 years

**EVP & Head, Business & Legal Affairs, Global Digital Business**
Mar 2010 - Present · 13 years 11 months

**EVP, Business & Legal Affairs, Columbia/Epic Label Group**
2004 - Mar 2010 · 6 years

 **Partner**
Walker & White
2003 - 2004 · 1 year
Greater New York City Area

 **SVP, Business & Legal Affairs**
RCA Records





### Senior Counsel and Director of Business Affairs
Sony Music Entertainment

1991 - 1995 · 4 years


### Corporate Associate
Simpson Thacher & Bartlett LLP

1988 - 1991 · 3 years

---

## Education

### Dartmouth College
A.B.

### Harvard Law School
J.D.  · Law

---

## Volunteer Experience

1/22/24, 8:53 AM Jeff Walker - Vice Head - Business & Legal Affairs, Protect Digital Devices - Sony Music Entertainment | LinkedIn

Case 2:23-cv-00576-JRG-RSP Document 26-51 Filed 01/29/24 Page 6 of 13 PageID #: 1531





Jan 2023 - Present · 1 year 1 month

Arts and Culture

### Vice Chair - Board Of Trustees

Ethical Culture Fieldston School

Sep 2018 - Present · 5 years 5 months

### Board Member

SoundExchange

Jan 2015 - Dec 2022 · 8 years





Jan 1999 - Dec 2001 · 3 years

---

## More activity by Jeff

**Thanks Julie Shapiro for providing this much needed resource!**

Liked by Jeff Walker

**Curious what #LifeatSonyMusic is like at Columbia Records?   As Director of Film & Television, Jelena Grozdanich helps place Columbia's artists'...**

Liked by Jeff Walker



Liked by Jeff Walker

**Creating a sense of belonging begins on Day One. Kudos to our Commissioner for greeting each of the new hires! OATH**

Liked by Jeff Walker

**It's November 1, the Early Decision/ Early Action (EA/ED) deadline for many colleges. All students have submitted their applications. No fires! I'm...**

Liked by Jeff Walker

**"Both the challenge and the opportunity of developing the careers of such a fantastic roster will allow me to contribute to a better industry and to...**

Liked by Jeff Walker





Sending Cheers and Well Wishes from Bali, Indonesia to everyone running #tcsnycmarathon and the great folks of #NewYorkRoadRunners. Have a...

Liked by Jeff Walker

Attending #wtmlondon2023 ? I look forward to joining New York City Tourism and Conventions #nyctc to promote American Museum of Natural History along...

Liked by Jeff Walker

So elated💜

Liked by Jeff Walker

Out today - new 180g and digital remaster of Journey Frontiers, produced by myself and Steve Perry, mastered by Adam Ayan. New remix of Only The...





We are thrilled to introduce this year's Host Presenters for BADG OF HONOR 2023! Tap through to explore our talented host for the evening! #BADGFam,...

Liked by Jeff Walker

---

## View Jeff's full profile

See who you know in common

Get introduced

Contact Jeff directly

**Join to view full profile**



# People also viewed







### Susan Moultrie, MBA

Brooklyn, NY



### Nancy Marcus Seklir

Executive Vice President, Business & Legal Affairs, Columbia Records at Sony Music Entertainment

United States



### Jill Jefferson

Executive Director, Corporate Communications

Brooklyn, NY



### Darrelle Spears

SVP, Business and Legal Affairs, Global Digital Business Strategic Legal Counsel | Trusted Advisor to Executive & Business Teams Enabling Business Growth | Tech & Entertainment | Capability Builder |...

Hillsborough, NJ



### Jasna Hasanbasic

Vice President, Business & Legal Affairs at Sony Music Entertainment

New York, NY



### Wade Leak

New York, NY



### Dennis Kooker

Princeton Junction, NJ







Los Angeles, CA



**Jennifer Fowler**

New York, NY



Show more profiles ⌄

---



### Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

**Explore More**

---

# Others named **Jeff Walker** in **United States**

**Jeff Walker**

Durango, CO

**Jeff Walker**

Omaha Metropolitan Area

**Jeff Walker**

President Jeff Walker Inc. Retired

Fort Myers, FL

**Jeff Walker**

Los Angeles, CA

**Jeff Walker**

Dallas-Fort Worth Metroplex

1547 others named Jeff Walker in United States are on LinkedIn





# Add new skills with these courses

### Michael Beinhorn with Bobby Owsinski: Herbie Hancock to Alt Rock
1h 5m

### Releasing and Promoting Your Music
55m

### 31 Music Business Tips for Songwriters
28m

See all courses

© 2024

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language