# Exhibit 43



 



#AuthorAnnouncement We're proud to be publishing "In Satan We Trust: The Satanic Temple's Ongoing Crusade to Protect Abortion Rights" by Brad Koberg…

Liked by Wade Leak

Thrilled to announce the start of my internship at Sony Music Entertainment, where I'll be specializing in Partner Development & Analytics. Excited…

Liked by Wade Leak

This is historic, so many people have worked tirelessly to get LGBTQ representation, here. 🏳️‍🌈🏳️‍⚧️ For all of us at GLAAD this work is…

Liked by Wade Leak

Join now to see all activity




Sony Music Entertainment



View Wade's full experience

See their title, tenure and more.

Sign in

or

By clicking Continue, you agree to LinkedIn's User Agreement, Privacy Policy, and Cookie Policy.

Continue with Google

## Volunteer Experience

### Board Member
Entertainment Law Initiative

### Vice President
Columbia Law School Alumni Association




Jan 2021 - Present · 3 years 1 month

## More activity by Wade

❄️ **Columbia Law students kicked off an un-brr-lieveable first day of classes with New York City's first significant snowfall in more than 700 days.**

Liked by Wade Leak

**Congrats to my sister, Carole! And congrats to Nielsen!**

Liked by Wade Leak

**In the annual one-week January Term, which runs from January 8 to 12, students delve into critical areas of law that they might not otherwise explore…**

Liked by Wade Leak

 

Teaching a new course: "Health Law & Reproductive Justice After Dobbs" @ Columbia Law School: it is truly a privilege. Thank you.

Liked by Wade Leak

The new year is off to a great start with the appointment (and some reappointments) of several outstanding faculty members to named professorships!…

Liked by Wade Leak

I am truly honored to join the partnership at Manatt, Phelps & Phillips, LLP. When I moved to LA in 2010 to pursue music law, I never dreamed I would…

Liked by Wade Leak

Case 2:23-cv-00576-JRG-RSP   Document 26-52   Filed 01/29/24   Page 7 of 10 PageID #:
                                     1545

  

Liked by Wade Leak

Cozen O'Connor launched its new global M&A practice, led by international attorney
Christian Moretti from the firm's New York office. Corporate…
Liked by Wade Leak

Great job Towalame Austin ❤️
Liked by Wade Leak

---

View Wade's full profile

See who you know in common

Get introduced

Contact Wade directly

Join to view full profile







## People also viewed

**Julie Swidler**
New York, NY

Connect

**David Jacoby**
New York, NY

Connect

**Jeff Walker**
EVP & Head, Business & Legal Affairs, Global Digital Business at Sony Music Entertainment
New York, NY

Connect

**Jasna Hasanbasic**
Vice President, Business & Legal Affairs at Sony Music Entertainment
New York, NY

Connect

**Alasdair McMullan**
Executive Vice President, Business and Legal Affairs, Head of Litigation at Universal Music Group
Beverly Hills, CA



**Robert Windom**
Los Angeles, CA

Connect

**Patrice P. Jean, Ph.D.**
New York, NY

Connect

**Marisa Angiolillo**
Vice President, Business and Legal Affairs at Sony Music Entertainment
New York, NY

Connect

**Audg Fenter (They/Them)**
Sr. Creative @ Sony Music | Video/Design/Social Media, Creative Direction
New York, NY

Connect

**Peter Kim**
New York, NY

Connect

Show more profiles

---

**Explore collaborative articles**

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Add new skills with these courses




**Introduction to Songwriting**
31m

**An Insider's Guide to Today's Music Biz: 6 Marketing and Promotion**
34m

See all courses

© 2024                                                                       About

Accessibility                                                              User Agreement

Privacy Policy                                                            Your California Privacy Choices

Cookie Policy                                                            Copyright Policy

Brand Policy                                                              Guest Controls

Community Guidelines                                              Language