# Exhibit 44



 



"When you choose these all-consuming, high-stress jobs, that's a choice, and that choice comes with a cost. You do everyone a disservice when you lie…

Liked by Neil Carfora

Congratulations to Saint Anthonys High School Boys Varsity Soccer Team on winning their Back-to-Back NSCHSAA League Championship and for winning the…

Liked by Neil Carfora

Anthropic Battles Injunction Motion in Music Publishers Suit

Liked by Neil Carfora

Join now to see all activity




Sony Music Entertainment



More activity by Neil

Lucky to have worked with so many wonderful people! #corcorangroup #hamptons
Liked by Neil Carfora




**I fought for and helped deliver the strongest sexual harassment law in the country, and extended the statute of limitation on rape, but I'm afraid…**

Liked by Neil Carfora

**WOW! Thank you to everyone who has been buying #WhatsLeftUnsaid on Amazon. I'm thankful I have the opportunity to share my truth with the world. Get…**

Liked by Neil Carfora

**Next Sunday, my boy will be running the NYC Marathon to raise money for the Mark Schonwetter Holocaust Education Foundation, providing funding to…**

Liked by Neil Carfora




Liked by Neil Carfora

Happy Pub Day! #WhatsLeftUnsaid is now available wherever books are sold! This morning I stopped in to Barnes & Noble, Inc. on 5th Avenue to…

Liked by Neil Carfora

2023 Reel #video #brandedcontent #videoproduction #creators

Liked by Neil Carfora

I love having goals and breaking them out into little bite sized action items. My to-do lists have to-do lists and eventually ta-done as per Gretchen…

Liked by Neil Carfora




Radically different software. Unparalleled control. Check out Twilio Flex. https://lnkd.in/eBJaZ_AM

Liked by Neil Carfora

Happy Release Day, RCA Records and #foofighters #cforecords #musicindustry

Liked by Neil Carfora

Join us on Friday, May 12th as the BBA celebrates Asian Pacific American Heritage Month with the Asian Pacific American Bar Association of South…

Liked by Neil Carfora



Second workout with a trainer complete. I'm sore, but in a good way 👀 😉. Grateful that I can use my wellness benefit work perks towards this 1:1…

Liked by Neil Carfora

View Neil's full profile

See who you know in common

Get introduced

Contact Neil directly

Join to view full profile



  

### Carmine Coppola

Executive Vice President & Chief Financial Officer at Sony Music Entertainment

New City, NY

Connect

### Erin Van Arsdale

New York, NY

Connect

### Chad Blackwell

Co-Founder of Dream Street

Los Angeles, CA

Connect

### Derek K. Lee

New York, NY

Connect

### Carrie London

New York City Metropolitan Area

Connect

### John Cafarella

Ridgewood, NJ

Connect

### kevin kelleher

evp&cfo at Sony Music Entertainment

Queens County, NY

Connect

### Dennis Kooker

Princeton Junction, NJ

Connect




Connect

### Scott Stachelski

Senior Vice President Finance at Sony Music Entertainment

Nashville, TN

Connect

Show more profiles

## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Others named **Neil Carfora**

### Neil Carfora

--

New York, NY

1 other named Neil Carfora is on LinkedIn

See others named **Neil Carfora**

## Add new skills with these courses

An Insider's Guide to Today's Music Biz: 8 Music Publishing

36m

An Insider's Guide to Today's Music Biz: 6 Marketing and Promotion

34m




See all courses

© 2024

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language