# Exhibit 45

# 2023 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M04000004317

**Entity Name:** SONY MUSIC ENTERTAINMENT US LATIN LLC

**FILED**
**Mar 23, 2023**
**Secretary of State**
**7075178452CC**

**Current Principal Place of Business:**

3390 MARY STREET
SUITE 220
COCONUT GROVE, FL 33133

**Current Mailing Address:**

C/O SONY MUSIC ENTERTAINMENT
25 MADISON AVENUE
NEW YORK, NY 10010 US

**FEI Number:** NOT APPLICABLE                      **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                   Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AUTHORIZED MEMBER |
| Name | SONY MUSIC ENTERTAINMENT |
| Address | 25 MADISON AVENUE |
| City-State-Zip: | NEW YORK NY 10010 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SUSAN A. MEISEL                    SVP                    03/23/2023

Electronic Signature of Signing Authorized Person(s) Detail                                   Date