IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **WARNER RECORDS INC.,** *et al.*<br><br>　　　Plaintiffs,<br><br>v.<br><br>**ALTICE USA, INC. and CSC HOLDINGS, LLC**,<br><br>　　　Defendants. | Case No. 2:23-cv-576-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Plaintiffs file this Unopposed Motion to Extend Time to Respond to Defendants' Altice USA, Inc. and CSC Holdings, LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt No. 25, filed January 29, 2024) ("Motion").

Plaintiffs' current deadline to respond to Defendants' Motion is February 12, 2024. To allow time for Plaintiffs to fully respond to the Defendants' Motion, Plaintiffs respectfully request an extension of time to respond until March 4, 2024. Defendants do not oppose this 3-week extension for Plaintiffs' response deadline. Plaintiffs have agreed to an extension of time for Defendants to file their reply brief to March 18, 2024.

Plaintiffs' Motion to Extend is not brought for the purpose of delay and will not impact any other case deadlines in this matter.

Therefore, Plaintiffs respectfully request that the Court grant this Motion and extend the deadline for Plaintiffs to respond to Defendants' Motion to March 4, 2024, and Defendants to file their reply brief to March 18, 2024.

Dated: February 6, 2024              Respectfully submitted,

*/s/ Matthew J. Oppenheim w/ permission*
*William E. Davis, III*
Matthew J. Oppenheim
Jeffrey M. Gould
Keith Howell
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com
khowell@oandzlaw.com

Alexander Kaplan
Carly K. Rothman
Lauren Bergelson
OPPENHEIM + ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
lbergelson@oandzlaw.com

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served via electronic service on February 6, 2024 to all counsel of record via the Court's CM/ECF system per Local Rule CV-5(a).

    /s/ *William E. Davis, III*
William E. Davis, III

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties have conferred and reached the agreements contained herein, and Defendants are not opposed to the filing of this motion.

    /s/ *William E. Davis, III*
William E. Davis, III