IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **WARNER RECORDS INC.**, *et al.*<br>    Plaintiffs,<br><br>v.<br><br>**ALTICE USA, INC. and CSC HOLDINGS, LLC**,<br><br>    Defendants. | Case No. 2:23-cv-576-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

# ORDER

Before the Court is Plaintiffs' Unopposed Motion to Extend Time to Respond to Defendants Altice USA, Inc. and CSC Holdings, LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). (**Dkt No. 33.**) Having considered the Motion, the Court finds in light of the record and the applicable law, the Motion should be and is hereby **GRANTED**.

**IT IS ORDERED** that Plaintiffs' deadline to respond to Defendants' Motion to Dismiss (Dkt. No. 25) is extended to March 4, 2024, and Defendants' reply deadline is extended to March 18, 2024.

**SIGNED this 7th day of February, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE