UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS, INC., et al,<br><br>Plaintiffs,<br><br>v.<br><br>ALTICE USA, INC., et al.,<br><br>Defendants. | Case No. 2:23-cv-00576-JRG-RSP |

**[PROPOSED] ORDER DENYING PLAINTIFFS' OPPOSED MOTION TO COMPEL PRODUCTION OF DISCOVERY PRODUCED IN THE RELATED *BMG* ACTION**

Before the Court is Plaintiffs' Opposed Motion to Compel Production of Discovery Produced in the Related *BMG* Action (Dkt. No. 67). After consideration of said motion and Defendants' Response to the same, the Court hereby DENIES Plaintiffs' Motion.

IT IS THEREFORE ORDERED that Plaintiffs' Opposed Motion to Compel Production of Discovery in the Related *BMG* Action is DENIED.