# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS INC. et al., § § § Plaintiffs, § § v. § § ALTICE USA, INC. AND CSC § HOLDINGS, LLC, § § Defendants. § | Case No. 2:23-cv-00576-JRG-RSP |

## JOINT NOTICE OF RESULTS OF LEAD AND LOCAL MEET AND CONFER

The Plaintiffs in this matter and Defendants Altice USA, Inc. and CSC Holdings, LLC ("Defendants" or "Altice") (collectively "Parties") hereby submit this Joint Notice pursuant to ¶ 3 of the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes regarding Plaintiffs' Motion to Compel Production of Discovery Produced in the Related *BMG* Action (Dkt. 67) (the "Motion").

On August 27 each Parties' lead attorney and local counsel met and conferred over videoconference regarding the Motion. The Parties discussed the broad categories of documents requested in the Motion and have made progress. The conference did not resolve the Motion. The Parties will continue to confer and work towards resolution, and the Parties presently expect to conduct a follow-up lead-and-local conference next week, after the opportunity to speak with their clients. The Parties will update the Court if a portion of the Motion is resolved in full.

Dated: October 6, 2023

<u>/s/  Matthew J. Oppenheim w/permission Rudolph Fink IV</u>
Matthew J. Oppenheim (pro hac vice)
Jeffrey M. Gould (pro hac vice)
Corey Miller (pro hac vice)
Keith Howell (pro hac vice)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Telephone: 202-480-2999
matt@oandzlaw.com
jeff@oandzlaw.com
corey@oandzlaw.com
khowell@oandzlaw.com

Alexander Kaplan (*pro hac vice*)
Bret Matera (*pro hac vice*)
**OPPENHEIM + ZEBRAK, LLP**
461 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
bmatera@oandzlaw.com

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com
**DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Respectfully submitted,

<u>/s/ Michael S. Elkin</u>

Michael S. Elkin*
Krishnan Padmanabhan*
Sean R. Anderson*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
melkin@winston.com
sranderson@winston.com
kpadmanabhan@winston.com

Jennifer A. Golinveaux*
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 9411
(415) 591-1506
jgolinveaux@winston.com

Diana Leiden*
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1700

Sean H. Suber*
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Christopher J. Cariello*
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

Thomas M. Melsheimer
State Bar No.: 13922550
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(314) 453-6500

<table>
<tr><td></td><td>Mark S. Puzella*<br>R. David Hosp*<br>Sheryl K. Garko*<br>Laura B. Najemy*<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>222 Berkely Street, Suite 2000<br>Boston, MA 02116<br>(617) 880-1801<br><br>Clement S. Roberts*<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94015<br>(415) 773-5700<br><br>Wesley Hill<br>Texas State Bar No. 24032294<br>wh@wsfirm.com<br>Claire Henry<br>Texas State Bar No. 24053063<br>claire@wsfirm.com<br>**Ward, Smith & Hill, PLLC**<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>Telephone: (903) 757-6400</td></tr>
<tr><td>*Counsel for Plaintiffs*</td><td>*Counsel for Defendants Altice USA, Inc. and CSC Holdings, LLC*<br><br>**Pro Hac Vice*</td></tr>
</table>

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this August 27, 2024 on all counsel of record, each of whom is deemed to have consented to electronic service.  L.R. CV-5(a)(3)(A).

*/s/ Rudolph Fink IV*
Rudolph Fink IV
