# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS INC. et al., § § Plaintiffs, § § v. § § ALTICE USA, INC. AND CSC HOLDINGS, LLC, § § § Defendants. § § | Case No. 2:23-cv-00576-JRG-RSP |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Withdraw Plaintiffs' Motion to Compel Production of Discovery Produced in The Related *BMG* Action (**Dkt. No. 71**). Having considered the Motion, it is **GRANTED**.

**IT IS THEREFORE ORDERED** that the pending Motion to Compel Production of Discovery Produced in the Related *BMG* Action (Dkt. 67) is hereby **WITHDRAWN** without prejudice to refiling. The hearing set for the Motion to Compel at 1:30 p.m. on September 9, 2024, is hereby removed from the Court's calendar.

**SIGNED this 8th day of September, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE