IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS, INC. et al, § § *Plaintiffs*, § § v. § Case No. 2:23-CV-00576-JRG-RSP § ALTICE USA, INC. and CSC § HOLDINGS, LLC, § § *Defendants*. § | |

## ORDER

Defendants previously filed a Motion to Dismiss (Dkt. No. 25.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 75), recommending denial of Defendants' Motion to Dismiss. Defendants have now filed Objections (Dkt. No. 84).

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the briefing on Defendants Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss (Dkt. No. 25) is **DENIED**.

**So ORDERED and SIGNED this 27th day of September, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE