**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WARNER RECORDS INC., et al., § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> ALTICE USA, INC. and CSC HOLDINGS, LLC, § <br> § <br> *Defendants*. § | Case No. 2:23-cv-00576-JRG-RSP |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTION [88]
TO MAGISTRATE JUDGE'S ORDER [76] DENYING DEFENDANTS'
MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF
NEW YORK PURSUANT TO 28 U.S.C. § 1404(A) [26]**

i

Plaintiffs respond to Altice USA, Inc. and CSC Holdings, LLC's (collectively, "Altice") Objection (Dkt. 88) to Magistrate Judge Payne's Order (Dkt. 76) denying Altice's Motion to Transfer Venue to the Eastern District of New York Pursuant to 28 U.S.C. § 1404(a) (Dkt. 26). Altice identifies no clear error in Judge Payne's decision and its objection should be denied.

Dated: October 15, 2024

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com
DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Respectfully submitted,

*/s/ Jeffrey M. Gould w/permission*
*Rudolph Fink IV*
Jeffrey M. Gould (*pro hac vice*)
Matthew J. Oppenheim (*pro hac vice*)
Corey Miller (*pro hac vice*)
Keith Howell (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Telephone: 202-480-2999
jeff@oandzlaw.com
matt@oandzlaw.com
corey@oandzlaw.com
khowell@oandzlaw.com

Alexander Kaplan (*pro hac vice*)
Bret Matera (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
bmatera@oandzlaw.com

**Counsel for Plaintiffs**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this October 15, 2024 on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

*/s/ Rudolph Fink IV*
Rudolph Fink IV
