# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

WARNER RECORDS, INC. et al.,

        Plaintiffs,

    v.

ALTICE USA, INC., and
CSC HOLDINGS, LLC,

        Defendants.

Case No. 2:23-cv-00576-JRG- RSP

### STIPULATION RE: PRE-1972 SOUND RECORDINGS-IN-SUIT

Plaintiffs Sony Music Entertainment, Inc. and Warner Music, Inc. in the above-captioned case (collectively, "Plaintiffs") enter this Stipulation to stipulate to the authenticity and admissibility of the following information:

The sound recordings-in-suit issued prior to 1972, as identified in Exhibit A to Plaintiffs' Complaint, were issued as part(s) of the compilations set forth in **Exhibit A** attached hereto.

SO STIPULATED

Dated: October __, 2024

Respectfully submitted,

*/s/*

*Attorneys for Plaintiffs*

**Exhibit A**

| Artist(s) | Title of Work | Copyright Registration No. | Plaintiff(s) | Album |
|---|---|---|---|---|
| The Guess Who | American Woman | Pre-1972 Sound Recording | Sony Music Entertainment | *American Woman* |
| The Guess Who | Got To Fiend Another Way | Pre-1972 Sound Recording | Sony Music Entertainment | *American Woman* |
| The Guess Who | Humpty's Blues/American Woman (Epilogue) | Pre-1972 Sound Recording | Sony Music Entertainment | *American Woman* |
| The Guess Who | No Sugar Tonight | Pre-1972 Sound Recording | Sony Music Entertainment | *American Woman* |
| The Guess Who | No Time | Pre-1972 Sound Recording | Sony Music Entertainment | *American Woman* |
| The Guess Who | When Friends Fall Out | Pre-1972 Sound Recording | Sony Music Entertainment | *American Woman* |
| Big Brother & The Holding Company | Be a Brother | Pre-1972 Sound Recording | Sony Music Entertainment | *Be A Brother* |
| Big Brother & The Holding Company | I'll Change Your Flat Tire, Merle | Pre-1972 Sound Recording | Sony Music Entertainment | *Be A Brother* |
| Big Brother & The Holding Company | All Is Loneliness | Pre-1972 Sound Recording | Sony Music Entertainment | *Big Brother & the Holding Company* |
| Big Brother & The Holding Company | Blindman | Pre-1972 Sound Recording | Sony Music Entertainment | *Big Brother & the Holding Company* |
| Big Brother & The Holding Company | Bye, Bye Baby | Pre-1972 Sound Recording | Sony Music Entertainment | *Big Brother & the Holding Company* |
| Big Brother & The Holding Company | Call On Me | Pre-1972 Sound Recording | Sony Music Entertainment | *Big Brother & the Holding Company* |
| Big Brother & The Holding Company | Caterpillar | Pre-1972 Sound Recording | Sony Music Entertainment | *Big Brother & the Holding Company* |
| Big Brother & The Holding Company | Coo Coo | Pre-1972 Sound Recording | Sony Music Entertainment | *Big Brother & the Holding Company* |
| Big Brother & The Holding Company | Down On Me | Pre-1972 Sound Recording | Sony Music Entertainment | *Big Brother & the Holding Company* |
| Big Brother & The Holding Company | Easy Rider | Pre-1972 Sound Recording | Sony Music Entertainment | *Big Brother & the Holding Company* |
| Big Brother & The Holding Company | Intruder | Pre-1972 Sound Recording | Sony Music Entertainment | *Big Brother & the Holding Company* |
| Big Brother & The Holding Company | Light Is Faster Than Sound | Pre-1972 Sound Recording | Sony Music Entertainment | *Big Brother & the Holding Company* |
| Big Brother & The Holding Company | The Last Time | Pre-1972 Sound Recording | Sony Music Entertainment | *Big Brother & the Holding Company* |
| Big Brother & The Holding Company | Women Is Losers | Pre-1972 Sound Recording | Sony Music Entertainment | *Big Brother & the Holding Company* |
| Big Brother & The Holding Company | Ball and Chain | Pre-1972 Sound Recording | Sony Music Entertainment | *Cheap Thrills* |
| Big Brother & The Holding Company | Catch Me Daddy | Pre-1972 Sound Recording | Sony Music Entertainment | *Cheap Thrills* |

1

| Artist(s) | Title of Work | Copyright Registration No. | Plaintiff(s) | Album |
|---|---|---|---|---|
| Big Brother & The Holding Company | Combination of the Two | Pre-1972 Sound Recording | Sony Music Entertainment | *Cheap Thrills* |
| Big Brother & The Holding Company | I Need a Man to Love | Pre-1972 Sound Recording | Sony Music Entertainment | *Cheap Thrills* |
| Big Brother & The Holding Company | Oh, Sweet Mary | Pre-1972 Sound Recording | Sony Music Entertainment | *Cheap Thrills* |
| Big Brother & The Holding Company | Piece Of My Heart | Pre-1972 Sound Recording | Sony Music Entertainment | *Cheap Thrills* |
| Big Brother & The Holding Company | Summertime | Pre-1972 Sound Recording | Sony Music Entertainment | *Cheap Thrills* |
| Big Brother & The Holding Company | Turtle Blues | Pre-1972 Sound Recording | Sony Music Entertainment | *Cheap Thrills* |
| Big Brother & The Holding Company | Misery 'N | Pre-1972 Sound Recording | Sony Music Entertainment | *Farewell Song* |
| Paul Butterfield Blues Band | One Night Stand | Pre-1972 Sound Recording | Sony Music Entertainment | *Farewell Song* |
| Fleetwood Mac | Lay It All Down | Pre-1972 Sound Recording | Warner Music | *Future Games* |
| Fleetwood Mac | Sands of Time | Pre-1972 Sound Recording | Warner Music | *Future Games* |
| The McCoys | Hang on Sloopy | Pre-1972 Sound Recording | Sony Music Entertainment | *Hang On Sloopy* |
| The McCoys | Meet the McCoys | Pre-1972 Sound Recording | Sony Music Entertainment | *Hang On Sloopy* |
| The McCoys | Sorrow | Pre-1972 Sound Recording | Sony Music Entertainment | *Hang On Sloopy* |
| Big Brother & The Holding Company | Buried Alive In the Blues | Pre-1972 Sound Recording | Sony Music Entertainment | *How Hard It Is* |
| Big Brother & The Holding Company | Nu Boogaloo Jam | Pre-1972 Sound Recording | Sony Music Entertainment | *How Hard It Is* |
| Big Brother & The Holding Company | Promise Her Anything but Give Her Arpeggio | Pre-1972 Sound Recording | Sony Music Entertainment | *How Hard It Is* |
| Big Brother & The Holding Company | You've Been Talkin' 'Bout Me Baby | Pre-1972 Sound Recording | Sony Music Entertainment | *How Hard It Is* |
| Janis Joplin | As Good As You've Been To This World | Pre-1972 Sound Recording | Sony Music Entertainment | *I Got Dem Ol Kozmic Blues Again Mama!* |
| Janis Joplin | Kozmic Blues | Pre-1972 Sound Recording | Sony Music Entertainment | *I Got Dem Ol Kozmic Blues Again Mama!* |
| Janis Joplin | Kozmic Blues | Pre-1972 Sound Recording | Sony Music Entertainment | *I Got Dem Ol Kozmic Blues Again Mama!* |
| Janis Joplin | Maybe | Pre-1972 Sound Recording | Sony Music Entertainment | *I Got Dem Ol Kozmic Blues Again Mama!* |

2

| Artist(s) | Title of Work | Copyright Registration No. | Plaintiff(s) | Album |
|---|---|---|---|---|
| Janis Joplin | One Good Man | Pre-1972 Sound Recording | Sony Music Entertainment | *I Got Dem Ol Kozmic Blues Again Mama!* |
| Janis Joplin | To Love Somebody | Pre-1972 Sound Recording | Sony Music Entertainment | *I Got Dem Ol Kozmic Blues Again Mama!* |
| Janis Joplin | Try (Just a Little Bit Harder) | Pre-1972 Sound Recording | Sony Music Entertainment | *I Got Dem Ol Kozmic Blues Again Mama!* |
| Janis Joplin | Work Me, Lord | Pre-1972 Sound Recording | Sony Music Entertainment | *I Got Dem Ol Kozmic Blues Again Mama!* |
| Big Brother & The Holding Company | Ego Rock | Pre-1972 Sound Recording | Sony Music Entertainment | *In Concert* |
| Big Brother & The Holding Company | Roadblock | Pre-1972 Sound Recording | Sony Music Entertainment | *In Concert* |
| Janis Joplin | Ball & Chain | Pre-1972 Sound Recording | Sony Music Entertainment | *In Concert* |
| The Full Tilt Boogie Band | Ball and Chain | Pre-1972 Sound Recording | Sony Music Entertainment | *In Concert* |
| Kozmic Blues Band | Try (Just A Little Harder) | Pre-1972 Sound Recording | Sony Music Entertainment | *Janis Joplin's Greatest Hits* |
| Fleetwood Mac | Jewel Eyed Judy | Pre-1972 Sound Recording | Warner Music | *Kiln House* |
| Fleetwood Mac | Station Man | Pre-1972 Sound Recording | Warner Music | *Kiln House* |
| Fleetwood Mac | Tell Me All the Things You Do | Pre-1972 Sound Recording | Warner Music | *Kiln House* |
| Cannonball Adderley, Wynton Kelly, Freddie Loader, Paul Chambers, Jimmy Cobb | All Blues Session (April 22, 1959 (2:30pm to 5:30pm)) | Pre-1972 Sound Recording | Sony Music Entertainment | *Kind of Blue* (Boxed Set) |
| Cannonball Adderley, Wynton Kelly, Freddie Loader, Paul Chambers, Jimmy Cobb | Blue In Green Session (March 2, 1959 (2:30pm to 5:30pm and 7:00pm to 10:00pm)) | Pre-1972 Sound Recording | Sony Music Entertainment | *Kind of Blue* (Boxed Set) |
| Cannonball Adderley, Wynton Kelly, Freddie Loader, Paul Chambers, Jimmy Cobb | Flamenco Sketches Session (April 22, 1959 (2:30pm to 5:30pm)) | Pre-1972 Sound Recording | Sony Music Entertainment | *Kind of Blue* (Boxed Set) |

3

| Artist(s) | Title of Work | Copyright Registration No. | Plaintiff(s) | Album |
|---|---|---|---|---|
| Cannonball Adderley, Wynton Kelly, Freddie Loader, Paul Chambers, Jimmy Cobb | Freddie Freeloader Session (March 2, 1959 (2:30pm to 5:30pm and 7:00pm to 10:00pm)) | Pre-1972 Sound Recording | Sony Music Entertainment | *Kind of Blue* (Boxed Set) |
| Cannonball Adderley, Wynton Kelly, Freddie Loader, Paul Chambers, Jimmy Cobb | So What Session (March 2, 1959 (2:30pm to 5:30pm and 7:00pm to 10:00pm)) | Pre-1972 Sound Recording | Sony Music Entertainment | *Kind of Blue* (Boxed Set) |
| Miles Davis | So What | Pre-1972 Sound Recording | Sony Music Entertainment | *Kind of Blue* (Boxed Set) |
| Led Zeppelin | Babe I'm Gonna Leave You | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin* |
| Led Zeppelin | Black Mountain Side | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin* |
| Led Zeppelin | Communication Breakdown | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin* |
| Led Zeppelin | Dazed and Confused | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin* |
| Led Zeppelin | Good Times Bad Times | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin* |
| Led Zeppelin | How Many More Times | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin* |
| Led Zeppelin | I Can't Quit You Baby | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin* |
| Led Zeppelin | You Shook Me | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin* |
| Led Zeppelin | Your Time Is Gonna Come | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin* |
| Led Zeppelin | Bring It on Home | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin II* |
| Led Zeppelin | Heartbreaker | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin II* |
| Led Zeppelin | Living Loving Maid (She's Just a Woman) | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin II* |
| Led Zeppelin | Ramble On | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin II* |
| Led Zeppelin | Thank You | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin II* |
| Led Zeppelin | The Lemon Song | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin II* |
| Led Zeppelin | What Is and What Should Never Be | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin II* |
| Led Zeppelin | Bron-Y-Aur Stomp | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin III* |
| Led Zeppelin | Celebration Day | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin III* |

4

| Artist(s) | Title of Work | Copyright Registration No. | Plaintiff(s) | Album |
|---|---|---|---|---|
| Led Zeppelin | Friends | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin III* |
| Led Zeppelin | Gallows Pole | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin III* |
| Led Zeppelin | Hats off To (Roy) Harper | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin III* |
| Led Zeppelin | Immigrant Song | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin III* |
| Led Zeppelin | Out on the Tiles | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin III* |
| Led Zeppelin | Since I've Been Loving You | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin III* |
| Led Zeppelin | Tangerine | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin III* |
| Led Zeppelin | That's the Way | Pre-1972 Sound Recording | Warner Music | *Led Zeppelin III* |
| Janis Joplin | Turtle Blues (From a Audition 1965) | Pre-1972 Sound Recording | Sony Music Entertainment | *Little Girl Blue - The Early Years (1963-65)* |
| Big Brother & The Holding Company | Farewell Song | Pre-1972 Sound Recording | Sony Music Entertainment | *Live at Winterland '68* |
| Big Brother & The Holding Company | Flower In the Sun | Pre-1972 Sound Recording | Sony Music Entertainment | *Live at Winterland '68* |
| Big Brother & The Holding Company | Magic of Love | Pre-1972 Sound Recording | Sony Music Entertainment | *Live at Winterland '68* |
| Janis Joplin | Try | Pre-1972 Sound Recording | Sony Music Entertainment | PLEASE INSERT |
| Janis Joplin | 1970) (Live) | Pre-1972 Sound Recording | Sony Music Entertainment | PLEASE INSERT |
| Sam Cooke | House') | Pre-1972 Sound Recording | Sony Music Entertainment | PLEASE INSERT |
| The McCoys | Original | Pre-1972 Sound Recording | Sony Music Entertainment | PLEASE INSERT |
| Black Sabbath | Electric Funeral | Pre-1972 Sound Recording | Warner Music | *Paranoid* |
| Black Sabbath | Hand of Doom | Pre-1972 Sound Recording | Warner Music | *Paranoid* |
| Black Sabbath | Iron Man | Pre-1972 Sound Recording | Warner Music | *Paranoid* |
| Black Sabbath | Jack the Stripper / Fairies Wear Boots | Pre-1972 Sound Recording | Warner Music | *Paranoid* |
| Black Sabbath | Paranoid | Pre-1972 Sound Recording | Warner Music | *Paranoid* |
| Black Sabbath | Planet Caravan | Pre-1972 Sound Recording | Warner Music | *Paranoid* |
| Black Sabbath | Rat Salad | Pre-1972 Sound Recording | Warner Music | *Paranoid* |

| Artist(s) | Title of Work | Copyright Registration No. | Plaintiff(s) | Album |
|---|---|---|---|---|
| Janis Joplin | A Woman Left Lonely | Pre-1972 Sound Recording | Sony Music Entertainment | *Pearl* |
| Janis Joplin | Cry Baby | Pre-1972 Sound Recording | Sony Music Entertainment | *Pearl* |
| Janis Joplin | Get It While You Can | Pre-1972 Sound Recording | Sony Music Entertainment | *Pearl* |
| Janis Joplin | Half Moon | Pre-1972 Sound Recording | Sony Music Entertainment | *Pearl* |
| Janis Joplin | Me And Bobby McGee | Pre-1972 Sound Recording | Sony Music Entertainment | *Pearl* |
| Janis Joplin | Mercedes Benz | Pre-1972 Sound Recording | Sony Music Entertainment | *Pearl* |
| Janis Joplin | Move Over | Pre-1972 Sound Recording | Sony Music Entertainment | *Pearl* |
| The Full Tilt Boogie Band | Cry Baby | Pre-1972 Sound Recording | Sony Music Entertainment | *Pearl* |
| The Full Tilt Boogie Band | Get It While You Can | Pre-1972 Sound Recording | Sony Music Entertainment | *Pearl* |
| The Full Tilt Boogie Band | Move Over | Pre-1972 Sound Recording | Sony Music Entertainment | *Pearl* |
| Sam Cooke | (I Love You) for Sentimental Reasons | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | Bring It on Home to Me | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | Chain Gang | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | Cupid | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | Everybody Loves To Cha Cha Cha | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | Having A Party | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | Little Red Rooster | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | Nothing Can Change This Love | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | Only Sixteen | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | Sad Mood | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | Sugar Dumpling | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | Summertime | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |

6

| Artist(s) | Title of Work | Copyright Registration No. | Plaintiff(s) | Album |
|---|---|---|---|---|
| Sam Cooke | Win Your Love For Me | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | Wonderful World | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | You Send Me | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Sam Cooke | You Were Made For Me | Pre-1972 Sound Recording | Sony Music Entertainment | *Portrait Of A Legend 1951-1964* |
| Miles Davis | Bye Bye Blackbird | Pre-1972 Sound Recording | Sony Music Entertainment | *Round About Midnight* |
| Miles Davis | Dear Old Stockholm | Pre-1972 Sound Recording | Sony Music Entertainment | *Round About Midnight* |
| Miles Davis | 'Round Midnight | Pre-1972 Sound Recording | Sony Music Entertainment | *Round About Midnight* |
| Miles Davis | Tadd's Delight | Pre-1972 Sound Recording | Sony Music Entertainment | *Round About Midnight* |
| Miles Davis | Two Bass Hit | Pre-1972 Sound Recording | Sony Music Entertainment | *Round About Midnight* |
| Miles Davis & John Coltrane | Little Melonae | Pre-1972 Sound Recording | Sony Music Entertainment | *Round About Midnight* |
| Miles Davis & John Coltrane | Sweet Sue, Just You | Pre-1972 Sound Recording | Sony Music Entertainment | *Round About Midnight* |
| Miles Davis and John Coltrane | Ah-Leu-Cha | Pre-1972 Sound Recording | Sony Music Entertainment | *Round About Midnight* |
| Miles Davis and John Coltrane | Budo | Pre-1972 Sound Recording | Sony Music Entertainment | *Round About Midnight* |
| Miles Davis ft. John Coltrane | All of You | Pre-1972 Sound Recording | Sony Music Entertainment | *Round About Midnight* |
| Leonard Cohen | Bird on the Wire | Pre-1972 Sound Recording | Sony Music Entertainment | *Songs From A Room* |
| Leonard Cohen | The Partisan | Pre-1972 Sound Recording | Sony Music Entertainment | *Songs From A Room* |
| Leonard Cohen | Hey, That's No Way to Say Goodbye | Pre-1972 Sound Recording | Sony Music Entertainment | *Songs Of Leonard Cohen* |
| Leonard Cohen | Sisters of Mercy | Pre-1972 Sound Recording | Sony Music Entertainment | *Songs Of Leonard Cohen* |
| Leonard Cohen | So Long, Marianne | Pre-1972 Sound Recording | Sony Music Entertainment | *Songs Of Leonard Cohen* |
| Leonard Cohen | Suzanne | Pre-1972 Sound Recording | Sony Music Entertainment | *Songs Of Leonard Cohen* |
| Leonard Cohen | Famous Blue Raincoat | Pre-1972 Sound Recording | Sony Music Entertainment | *Songs Of Love And Hate* |
| Janis Joplin | Piece of My Heart | Pre-1972 Sound Recording | Sony Music Entertainment | *The Broadcast Collection 1967 - 1970* |

| Artist(s) | Title of Work | Copyright Registration No. | Plaintiff(s) | Album |
|---|---|---|---|---|
| Janis Joplin | Raise Your Hand | Pre-1972 Sound Recording | Sony Music Entertainment | *The Broadcast Collection 1967 - 1970* |
| Janis Joplin | Summertime | Pre-1972 Sound Recording | Sony Music Entertainment | *The Broadcast Collection 1967 - 1970* |
| Janis Joplin | Try (Just A Little Bit Harder) (Dick Cavett Show, July 8, 1969) (Live) | Pre-1972 Sound Recording | Sony Music Entertainment | *The Broadcast Collection 1967 - 1970* |
| The Doobie Brothers | Beehive State | Pre-1972 Sound Recording | Warner Music | *The Doobie Brothers* |
| The Doobie Brothers | Chicago | Pre-1972 Sound Recording | Warner Music | *The Doobie Brothers* |
| The Doobie Brothers | Closer Every Day | Pre-1972 Sound Recording | Warner Music | *The Doobie Brothers* |
| The Doobie Brothers | Feelin' Down Farther | Pre-1972 Sound Recording | Warner Music | *The Doobie Brothers* |
| The Doobie Brothers | Greenwood Creek | Pre-1972 Sound Recording | Warner Music | *The Doobie Brothers* |
| The Doobie Brothers | Growin' A Little Each Day | Pre-1972 Sound Recording | Warner Music | *The Doobie Brothers* |
| The Doobie Brothers | It Won't Be Right | Pre-1972 Sound Recording | Warner Music | *The Doobie Brothers* |
| The Doobie Brothers | Nobody | Pre-1972 Sound Recording | Warner Music | *The Doobie Brothers* |
| The Doobie Brothers | The Master | Pre-1972 Sound Recording | Warner Music | *The Doobie Brothers* |
| The Doobie Brothers | Travelin' Man | Pre-1972 Sound Recording | Warner Music | *The Doobie Brothers* |
| Big Brother & The Holding Company | It's A Deal | Pre-1972 Sound Recording | Sony Music Entertainment | *The Lost Tapes* |
| Janis Joplin | Overheard In The Studio... | Pre-1972 Sound Recording | Sony Music Entertainment | *The Pearl Sessions* |
| Janis Joplin | Tell Mama | Pre-1972 Sound Recording | Sony Music Entertainment | *The Pearl Sessions* |
| John Denver | I Guess He'd Rather Be In Colorado | Pre-1972 Sound Recording | Sony Music Entertainment | *The Wildlife Concert* |
| John Denver | Poems, Prayers and Promises | Pre-1972 Sound Recording | Sony Music Entertainment | *The Wildlife Concert* |
| John Denver | Take Me Home, Country Roads | Pre-1972 Sound Recording | Sony Music Entertainment | *The Wildlife Concert* |
| Fleetwood Mac | Oh Well (Pt. 1) | Pre-1972 Sound Recording | Warner Music | *Then Play On* |
| Fleetwood Mac | Rattlesnake Shake | Pre-1972 Sound Recording | Warner Music | *Then Play On* |

8

| Artist(s) | Title of Work | Copyright Registration No. | Plaintiff(s) | Album |
|---|---|---|---|---|
| Led Zeppelin | Black Dog | Pre-1972 Sound Recording | Warner Music | *Untitled* |
| Led Zeppelin | Four Sticks | Pre-1972 Sound Recording | Warner Music | *Untitled* |
| Led Zeppelin | Going to California | Pre-1972 Sound Recording | Warner Music | *Untitled* |
| Led Zeppelin | Misty Mountain Hop | Pre-1972 Sound Recording | Warner Music | *Untitled* |
| Led Zeppelin | Rock and Roll | Pre-1972 Sound Recording | Warner Music | *Untitled* |
| Led Zeppelin | Stairway to Heaven | Pre-1972 Sound Recording | Warner Music | *Untitled* |
| Led Zeppelin | The Battle of Evermore | Pre-1972 Sound Recording | Warner Music | *Untitled* |
| Led Zeppelin | When the Levee Breaks | Pre-1972 Sound Recording | Warner Music | *Untitled* |