IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WARNER RECORDS INC. et al., | § § § | |
| Plaintiffs, | § § | Case No. 2:23-cv-00576-JRG-RSP |
| v. | § § | |
| ALTICE USA, INC. AND CSC HOLDINGS, LLC, | § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AN ANSWER PURSUANT TO FED. R. CIV. P. 6(b)(1)(B)**

Before the Court is Defendants Altice USA, Inc.'s and CSC Holdings, LLC's Motion for Leave to File an Answer Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) (Dkt. No. 99). After consideration of said motion and the briefing concerning the same, upon the good cause shown, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants shall be permitted to file their answer to the Complaint on or before November 4, 2024.