UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALTICE USA, INC., et al., <br><br> Defendants. | Case No. 2:23-cv-00576-JRG-RSP |

**ALTICE'S UNOPPOSED MOTION FOR REQUEST FOR ORAL HEARING ON ALTICE'S PENDING DISCOVERY MOTIONS (DOCS. 74, 85, 86)**

Defendants Altice USA, Inc. and CSC Holdings, LLC (collectively, "Altice") file this Unopposed Motion for an Oral Hearing Regarding Altice's Pending Discovery Motions (Docs. 74, 85, 86) ("Altice's Pending Discovery Motions"). Altice's Pending Discovery Motions were filed in September and have been fully briefed since October 25, 2024. While the parties have met and conferred on the motions, discovery on the issues for which the parties are at an impasse remain outstanding. The deadline for fact discovery is March 19, 2025, and the parties are poised to begin depositions moving into the new year.

Accordingly, Altice respectfully requests that the Court set a hearing on Altice's Pending Discovery Motions, which include:

- Doc. 74 – Defendants' Motion to Compel Documents Relevant to Key Statutory Damages Factors
- Doc. 85 – Defendants' Motion to Compel Information Regarding Plaintiffs' Purported Evidence of Direct Infringement
- Doc. 86 – Defendants' Motion to Compel Plaintiffs' Interrogatory Responses

Plaintiffs do not oppose to the extent a hearing is set after the first week of January and the Court believes a hearing is warranted. A proposed order is submitted herewith.

– 2 –

Dated: December 11, 2024                              Respectfully submitted,

By: /s/ Michael S. Elkin with permission
      Claire Henry

Claire Henry  
State Bar No.: 24053603  
WARD, SMITH & HILL, PLLC  
1507 Bill Owens Parkway  
Longview, TX 75604  
(903) 757-2323  
claire@wsfirm.com  

Thomas M. Melsheimer  
State Bar No.: 13922550  
WINSTON & STRAWN LLP  
2121 N. Pearl Street, Suite 900  
Dallas, TX 75201  
(314) 453-6500  

Sean H. Suber*  
WINSTON & STRAWN LLP  
35 W. Wacker Dr.  
Chicago, IL 60601  
(312) 558-5600  

Clement S. Roberts*  
ORRICK HERRINGTON & SUTCLIFFE LLP  
405 Howard Street  
San Francisco, CA 94015  
(415) 773-5700  

Michael S. Elkin*  
Krishnan Padmanabhan*  
Sean R. Anderson*  
WINSTON & STRAWN LLP  
200 Park Avenue  
New York, NY 10166  
(212) 294-6700  
melkin@winston.com  

Jennifer A. Golinveaux*  
WINSTON & STRAWN LLP  
101 California Street, 35th Floor  
San Francisco, CA 9411  
(415) 591-1506  

Diana Leiden*  
WINSTON & STRAWN LLP  
333 South Grand Avenue, 38th Floor  
Los Angeles, CA 90071  
(213) 615-1700  

Christopher J. Cariello*  
ORRICK HERRINGTON & SUTCLIFFE LLP  
51 West 52nd Street  
New York, NY 10019  
(212) 506-5000  

Mark S. Puzella*  
David Hosp*  
Sheryl Garko*  
Laura Najemy*  
ORRICK HERRINGTON & SUTCLIFFE LLP  
222 Berkely Street, Suite 2000  
Boston, MA 02116  
(617) 880-1801  

*Attorneys for Defendants Altice USA, Inc. and CSC Holdings, LLC*  
*Pro Hac Vice

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on December 11, 2024

*/s/ Claire Abernathy Henry*

## CERTIFICATE OF CONFERENCE

The parties have met and conferred regarding the relief sought in this motion. Plaintiffs do not oppose Defendants' motion.

*/s/ Claire Abernathy Henry*