IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **WARNER RECORDS INC.**, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>**ALTICE USA, INC. and CSC HOLDINGS, LLC**,<br><br>    Defendants. | Case No. 2:23-cv-576-JRG-RSP |

### JOINT REPORT ON MOTIONS SET FOR HEARING
### (DKT. NOS. 74, 85, 86, 114, 115, 117)

Plaintiffs and Defendants Altice USA, Inc. and CSC Holdings, LLC ("Defendants" or "Altice") (collectively "Parties") hereby submit this Joint Report pursuant to the Discovery Order in the above-captioned matter. Dkt. 50, ¶9(d).

Since filing the motions set for hearing (Dkt. Nos. 74, 85, 86, 114, 115, 117) ("Motions") the Parties have repeatedly met and conferred, including through telephonic conferences with lead attorneys and local counsel. The Parties have resolved all pending Motions. The Parties are working on a proposed agreed order memorializing the Parties' agreement on previously disputed issues.

Dated: January 20, 2025

*/s/ Jeffrey M. Gould w/permission Rudolph Fink IV*
Texas State Bar No. 24047416
bdavis@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997

*/s/ Michael S. Elkin*
Michael S. Elkin (*pro hac vice*)
Krishnan Padmanabhan (*pro hac vice*)
Sean R. Anderson (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue

1

rfink@davisfirm.com
THE DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Jeffrey M. Gould (*pro hac vice*)
Matthew J. Oppenheim (*pro hac vice*)
Corey Miller (*pro hac vice*)
Keith Howell (*pro hac vice*)
Jeff Kane (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Telephone: 202-480-2999
jeff@oandzlaw.com
matt@oandzlaw.com
corey@oandzlaw.com
khowell@oandzlaw.com
jkane@oandzlaw.com

Alexander Kaplan (*pro hac vice*)
Carly Kessler Rothman (*pro hac vice*)
Bret Matera (*pro hac vice*)
Lauren Bergelson (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
bmatera@oandzlaw.com
lbergelson@oandzlaw.com

*Counsel for Plaintiffs*

New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
melkin@winston.com
kpadmanabhan@winston.com
sranderson@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
jgolinveaux@winston.com

Thomas M. Melsheimer
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500 (telephone)
(214) 453-6400 (facsimile)
tmelsheimer@winston.com

Sean H. Suber (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312)558-5600
ssuber@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1700
dhleiden@winston.com

Christopher Cariello (*pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
ccariello@orrick.com

Clement S. Roberts (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP

       405 Howard Street
       San Francisco, CA 94105-2669
       (415) 773-5700 (telephone)
       (415) 773-5759 (facsimile)
       croberts@orrick.com

       Mark S. Puzella (*pro hac vice*)
       R. David Hosp (*pro hac vice*)
       Sheryl Koval Garko (*pro hac vice*)
       Laura Brooks Najemy (*pro hac vice*)
       ORRICK HERRINGTON & SUTCLIFFE LLP
       222 Berkeley Street, Suite 2000
       Boston, MA 02116
       (617) 880-1800 (telephone)
       (617) 880-1801 (facsimile)
       mpuzella@orrick.com
       dhosp@orrick.com
       sgarko@orrick.com
       lnajemy@orrick.com

       Claire A. Henry
       State Bar No.: 24053063
       MILLER FAIR HENRY PLLC
       1507 Bill Owens Parkway
       Longview, TX 75604
       (903) 757-6400
       claire@millerfairhenry.com

       *Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this January 20, 2025, with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

                              */s/ Rudolph Fink IV*
                              Rudolph Fink IV