IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

WARNER RECORDS INC., *et al.*
    Plaintiffs,

v.

ALTICE USA, INC. and CSC HOLDINGS, LLC,

    Defendants.

Case No. 2:23-cv-576-JRG-RSP

**JOINT MOTION FOR ENTRY OF AGREED ORDER**

Plaintiffs Warner Records Inc., Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Lava Records LLC, Maverick Recording Company, Nonesuch Records Inc., Rhino Entertainment Company, Rhino Entertainment LLC, Roadrunner Records, Inc., Rykodisc, Inc., Warner Music Inc., Warner Music International Services Limited, Warner Music Nashville LLC, Warner Records/QRI Venture, Inc., Sony Music Entertainment, Arista Music, Arista Records, LLC, LaFace Records, LLC, Sony Music Entertainment US Latin LLC, Ultra Records, LLC, Volcano Entertainment III, LLC, Zomba Recording LLC, Warner Chappell Music, Inc., Cotillion Music, Inc., Gene Autry's Western Music Publishing Co., Golden West Melodies, Inc., Intersong U.S.A., Inc., Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music Corp., Warner-Tamerlane Publishing Corp., Sony Music Publishing (US) LLC, Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing, Inc., EMI Consortium Songs, Inc., EMI Entertainment World Inc., EMI Gold Horizon Music Corp., EMI

1

Miller Catalog Inc., EMI Mills Music Inc., EMI Robbins Catalog Inc., EMI U Catalog Inc., EMI UNART Catalog Inc., Famous Music LLC, Jobete Music Co., Inc., Screen Gems-EMI Music Inc., Stone Agate Music, and Stone Diamond Music Corp. (collectively, "Plaintiffs") and Defendants Altice USA, Inc. and CSC Holdings, LLC ("Defendants" or "Altice") (collectively "Parties") hereby move the Court for entry of their agreements, drafted as an agreed order, from the Parties' lead-and-local meet and confer relating to the Court's January 21, 2025 hearing. The Parties' agreements are attached to this Motion as an agreed proposed order. Accordingly, the Parties request that the Court enter the agreed order attached to this motion.

Dated: January 31, 2025

/s/ Jeffrey M. Gould w/permission
Rudolph Fink IV

Matthew J. Oppenheim*
Jeffrey M. Gould*
Corey Miller*
Keith Howell*
OPPENHEIM & ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
(202) 480-2999
matt@oandzlaw.com
jeff@oandzlaw.com
corey@oandzlaw.com
khowell@oandzlaw.com

Alexander Kaplan*
Bret Matera*
OPPENHEIM & ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
alex@oandzlaw.com
bmatera@oandzlaw.com

Agreed to,

/s/ Michael S. Elkin

Michael S. Elkin*
Krishnan Padmanabhan*
Sean R. Anderson*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
melkin@winston.com
sranderson@winston.com
kpadmanabhan@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1506
jgolinveaux@winston.com

Diana Leiden*
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1700

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com
THE DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
(903) 230-9090
(903) 230-9661

*Counsel for Plaintiffs*

Sean H. Suber*
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Christopher J. Cariello*
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

Thomas M. Melsheimer
State Bar No.: 13922550
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(314) 453-6500

Mark S. Puzella*
R. David Hosp*
Sheryl K. Garko*
Laura B. Najemy*
ORRICK HERRINGTON & SUTCLIFFE LLP
222 Berkely Street, Suite 2000
Boston, MA 02116
(617) 880-1801

Clement S. Roberts*
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94015
(415) 773-5700

Claire Henry
State Bar No. 24053063
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400
claire@millerfairehenry.com

*Counsel for Defendants Altice USA, Inc. and CSC Holdings, LLC*

*Pro Hac Vice

3

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this January 31, 2025, with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

*/s/ Rudolph Fink IV*
Rudolph Fink IV

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is being jointly submitted.

*/s/ Rudolph Fink IV*
Rudolph Fink IV
