AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Warner Records, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00576-JRG-RSP |
| Altice USA, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Altice USA, Inc. and Defendant CSC Holdings, LLC.

Date: 02/07/2025

/s/ Nikki S. Khorram
*Attorney's signature*

Nikki S. Khorram (California Bar No.: 327322)
*Printed name and bar number*

Winston & Strawn LLP
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071
*Address*

nkhorram@winston.com
*E-mail address*

(213) 615-1785
*Telephone number*

(213) 615-1750
*FAX number*