IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS INC., *et al.*<br>    Plaintiffs,<br><br>v.<br><br>ALTICE USA, INC. and CSC HOLDINGS, LLC,<br><br>    Defendants. | Case No. 2:23-cv-576-JRG-RSP |

## JOINT MOTION FOR ENTRY OF AGREED ORDER

Plaintiffs Warner Records Inc., Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Lava Records LLC, Maverick Recording Company, Nonesuch Records Inc., Rhino Entertainment Company, Rhino Entertainment LLC, Roadrunner Records, Inc., Rykodisc, Inc., Warner Music Inc., Warner Music International Services Limited, Warner Music Nashville LLC, Warner Records/QRI Venture, Inc., Sony Music Entertainment, Arista Music, Arista Records, LLC, LaFace Records, LLC, Sony Music Entertainment US Latin LLC, Ultra Records, LLC, Volcano Entertainment III, LLC, Zomba Recording LLC, Warner Chappell Music, Inc., Cotillion Music, Inc., Gene Autry's Western Music Publishing Co., Golden West Melodies, Inc., Intersong U.S.A., Inc., Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music Corp., Warner-Tamerlane Publishing Corp., Sony Music Publishing (US) LLC, Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing, Inc., EMI Consortium Songs, Inc., EMI Entertainment World Inc., EMI Gold Horizon Music Corp., EMI

1

Miller Catalog Inc., EMI Mills Music Inc., EMI Robbins Catalog Inc., EMI U Catalog Inc., EMI UNART Catalog Inc., Famous Music LLC, Jobete Music Co., Inc., Screen Gems-EMI Music Inc., Stone Agate Music, and Stone Diamond Music Corp. (collectively, "Plaintiffs") and Defendants Altice USA, Inc. and CSC Holdings, LLC ("Defendants" or "Altice") (collectively "Parties") hereby move the Court for entry of their agreement regarding Plaintiffs' demand for Document Categories 77-79, regarding the production of information identifying certain Altice subscribers who were the subject of RIAA or third party copyright notices. The Parties' agreement is attached to this Joint Motion as an agreed proposed order. Accordingly, the Parties request that the Court enter the agreed order attached to this motion.

Dated: February 10, 2025

Agreed to:

| | |
|---|---|
| /s/ Jeffrey M. Gould<br>w/permission Rudolph Fink IV<br>Matthew J. Oppenheim*<br>Jeffrey M. Gould*<br>Corey Miller*<br>Keith Howell*<br>OPPENHEIM & ZEBRAK, LLP<br>4530 Wisconsin Avenue, NW, 5th Floor<br>Washington, DC 20016<br>(202) 480-2999<br>matt@oandzlaw.com<br>jeff@oandzlaw.com<br>corey@oandzlaw.com<br>khowell@oandzlaw.com<br><br>Alexander Kaplan*<br>Bret Matera*<br>OPPENHEIM & ZEBRAK, LLP<br>461 Fifth Avenue, 19th Floor<br>New York, NY 10017<br>(212) 951-1156<br>alex@oandzlaw.com<br>bmatera@oandzlaw.com | /s/ Michael S. Elkin<br><br>Michael S. Elkin*<br>Krishnan Padmanabhan*<br>Sean R. Anderson*<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-6700<br>melkin@winston.com<br>sranderson@winston.com<br>kpadmanabhan@winston.com<br><br>Jennifer A. Golinveaux<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA 94111<br>(415) 591-1506<br>jgolinveaux@winston.com<br><br>Diana Leiden*<br>Winston & Strawn LLP<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1700 |

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com
THE DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
(903) 230-9090
(903) 230-9661

*Counsel for Plaintiffs*


*Pro Hac Vice*

Sean H. Suber*
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Christopher J. Cariello*
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

Thomas M. Melsheimer
State Bar No.: 13922550
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(314) 453-6500

Mark S. Puzella*
R. David Hosp*
Sheryl K. Garko*
Laura B. Najemy*
ORRICK HERRINGTON & SUTCLIFFE LLP
222 Berkely Street, Suite 2000
Boston, MA 02116
(617) 880-1801
Clement S. Roberts*
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94015
(415) 773-5700

Claire Henry
State Bar No. 24053063
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400
claire@millerfairhenry.com
*Counsel for Defendants Altice USA, Inc. and CSC Holdings, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this February 10, 2025 on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

*Rudolph Fink IV*
Rudolph Fink IV

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is being jointly submitted.

*/s/ Rudolph Fink IV*
Rudolph Fink IV
