IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

WARNER RECORDS INC., *et al.*
    Plaintiffs,

v.

ALTICE USA, INC. and CSC HOLDINGS, LLC,

    Defendants.

Case No. 2:23-cv-576-JRG-RSP

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiffs Warner Records Inc., Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Lava Records LLC, Maverick Recording Company, Nonesuch Records Inc., Rhino Entertainment Company, Rhino Entertainment LLC, Roadrunner Records, Inc., Rykodisc, Inc., Warner Music Inc., Warner Music International Services Limited, Warner Music Nashville LLC, Warner Records/QRI Venture, Inc., Sony Music Entertainment, Arista Music, Arista Records, LLC, LaFace Records, LLC, Sony Music Entertainment US Latin LLC, Ultra Records, LLC, Volcano Entertainment III, LLC, Zomba Recording LLC, Warner Chappell Music, Inc., Cotillion Music, Inc., Gene Autry's Western Music Publishing Co., Golden West Melodies, Inc., Intersong U.S.A., Inc., Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music Corp., Warner-Tamerlane Publishing Corp., Sony Music Publishing (US) LLC, Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing, Inc., EMI Consortium Songs, Inc., EMI Entertainment World Inc., EMI Gold Horizon Music Corp., EMI

1

Miller Catalog Inc., EMI Mills Music Inc., EMI Robbins Catalog Inc., EMI U Catalog Inc., EMI UNART Catalog Inc., Famous Music LLC, Jobete Music Co., Inc., Screen Gems-EMI Music Inc., Stone Agate Music, and Stone Diamond Music Corp. (collectively, "Plaintiffs") and Defendants Altice USA, Inc. and CSC Holdings, LLC ("Defendants" or "Altice") (collectively "Parties") hereby move the Court for entry of the attached Joint First Amended Docket Control Order (Exh. A) ("First Amended DCO").

The proposed First Amended DCO does not alter any deadlines that are reserved to the Court as requiring good cause to move in the Docket Control Order with a "*" (Dkt. No. 45). The only deadline altered by the First Amended DCO that might affect the Court is the deadline to file dispositive motions and *Daubert* motions, which is moved by 11 days, but the proposed schedule does not change the response deadline for such motions. The Parties represent that there is good cause for the proposed limited amendments. The changes will allow the Parties to complete discovery without risking disruption to the overall case schedule. The Parties have extensively negotiated these proposed amendments and jointly ask the Court to enter the First Amended DCO.

Dated: March 6, 2025

/s/ Jeffrey M. Gould w/permission
Rudolph Fink IV

Matthew J. Oppenheim*
Jeffrey M. Gould*
Corey Miller*
Keith Howell*
OPPENHEIM & ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
(202) 480-2999
matt@oandzlaw.com
jeff@oandzlaw.com
corey@oandzlaw.com

Agreed to,

/s/ Michael S. Elkin

Michael S. Elkin*
Krishnan Padmanabhan*
Sean R. Anderson*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
melkin@winston.com
sranderson@winston.com
kpadmanabhan@winston.com

khowell@oandzlaw.com

Alexander Kaplan*
Bret Matera*
OPPENHEIM & ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
alex@oandzlaw.com
bmatera@oandzlaw.com

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com
DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
(903) 230-9090
(903) 230-9661

*Counsel for Plaintiffs*

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1506
jgolinveaux@winston.com

Diana Leiden*
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1700

Sean H. Suber*
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Christopher J. Cariello*
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

Thomas M. Melsheimer
State Bar No.: 13922550
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(314) 453-6500

Mark S. Puzella*
R. David Hosp*
Sheryl K. Garko*
Laura B. Najemy*
ORRICK HERRINGTON & SUTCLIFFE LLP
222 Berkely Street, Suite 2000
Boston, MA 02116
(617) 880-1801

Clement S. Roberts*
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94015
(415) 773-5700

3

Jennifer Parker Ainsworth<br>
TX State Bar No. 00784720<br>
jainsworth@wilsonlawfirm.com<br>
WILSON ROBERTSON & VANDEVENTER, P.C.<br>
909 ESE Loop 323, Suite 400<br>
Tyler, TX 75701<br>
Telephone: (903) 509-5000<br>
<br>
*Counsel for Defendants Altice USA, Inc. and CSC Holdings, LLC*

*Pro Hac Vice

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this March 6, 2025 on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ Rudolph Fink IV<br>
Rudolph Fink IV

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the relief requested is jointly agreed.

/s/ Rudolph Fink IV<br>
Rudolph Fink IV