# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS INC., *et al.* <br>     Plaintiffs, <br><br> v. <br><br> ALTICE USA, INC. and CSC HOLDINGS, LLC, <br><br>     Defendants. | Case No. 2:23-cv-576-JRG-RSP |

## ORDER

Before the Court are Plaintiffs' Unopposed Motions to Expedite Briefing on the Motions for Leave to File Motions to Compel Outside of Discovery. **Dkt. Nos. 162, 169**. Having considered the Motions, the Court finds that they should be and hereby are **GRANTED**.

Therefore, it is **ORDERED** that Altice's deadline to file its responses to the Motions for Leave is April 29, 2025 by 1:30 PM.

**SIGNED this 21st day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE