UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTICE USA, INC., et al.,<br><br>Defendants. | Case No. 2:23-cv-00576-JRG-RSP |

**DECLARATION OF MICHAEL S. ELKIN**

1. I, Michael S. Elkin, am an attorney at law, duly licensed to practice before the courts of New York. I am a partner at Winston & Strawn LLP and lead counsel for Defendants in the above-captioned action. I have personal knowledge of the facts set forth herein, except where noted, and, if called to testify, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the deposition transcript of Wade Leak, one of the Federal Rule of Civil Procedure 30(b)(6) designees for the Sony Music Entertainment Plaintiffs, dated April 11, 2025.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the deposition transcript of Tracie Parry, one of the Federal Rule of Civil Procedure 30(b)(6) designees for the Warner Music Plaintiffs, dated April 11, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 25, 2025

s/ *Michael S. Elkin*
Michael S. Elkin