UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS INC. et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 2:23-cv-00576-JRG-RSP |
| ) | |
| ALTICE USA, INC. AND CSC ) | |
| HOLDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

**JOINT NOTICE OF STIPULATION**
**REGARDING COPYRIGHT REGISTRATION RECORDS**

The Plaintiffs in this matter and Defendants Altice USA, Inc. and CSC Holdings, LLC ("Defendants" or "Altice") (collectively "Parties") hereby inform the Court they have reached the attached Stipulation Regarding Copyright Registration Records. (Exh. 1).

| | |
|---|---|
| Dated: June 14, 2025 | Respectfully submitted, |
| | |
| /s/ *Jeffrey M. Gould w/permission Rudolph Fink IV* | /s/ *Michael S. Elkin* |
| Jeffrey M. Gould* | Michael S. Elkin* |
| Matthew J. Oppenheim* | Krishnan Padmanabhan* |
| Corey Miller* | Sean R. Anderson* |
| Keith Howell* | Adam P. Moskowitz* |
| OPPENHEIM & ZEBRAK, LLP | WINSTON & STRAWN LLP |
| 4530 Wisconsin Avenue, NW, 5th Floor | 200 Park Avenue |
| Washington, DC 20016 | New York, NY 10166 |
| (202) 480-2999 | (212) 294-6700 |
| matt@oandzlaw.com | melkin@winston.com |
| jeff@oandzlaw.com | sranderson@winston.com |
| corey@oandzlaw.com | kpadmanabhan@winston.com |
| khowell@oandzlaw.com | apmoskowitz@winston.com |
| | |
| Alexander Kaplan* | Jennifer A. Golinveaux |
| Bret Matera* | WINSTON & STRAWN LLP |
| OPPENHEIM & ZEBRAK, LLP | 101 California Street, 35th Floor |
| 461 Fifth Avenue, 19th Floor | San Francisco, CA 9411 |
| New York, NY 10017 | (415) 591-1506 |
| (212) 951-1156 | jgolinveaux@winston.com |
| alex@oandzlaw.com | |
| bmatera@oandzlaw.com | Diana Leiden* |
| | Nikki Khorram* |
| William E. Davis, III | Winston & Strawn LLP |
| Texas State Bar No. 24047416 | 333 South Grand Avenue, 38th Floor |
| bdavis@davisfirm.com | Los Angeles, CA 90071 |
| Rudolph "Rudy" Fink IV | (213) 615-1700 |
| Texas State Bar No. 24082997 | dhleiden@winston.com |
| rfink@davisfirm.com | nkhorram@winston.com |
| THE DAVIS FIRM, PC | |
| 213 N. Fredonia Street, Suite 230 | Sean H. Suber* |
| Longview, Texas 75601 | Winston & Strawn LLP |
| (903) 230-9090 | 35 W. Wacker Dr. |
| (903) 230-9661 | Chicago, IL 60601 |
| | (312) 558-5600 |
| *Counsel for Plaintiffs* | ssuber@winston.com |
| | |
| | Thomas M. Melsheimer |
| | State Bar No.: 13922550 |
| | Winston & Strawn LLP |
| | 2121 N. Pearl Street, Suite 900 |
| | Dallas, TX 75201 |
| | (314) 453-6500 |
| | tmelsheimer@winston.com |

Christopher J. Cariello*
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
ccariello@orrick.com

Mark S. Puzella*
R. David Hosp*
Sheryl K. Garko*
Laura B. Najemy*
ORRICK HERRINGTON & SUTCLIFFE LLP
222 Berkely Street, Suite 2000
Boston, MA 02116
(617) 880-1801
mpuzella@orrick.com
dhosp@orrick.com
sgarko@orrick.com
lnajemy@orrick.com

Clement S. Roberts*
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94015
(415) 773-5700
croberts@orrick.com

Jennifer P. Ainsworth
State Bar No.: 00784720
WILSON ROBERTSON &
VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, TX 75701
(903) 509-5000
jainsworth@wilsonlawfirm.com

*Counsel for Defendants Altice USA, Inc. and CSC Holdings, LLC*

*Pro Hac Vice

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this June 14, 2025 on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

*/s/ Rudolph Fink IV*
Rudolph Fink IV
