# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WARNER RECORDS INC. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 2:23-cv-00576-JRG-RSP |
| | ) | |
| ALTICE USA, INC. AND CSC | ) | |
| HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION REGARDING COPYRIGHT REGISTRATION RECORDS

Plaintiffs Warner Records Inc., Atlantic Recording Corporation, Atlantic Records Group

LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Fueled by

Ramen LLC, Lava Records LLC, Maverick Recording Company, Nonesuch Records Inc., Rhino

Entertainment Company, Rhino Entertainment LLC, Roadrunner Records, Inc., Rykodisc, Inc.,

Warner Music Inc., Warner Music International Services Limited, Warner Music Nashville LLC,

Warner Records/QRI Venture, Inc., Sony Music Entertainment, Arista Music, Arista Records,

LLC, LaFace Records, LLC, Sony Music Entertainment US Latin LLC, Ultra Records, LLC,

Volcano Entertainment III, LLC, Zomba Recording LLC, Warner Chappell Music, Inc., Cotillion

Music, Inc., Gene Autry's Western Music Publishing Co., Golden West Melodies, Inc., Intersong

U.S.A., Inc., Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music Corp., Warner-

Tamerlane Publishing Corp., Sony Music Publishing (US) LLC, Colgems-EMI Music Inc., EMI

April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing, Inc., EMI

Consortium Songs, Inc., EMI Entertainment World Inc., EMI Gold Horizon Music Corp., EMI

Miller Catalog Inc., EMI Mills Music Inc., EMI Robbins Catalog Inc., EMI U Catalog Inc., EMI

UNART Catalog Inc., Famous Music LLC, Jobete Music Co., Inc., Screen Gems-EMI Music Inc.,

Stone Agate Music, and Stone Diamond Music Corp. (collectively, "Plaintiffs") and Defendants

Altice USA, Inc. and CSC Holdings, LLC ("Defendants" or "Altice") (collectively, "Parties") by and through their attorneys, hereby stipulate to the following:

1.　　The U.S. Copyright Office, which is part of the Library of Congress, maintains an Online Records Collection of copyright registration records held by the Copyright Office, available in a searchable online database.  (Online Records Collections, available at https://copyright.gov/public-records/).  A record downloaded or printed from such database and comprising a copyright registration certificate (including a renewal) or summary of the same shall be referred to as a "Registration Record."

2.　　A Registration Record satisfies the requirement of authenticity under the Federal Rules of Evidence.

3.　　A Registration Record is judicially noticeable.  The Parties shall not object to the Court taking judicial notice of a Registration Record.

4.　　A Registration Record shall have the same legal and evidentiary value as the registration certificate for that copyright registration.

5.　　All other objections to the admissibility of a Registration Record are expressly preserved.

Dated: June 12, 2025

Jeffrey M. Gould*
Matthew J. Oppenheim*
Corey Miller*
Keith Howell*
OPPENHEIM & ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
(202) 480-2999
matt@oandzlaw.com
jeff@oandzlaw.com
corey@oandzlaw.com
khowell@oandzlaw.com

Alexander Kaplan*
Bret Matera*
OPPENHEIM & ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
alex@oandzlaw.com
bmatera@oandzlaw.com

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com
THE DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
(903) 230-9090
(903) 230-9661

*Counsel for Plaintiffs*

Agreed to,

Michael S. Elkin*
Krishnan Padmanabhan*
Sean R. Anderson*
Adam P. Moskowitz*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
melkin@winston.com
sranderson@winston.com
kpadmanabhan@winston.com
apmoskowitz@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 9411
(415) 591-1506
jgolinveaux@winston.com

Diana Leiden*
Nikki Khorram*
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1700
dhleiden@winston.com
nkhorram@winston.com

Sean H. Suber*
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600
ssuber@winston.com

Thomas M. Melsheimer
State Bar No.: 13922550
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(314) 453-6500

3

tmelsheimer@winston.com

Christopher J. Cariello*
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
ccariello@orrick.com

Mark S. Puzella*
R. David Hosp*
Sheryl K. Garko*
Laura B. Najemy*
ORRICK HERRINGTON & SUTCLIFFE LLP
222 Berkely Street, Suite 2000
Boston, MA 02116
(617) 880-1801
mpuzella@orrick.com
dhosp@orrick.com
sgarko@orrick.com
lnajemy@orrick.com

Clement S. Roberts*
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94015
(415) 773-5700
croberts@orrick.com

Jennifer P. Ainsworth
State Bar No.: 00784720
WILSON ROBERTSON &
VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, TX 75701
(903) 509-5000
jainsworth@wilsonlawfirm.com

*Counsel for Defendants Altice USA, Inc. and
CSC Holdings, LLC*

*Pro Hac Vice*

4