# Exhibit H to the Declaration of Sean H. Suber

# Filed Under Seal in Its Entirety