████████████████████████████████████

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WARNER RECORDS INC. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 2:23-cv-00576-JRG-RSP |
| | ) | |
| ALTICE USA, INC. AND CSC | ) | |
| HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON ALTICE'S DMCA SAFE HARBOR DEFENSE

Before the Court is Plaintiffs' Motion For Summary Judgment On Altice's DMCA Safe Harbor Defense (the "Motion"). Having considered the briefing on the Motion in light of the record and applicable law, the Court hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the Motion is granted in full, and that Altice is not entitled to safe harbor protection under the Digital Millennium Copyright Act.