IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS INC. et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 2:23-cv-00576-JRG-RSP |
| ) | |
| ALTICE USA, INC. AND CSC ) | |
| HOLDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO PLAINTIFFS' OWNERSHIP OF THE WORKS IN SUIT

Before the Court is Plaintiffs' Motion For Partial Summary Judgment With Respect To Plaintiffs' Ownership Of The Works In Suit (the "Motion"). Having considered the briefing on the Motion in light of the record and applicable law, the Court hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the Motion is granted in full, and that Plaintiffs own or control exclusive rights in the copyright in each work in suit.