IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WARNER RECORDS INC. et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALTICE USA, INC. AND CSC HOLDINGS, LLC, ) <br> ) <br> ) <br> Defendants. ) | Case No. 2:23-cv-00576-JRG-RSP <br><br> FILED UNDER SEAL |

**ADDITIONAL ATTACHMENTS TO DKT 279
PLAINTIFFS' REDACTED**

INDEX

| | |
|---|---|
| Exhibit SME-15A | Exhibit SME-24A |
| Exhibit SME-16A | Exhibit SME-25A |
| Exhibit SME-17A | Exhibit SME-26A |
| Exhibit SME-18A | Exhibit SME-27A |
| Exhibit SME-19A | Exhibit SME-28A |
| Exhibit SME-20A | Exhibit SME-29A |
| Exhibit SME-21A | Exhibit SME-30A |
| Exhibit SME-22A | Exhibit SME-31A |
| Exhibit SME-23A | Exhibit SME-32A |

Dated: July 10, 2025

Respectfully submitted,

*/s/ Jeffrey M. Gould w/permission Rudolph Fink IV*

| | |
|---|---|
| William E. Davis, III <br> Texas State Bar No. 24047416 <br> bdavis@davisfirm.com <br> Rudolph "Rudy" Fink IV <br> Texas State Bar No. 24082997 <br> rfink@davisfirm.com <br> DAVIS FIRM, PC <br> 213 N. Fredonia Street, Suite 230 <br> Longview, Texas 75601 <br> Telephone: (903) 230-9090 <br> Facsimile: (903) 230-9661 | Jeffrey M. Gould (*pro hac vice*) <br> Matthew J. Oppenheim (*pro hac vice*) <br> Corey Miller (*pro hac vice*) <br> Keith Howell (*pro hac vice*) <br> OPPENHEIM + ZEBRAK, LLP <br> 4530 Wisconsin Avenue, NW, 5th Floor <br> Washington, DC 20016 <br> Telephone: 202-480-2999 <br> jeff@oandzlaw.com <br> matt@oandzlaw.com <br> corey@oandzlaw.com <br> khowell@oandzlaw.com |

              Alexander Kaplan (*pro hac vice*)
              Bret Matera (*pro hac vice*)
              Yunyi Chen (*pro hac vice*)
              OPPENHEIM + ZEBRAK, LLP
              461 Fifth Avenue, 19th Floor
              New York, NY 10017
              Telephone: (212) 951-1156
              alex@oandzlaw.com
              bmatera@oandzlaw.com
              ychen@oandzlaw.com

              ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this July 10, 2025, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

              /s/ *Rudolph Fink IV* _____
              Rudolph Fink IV