**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WARNER RECORDS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTICE USA, INC., et al.,<br><br>Defendants. | Case No. 2:23-cv-00576-JRG-RSP |

**ORDER**

Before the Court is the Parties' Joint Motion to Continue Trial and Pre-Trial Deadlines Pending the Supreme Court's Decision in *Cox Communications, Inc. v. Sony Music Entertainment* ("*Cox*"). **Dkt. No. 302**. After consideration of the motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that this case is hereby **STAYED** until the Supreme Court issues its opinion in *Cox* or issues an order otherwise disposing of the case. Within 14 days after either of those events occurs, counsel for the Parties are directed to file a status report updating the Court.

**SIGNED this 15th day of July, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE