**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

WARNER RECORDS INC., *et al.*
     Plaintiffs,

v.

ALTICE USA, INC. and CSC HOLDINGS, LLC,

     Defendants.

**Case No. 2:23-cv-576-JRG-RSP**

## JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

Plaintiffs Warner Records Inc., Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Lava Records LLC, Maverick Recording Company, Nonesuch Records Inc., Rhino Entertainment Company, Rhino Entertainment LLC, Roadrunner Records, Inc., Rykodisc, Inc., Warner Music Inc., Warner Music International Services Limited, Warner Music Nashville LLC, Warner Records/QRI Venture, Inc., Sony Music Entertainment, Arista Music, Arista Records, LLC, LaFace Records, LLC, Sony Music Entertainment US Latin LLC, Ultra Records, LLC, Volcano Entertainment III, LLC, Zomba Recording LLC, Warner Chappell Music, Inc., Cotillion Music, Inc., Gene Autry's Western Music Publishing Co., Golden West Melodies, Inc., Intersong U.S.A., Inc., Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music Corp., Warner-Tamerlane Publishing Corp., Sony Music Publishing (US) LLC, Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing, Inc., EMI Consortium Songs, Inc., EMI Entertainment World Inc., EMI Gold Horizon Music Corp., EMI

1

Miller Catalog Inc., EMI Mills Music Inc., EMI Robbins Catalog Inc., EMI U Catalog Inc., EMI UNART Catalog Inc., Famous Music LLC, Jobete Music Co., Inc., Screen Gems-EMI Music Inc., Stone Agate Music, and Stone Diamond Music Corp. (collectively, "Plaintiffs") and Defendants Altice USA, Inc. and CSC Holdings, LLC ("Defendants" or "Altice") (collectively "Parties") hereby move the Court for an extension of time to file a joint status report.

In its Order granting the Parties' Joint Motion to Continue Trial and Pre-Trial Deadlines Pending the Supreme Court's Decision in *Cox Communications, Inc. v. Sony Music Entertainment* on July 15, 2025, the Court directed the Parties to file a status report updating the Court within 14 days after the Supreme Court issues its opinion in the *Cox* case or issues an order otherwise disposing of the case. Dkt. 318 ("Order").

The *Cox* decision was issued by the Supreme Court on March 25, 2026, which would impose a deadline on these Parties of this litigation to file their status report on or before April 8, 2026.

The Parties met and conferred on April 2, 2026, but would benefit from additional time to analyze the *Cox* decision and confer with their respective clients before submitting a status report to the Court.  The Parties therefore respectfully request a 14-day extension of time to file the status report with this Court to comply with the Order, to and including April 22, 2026.

Dated: April 6, 2026

Agreed to:

| | |
|---|---|
| */s/ Jeffrey M. Gould* | */s/ Michael S. Elkin* |
| *w/permission William E. Davis, III* | |
| Matthew J. Oppenheim* | Michael S. Elkin* |
| Jeffrey M. Gould* | Krishnan Padmanabhan* |
| Corey Miller* | Sean R. Anderson* |
| Keith Howell* | WINSTON & STRAWN LLP |
| OPPENHEIM & ZEBRAK, LLP | 200 Park Avenue |
| 4530 Wisconsin Avenue, NW, 5th Floor | New York, NY 10166 |

Washington, DC 20016
(202) 480-2999
matt@oandzlaw.com
jeff@oandzlaw.com
corey@oandzlaw.com
khowell@oandzlaw.com

Alexander Kaplan*
Bret Matera*
OPPENHEIM & ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
alex@oandzlaw.com
bmatera@oandzlaw.com

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com
THE DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
(903) 230-9090
(903) 230-9661

*Counsel for Plaintiffs*

*Pro Hac Vice*

(212) 294-6700
melkin@winston.com
sranderson@winston.com
kpadmanabhan@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1506
jgolinveaux@winston.com

Diana Leiden*
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1700

Sean H. Suber*
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Christopher J. Cariello*
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

Thomas M. Melsheimer
State Bar No.: 13922550
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(314) 453-6500

Mark S. Puzella*
R. David Hosp*
Sheryl K. Garko*
Laura B. Najemy*
ORRICK HERRINGTON & SUTCLIFFE LLP
222 Berkely Street, Suite 2000
Boston, MA 02116
(617) 880-1801
Clement S. Roberts*
ORRICK HERRINGTON & SUTCLIFFE LLP

3

405 Howard Street
San Francisco, CA 94015
(415) 773-5700

Claire Henry
State Bar No. 24053063
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400
claire@millerfairehenry.com
*Counsel for Defendants Altice USA, Inc. and CSC Holdings, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this April 6, 2026 on all counsel of record, each of whom is deemed to have consented to electronic service.  L.R. CV-5(a)(3)(A).

*William E. Davis, III*
William E. Davis, III

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is being jointly submitted.

*William E. Davis, III*
William E. Davis, III