**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WARNER RECORDS INC. et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:23-cv-00576-JRG-RSP |
| v. | ) |
| | ) |
| ALTICE USA, INC. AND CSC HOLD-INGS, LLC, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL
PURSUANT TO RULE 41(a)(1)(A)(ii)**

Plaintiffs Warner Records Inc., Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Lava Records LLC, Maverick Recording Company, Nonesuch Records Inc., Rhino Entertainment Company, Rhino Entertainment LLC, Roadrunner Records, Inc., Rykodisc, Inc., Warner Music Inc., Warner Music International Services Limited, Warner Music Nashville LLC, Warner Records/QRI Venture, Inc., Sony Music Entertainment, Arista Music, Arista Records, LLC, LaFace Records, LLC, Sony Music Entertainment US Latin LLC, Ultra Records, LLC, Volcano Entertainment III, LLC, Zomba Recording LLC, Warner Chappell Music, Inc., Cotillion Music, Inc., Gene Autry's Western Music Publishing Co., Golden West Melodies, Inc., Intersong U.S.A., Inc., Unichappell Music Inc., W Chappell Music Corp., W.C.M. Music Corp., Warner-Tamerlane Publishing Corp., Sony Music Publishing (US) LLC, Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing, Inc., EMI Consortium Songs, Inc., EMI Entertainment World Inc., EMI Gold Horizon Music Corp., EMI Miller Catalog Inc., EMI Mills Music Inc., EMI Robbins Catalog Inc., EMI U Catalog Inc., EMI UNART Catalog Inc., Famous Music LLC, Jobete Music Co., Inc., Screen Gems-EMI Music Inc., Stone

Agate Music, and Stone Diamond Music Corp. (collectively, "Plaintiffs") and Defendants Altice

USA, Inc. and CSC Holdings, LLC ("Defendants" or "Altice") (collectively "Parties") hereby

jointly stipulate to dismissal of all claims in this matter with prejudice under FED. R. CIV. P. Rule

41(a)(1)(A)(ii).

The parties have agreed that each side will bear its own costs, expenses, and attorneys' fees.

Dated:  April 22, 2026

/s/  Michael S. Elkin

Jennifer Parker Ainsworth
TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON ROBERTSON &
VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5091

Michael S. Elkin
Krishnan Padmanabhan
Sean R. Anderson
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
melkin@winston.com
sranderson@winston.com
kpadmanabhan@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35thFloor
San Francisco, CA 94111
(415) 591-1506
jgolinveaux@winston.com

Diana Leiden
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor

Agreed to:

/s/ Jeffrey M. Gould w/permission
Rudolph Fink IV
Jeffrey M. Gould (*pro hac vice*)
Matthew J. Oppenheim (*pro hac vice*)
Corey Miller (*pro hac vice*)
Keith Howell (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Telephone: 202-480-2999
jeff@oandzlaw.com
matt@oandzlaw.com
corey@oandzlaw.com
khowell@oandzlaw.com

Alexander Kaplan (*pro hac vice*)
Bret Matera (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
bmatera@oandzlaw.com

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com
DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601

Los Angeles, CA 90071
(213) 615-1700

Sean H. Suber
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Thomas M. Melsheimer
State Bar No.: 13922550
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(314) 453-6500

Christopher J. Cariello
ORRICK HERRINGTON & SUTCLIFFE
LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

Mark S. Puzella
R. David Hosp
Sheryl K. Garko
Laura B. Najemy
ORRICK HERRINGTON & SUTCLIFFE
LLP
222 Berkely Street, Suite 2000
Boston, MA 02116
(617) 880-1801

Clement S. Roberts
ORRICK HERRINGTON & SUTCLIFFE
LLP
405 Howard Street
San Francisco, CA 94015
(415) 773-5700

**Counsel for Defendants**

Telephone: (903) 230-9090
Facsimile: (903) 230-9661

**Counsel for Plaintiffs**

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served via electronic service on April 22, 2026, to all counsel of record via the Court's CM/ECF system per Local Rule CV-5(a).

*/s/ Rudolph Fink IV*
Rudolph Fink IV

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the Parties have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the relief requested is jointly sought and agreed to.

*/s/ Rudolph Fink IV*
Rudolph Fink IV